# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE

Re Michael Scott Carmichael

**(Case Name)**

No. 2:18-bk-5024-MPP

**Debtor(s)**

CASE NO.

**CHAPTER 11**

### MONTHLY OPERATING REPORT
### FOR INDIVIDUALS

FOR MONTH ENDING        **FEBRUARY 28**        , 20   **18**

Comes now   M. Scott Carmichael                                      , debtor in possession,

an hereby submits its Monthly Operating Report for the period commencing

February 01, 2018      and ending    February 28, 2018      as shown by the report and

exhibits consisting of        43   pages and containing the following, as indicated:

____X____   **Statement of Income (Loss)**

____X____   **Statement of Assets and Liabilities**

____X____   **Reconciliation of Cash/Cash Disbursements Detail (Exhibit A)**

____X____   **Detail of Post-Petition Liabilities (Exhibit B)**

____X____   **Transfer of Property (Exhibit C)**

____X____   **Certificate of Service**

INDIV.MR 4/11                               1

     I declare under penalty of perjury that this report and all attachments are true and
correct to the best of my knowledge and belief.  I also hereby certify that the original
Monthly Operating Report was filed with the Bankruptcy Court Clerk and a copy
delivered to the parties as listed on the attached Certificate of Service

Date: _____3.14.2018_____

**DEBTOR-IN-POSSESSION**

_____
(Signature)

Name and Title: M. Scott Carmichael

Address: 648 Ranch Road, #1A

Blaine, TN 37709

Telephone Number: (843) 729-6824

**NOTE:** These forms are available on the Region 8 U.S. Trustee website at:
http://www.justice.gov/ust/r08/chattanooga/chapter11.htm

For more information contact:

**Becky H. Halsey**
**Bankruptcy Analyst**
**Office of the U.S. Trustee**
**800 Market Street, Ste 114**
**Knoxville, TN 37902**
**(865) 545-4015**

**CASE NAME:**    Re Michael Scott Carmichael

**CASE NUMBER:**    No. 2:18-bk-50024-MPP

### STATEMENT OF INCOME (LOSS)
**MONTH ENDING**        February 28, 2018

| I. INCOME (LIST SOURCES) | CURRENT MONTH | FILING TO DATE |
|---|---|---|
| Guardian Enterprises, LLC | $      18,920.46 | $      36,342.65 |
|  | - | - |
|  | - | - |
| **II. PURCHASES** | $      - | $      - |
| **III. GROSS PROFIT** (SEC. I LESS SEC. II) | $      18,920.46 | $      36,342.65 |
| **IV. GENERAL EXPENSES** | $      - | $      - |
| Advertising | - | (1,500.00) |
| Accounting | - | - |
| Bank Charges & CC Fees | (260.61) | (356.87) |
| Compensation to Officers, Partners or Proprietors | - | - |
| Client Reimbursements | (411.19) | (411.19) |
| Commission & Fees | (140.00) | (544.55) |
| Contract Labor | - | (2,795.76) |
| Hotels & Motels | (242.36) | (336.90) |
| Insurance - Health & Other | (464.76) | (1,071.58) |

INDIV.MR 4/11

|  | CURRENT MONTH | FILING TO DATE |
|---|---|---|
| Legal | - | - |
| Meals & Entertainment | (251.63) | (918.29) |
| Postage | (211.86) | (325.64) |
| Property Taxes | - | - |
| Rent | (200.00) | (400.00) |
| Repair & Maintenance | - | - |
| Supplies & Office Expense | (261.52) | (1,248.83) |
| Taxes - Payroll & Other | - | - |
| Telephone & Cell Phone | (68.80) | (186.77) |
| Travel Expense | - | - |
| Utilities | - | - |
| Vehicle Expense | (6,058.54) | (6,907.62) |
| Personal Expenses (attach list) | (5,794.84) | (8,238.68) |
| Business Gifts | (129.96) | (129.96) |
|  | - | - |
| TOTAL EXPENSES: | $ (14,496.07) | $ (25,372.64) |
| NET INCOME OR LOSS (SEC. III LESS SEC. IV) | $ 4,424.39 | $ 10,970.01 |

## Guardian Enterprises, LLC
### Guardian Enterprises, LLC
### For the Month Ended 28 February 2018

| | Feb-18 | YTD |
|---|---|---|
| **Revenue** | | |
| Revenue - Guardian Enterprise | 18,920.46 | 36,342.65 |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ 18,920.46 | $ 36,342.65 |
| | | |
| **Gross Profit** | $ 18,920.46 | $ 36,342.65 |
| | | |
| **Operating Income / (Loss)** | $ 18,920.46 | $ 36,342.65 |
| | | |
| **Other Income and Expenses** | | |
| Advertising, Marketing, & Promotion | (6,058.54) | (1,500.00) |
| Auto Expense | (60.90) | (6,907.62) |
| Bank Charge | (129.96) | (90.85) |
| Business Gifts | (411.19) | (129.96) |
| Client Reimbursement | (140.00) | (411.19) |
| Commission & Fees | (68.80) | (544.55) |
| Communications: Cell, Telephone, Internet | - | (186.77) |
| Contract Labor | - | (2,795.76) |
| Credit Card Fees | (199.71) | (266.02) |
| Hotels, Motels, Etc. | (242.36) | (336.90) |
| Insurance - Health - Owner/Stockholder | (464.76) | (929.52) |
| Insurance - Other | - | (142.06) |
| Meals and Entertainment | (251.63) | (918.29) |
| Office Expense | (261.52) | (786.25) |
| Postage | (211.86) | (325.64) |
| Rent - Real Property | (200.00) | (400.00) |
| Supplies - Other | - | (462.58) |
| Uniform | - | - |
| **Total Other Income and Expense** | $ (8,701.23) | $ (17,133.96) |
| | | |
| **Net Income / (Loss) before Tax** | $ 10,219.23 | $ 19,208.69 |
| | | |
| **Net Income** | $ 10,219.23 | $ 19,208.69 |
| | | |
| **Total Comprehensive Income** | $ 10,219.23 | $ 19,208.69 |

## Income Statement
### M. Scott Carmichael - Personal Expenses
### For the Month Ended 28 February 2018

| | Feb-18 | YTD |
|---|---|---|
| **Revenue** | | |
| Revenue - Guardian Enterprise | - | - |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ - | $ - |
| | | |
| **Gross Profit** | $ - | $ - |
| | | |
| **Operating Income / (Loss)** | $ - | $ - |
| | | |
| **Personal Expenses** | | |
| ATM Withdrawals - Personal Expenses | (749.49) | (952.99) |
| Auto Expense | (2,984.06) | (3,407.57) |
| Bank Charge | - | - |
| Church Tithes | (203.00) | (203.00) |
| Client Reimbursement | - | - |
| Commission & Fees | - | - |
| Communications: Verizon Wireless | (68.80) | (186.78) |
| Contract Labor | - | - |
| Credit Card Fees | (27.00) | (50.00) |
| Haircuts | - | - |
| Insurance - Health - Owner/Stockholder | - | - |
| Insurance - Other | - | - |
| Meals and Entertainment | (478.90) | (719.43) |
| Other Personal Expenses, e.g., Wal-Mart | (361.07) | (664.96) |
| Personal Gifts | (82.51) | (82.51) |
| Pharmacy - Rite Aid, CVS, Etc. | (40.02) | (50.78) |
| Rent - Real Property | (800.00) | (1,600.00) |
| Uniform - Dry Cleaners | - | (320.67) |
| **Total Other Income and Expense** | $ (5,794.84) | $ (8,238.68) |
| | | |
| **Net Income / (Loss) before Tax** | $ (5,794.84) | $ (8,238.68) |
| | | |
| **Net Income** | $ (5,794.84) | $ (8,238.68) |
| | | |
| **Total Comprehensive Income** | $ (5,794.84) | $ (8,238.68) |

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

## STATEMENT OF ASSETS AND LIABILITIES
### MONTH ENDING February 28, 2018

**I. ASSETS (from Schedules A & B)**                                              **AMOUNT**

| | |
|---|---|
| **Cash (from "Ending Cash", Exhibit A)** | $            12,363.23 |
| **Securities and other short term liquid assets** | - |
| **Account Receivable** | - |
| **Inventory:** Beginning of period / End of period | - |
| **Other current assets (itemize):** | - |
| | - |
| **Long-term assets - include equipment, buildings and property (itemize):** | - |
| | - |
| | - |
| **Total Assets** | $            12,363.23 |

## II. LIABILITIES

|  | AMOUNT |
|---|---|
| Postpetition (from "Total Amount Due", Exhibit B) | $ 33,531.38 |
| Prepetition (itemize): | |
| Secured (from bankruptcy petition Schedule D) | 196,468.19 |
| Priority (from bankruptcy petition Schedule E) | 94,000.00 |
| Unsecured (from bankruptcy petition Schedule F) | 2,945,697.40 |
| | - |
| | - |
| Total Liabilities | $ 3,269,696.97 |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

## CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** February 28, 2018

**BANK NAME**  Bank of America

**ACCOUNT NO. [last 4 digits]**  # 0302

**BEGINNING CASH PER BOOKS**  $                                    17.00

**PLUS RECEIPTS**                                                     -

**PLUS TRANSFERS IN**
**(Use Transfer line only for transfers**
**between bank accounts.)**

**LESS DISBURSEMENTS**                                               -
**(Attach copy of disbursements journal**
**or other record showing date, payee,**
**purpose and amount for all cash or**
**check disbursements.  List must show**
**total that agrees to amount above.)**

**LESS TRANSFERS OUT**                                          17.00
**(Use Transfer line only for transfers**
**between bank accounts.)**

**ENDING CASH PER BOOKS**
     **(to "Cash", Statement**
     **of Assets and Liabilities)**  $                                 -

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

# Bank of America

P.O. Box 15284
Wilmington, DE 19850

M SCOTT CARMICHAEL
1059 N CEDAR BLUFF RD
KNOXVILLE, TN 37923-2233

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Money Market Savings

for January 30, 2018 to February 26, 2018

**M SCOTT CARMICHAEL**

Account number: ███████0302

## Account summary

| | |
|---|---:|
| Beginning balance on January 30, 2018 | $17.00 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -17.00 |
| Service fees | -0.00 |
| **Ending balance on February 26, 2018** | **$0.00** |



## New year, new goal

Achieve your goals with the help of Better Money Habits.
Visit **BetterMoneyHabits.com** for financial tools and content to help you get started.

Better Money Habits®

Powered by Bank of America 🇺🇸 in partnership with 🅺 KHANACADEMY

SSM-10-17-0646.C | AR6PMG4V

 **Bank of America**

**Your savings account**

M SCOTT CARMICHAEL   |   Account # 0022 3000 0302   |   January 30, 2018 to February 26, 2018

## Withdrawals and other subtractions

Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 02/16/18 | Customer Withdrawal Image | -17.00 |
| **Total other subtractions** | | **-$17.00** |

Thank you for choosing Bank of America.

SSM-02-17-0616.A1  |  ARG777TT

**EXHIBIT A**

**CASE NAME:**
**Re Michael Scott Carmichael**
**Case No. 2:18-bk-50024-MPP**

| | |
|---|---|
| **BANK:** | **Bank of America - Money Market Savings - Personal** |
| **ACCOUNT NO.** | **# 0302** |

| | | |
|---|---:|---|
| **BEGINNING CASH** | $ 17.00 | |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | - | |
| **LESS: DISBURSEMENTS (LIST BELOW)** | 17.00 | |
| | | |
| **ENDING CASH** | $ - | |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|---|---|---|---:|---|
| 28-Feb | | Transfer to Citizens Bank of Sevier | $ 17.00 | To Close Account |

| | | |
|---|---:|---|
| **Total Cash Distributions** | $ 17.00 | |
| | - | |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

<u>CASH RECEIPTS & DISBURSEMENTS SUMMARY</u>
[USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** February 28, 2018

**BANK NAME**  Bank of America

**ACCOUNT NO. [last 4 digits]**  # 3032

**BEGINNING CASH PER BOOKS**  $                                   393.95

**PLUS RECEIPTS**                                                494.73

**PLUS TRANSFERS IN**
**(Use Transfer line only for transfers**                        -
**between bank accounts.)**

**LESS DISBURSEMENTS**                                           29.95
**(Attach copy of disbursements journal**
**or other record showing date, payee,**
**purpose and amount for all cash or**
**check disbursements.  List must show**
**total that agrees to amount above.)**

**LESS TRANSFERS OUT**                                           858.73
**(Use Transfer line only for transfers**
**between bank accounts.)**

**ENDING CASH PER BOOKS**
          **(to "Cash", Statement**
          **of Assets and Liabilities)**  $                          -

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                       7

**Bank of America** ⟋⟋⟋

P.O. Box 15284
Wilmington, DE 19850

GUARDIAN ENTERPRISES INC
1059 N CEDAR BLUFF RD
KNOXVILLE, TN 37923-2233

## Business Advantage

### Customer service information

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Checking

for February 1, 2018 to February 28, 2018

**GUARDIAN ENTERPRISES INC**

Account number: ████████3032

### Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2018 | $393.95 | # of deposits/credits: 2 |
| Deposits and other credits | 494.73 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -858.73 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 28 |
| Service fees | -29.95 | Average ledger balance: $195.00 |
| **Ending balance on February 28, 2018** | **$0.00** | [1]Includes checks paid,deposited items&other debits |

Thank you for choosing Bank of America.

SSM-02-17-0516.A1 | ARG777TI

**Bank of America** ≡

Your checking account

GUARDIAN ENTERPRISES INC   |   Account # 4440 1708 3032   |   February 1, 2018 to February 28, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/16/18 | ELECTRONIC MERCH DES:PAYMENTJNL ID:VN6229  INDN:0000GUARDIAN ENTERPR   CO ID:3341569688 CTX | 410.59 |
| 02/16/18 | ELECTRONIC MERCH DES:PAYMENTJNL ID:VN4496  INDN:0000THE PGA OF AMERI   CO ID:3341569688 CTX | 84.14 |
| **Total deposits and other credits** | | **$494.73** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/16/18 | Customer Withdrawal Image | -858.73 |
| **Total withdrawals and other debits** | | **-$858.73** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/01/18 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 364.00 | 02/16 | 0.00 |

Bank of America **Business Advantage**



Online Banking
TIP OF
THE MONTH

# Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. ©2017 Bank of America Corporation.  |  ART3K7YD  |  SSM-04-17-0042.B

**EXHIBIT A**

**CASE NAME:**
**Re Michael Scott Carmichael**
**Case No. 2:18-bk-50024-MPP**

| | |
|---|---|
| **BANK:** | **Bank of America - Business Advantage Checking - Guardian Enterprises, LLC** |
| **ACCOUNT NO.** | **# 3032** |

| | | |
|---|---|---:|
| **BEGINNING CASH** | $ | 393.95 |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | | 494.73 |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 888.68 |
| | | |
| **ENDING CASH** | $ | - |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|------|---------|-------|--------:|---------|
| 1-Feb | | Bank of America | $ 29.95 | Monthly Bank Fee |
| 16-Feb | | Transfer to Citizens Bank of Sevier | $ 858.73 | To Close Account |

| | | |
|---|---|---:|
| **Total Cash Distributions** | $ | 888.68 |
| | | - |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**   No. 2:18-bk-50024-MPP

### CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** February 28, 2018

**BANK NAME**   Bank of America

**ACCOUNT NO. [last 4 digits]**    # 8788

**BEGINNING CASH PER BOOKS**      $                         15.67

**PLUS RECEIPTS**                                           -

**PLUS TRANSFERS IN**                                       -
**(Use Transfer line only for transfers**
**between bank accounts.)**

**LESS DISBURSEMENTS**                                      -
**(Attach copy of disbursements journal**
**or other record showing date, payee,**
**purpose and amount for all cash or**
**check disbursements.  List must show**
**total that agrees to amount above.)**

**LESS TRANSFERS OUT**                             15.67
**(Use Transfer line only for transfers**
**between bank accounts.)**

**ENDING CASH PER BOOKS**
         **(to "Cash", Statement**
         **of Assets and Liabilities)**       $                         -

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                        7

# Account Closed by or Before February 28, 2018

# Bank Statement Unavailable from Bank of America

**EXHIBIT A**

**CASE NAME:**
**Re Michael Scott Carmichael**
**Case No. 2:18-bk-50024-MPP**

| | |
|---|---|
| **BANK:** | **Bank of America - Advantage Tiered Interest Checking - Personal** |
| **ACCOUNT NO.** | **# 8788** |

| | | |
|---|---|---|
| **BEGINNING CASH** | $ | 15.67 |
| **PLUS: RECEIPTS (DEPOSITS)** | | - |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 15.67 |
| **ENDING CASH** | $ | - |

**CASH DISBURSEMENTS DETAIL**

| DATE | CHECK # | PAYEE | AMOUNT | | PURPOSE |
|---|---|---|---|---|---|
| 28-Feb | | Transfer to Citizens Bank of Sevier | $ | 15.67 | To Close Account |

| | | |
|---|---|---|
| **Total Cash Distributions** | $ | 15.67 |
| | | - |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**   Re Michael Scott Carmichael

**CASE NUMBER:**    No. 2:18-bk-50024-MPP

## CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** February 28, 2018

**BANK NAME**   Citizens Bank of Sevierville

**ACCOUNT NO. [last 4 digits]**       # 8780

**BEGINNING CASH PER BOOKS**       $                6,815.46

**PLUS RECEIPTS**                                        91.73

**PLUS TRANSFERS IN**                              19,232.92
(Use Transfer line only for transfers
between bank accounts.)

**LESS DISBURSEMENTS**                           13,781.88
(Attach copy of disbursements journal
or other record showing date, payee,
purpose and amount for all cash or
check disbursements.  List must show
total that agrees to amount above.)

**LESS TRANSFERS OUT**                                     -
(Use Transfer line only for transfers
between bank accounts.)

**ENDING CASH PER BOOKS**
    (to "Cash", Statement
    of Assets and Liabilities)        $              12,358.23

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                                    7

```
                                        Date  3/05/18           Page    1
                                        Primary Account  @XXXXXXXXX@8780
                                        Enclosures                      3
```

```
        MICHAEL SCOTT CARMICHAEL
        BKRPTCY CASE NO 2:18-BK-50024-MPP
        648 RANCH RD
        BLAINE TN 37709-2037
```

```
                    Secure. Reliable. Verified.
            CNB has earned a 5-star rating from BauerFinancial.com.
            That makes us one of the strongest banks in the nation!
```

------------------------------Checking Accounts------------------------------

```
SIMPLY CHECKING                     Number of Images                      3
Account Number        @XXXXXXXXX@8780  Statement Dates   2/06/18 thru  3/05/18
        Previous Balance      6,815.46  Days in the statement period        28
    2 Deposits/Credits       19,324.65  Average Ledger               9,790.98
  110 Checks/Debits          13,781.88  Average Collected            9,790.98
        Service Charge             .00
        Interest Paid              .00
        Ending Balance       12,358.23
```

```
--- Deposits and Other Credits ---
Date       Description                          Amount
2/20       Deposit/Credit                    19,232.92
2/21       POS CRE 0056 02/20/18 75018774        91.73
           ENTERPRISE RENT-A-
           SEVIERVILLE   TN
           Card # 5392
```

```
--- Withdrawals and Other Debits ---
Date       Description                          Amount
2/07       DBT CRD 0759 02/07/18 206395          40.00-
           WEIGELS 48
           7235 STRAWBERRY PL
           KNOXVILLE     TN C#5392
2/07       DBT CRD 2245 02/05/18 27018027        36.51-
           FARM TO FORK
           RINGGOLD      GA
           Card # 5392
2/07       DBT CRD 0915 02/06/18 23105005         3.38-
           STAPLES       0011
```

```
Date  3/05/18          Page    2
Primary Account   @XXXXXXXXXX@8780
Enclosures                      3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780  (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| | SEVIERVILLE    TN | |
| | Card # 5392 | |
| 2/07 | DBT CRD 1939 02/06/18 22900010 | 1.04- |
| | BAKERS WRECKER SER | |
| | SEVIERVILLE    TN | |
| | Card # 5392 | |
| 2/07 | DBT CRD 1939 02/06/18 20900010 | 1.04- |
| | BAKERS WRECKER SER | |
| | SEVIERVILLE    TN | |
| | Card # 5392 | |
| 2/07 | POS DEB 1420 02/07/18 515650 | 17.43- |
| | KROGER  56 | |
| | 702 WINFIELD DUNN | |
| | SEVIERVILLE    TN C#5392 | |
| 2/08 | DBT CRD 1505 02/06/18 23100535 | 21.39- |
| | CALHOUN S  108 | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/08 | DBT CRD 0443 02/07/18 22000915 | 21.04- |
| | RUBY TUESDAY  4909 | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/08 | DBT CRD 2339 02/07/18 27900014 | .01- |
| | RICHARD W PECTOL & | |
| | JOHNSON CITY   TN | |
| | Card # 5392 | |
| 2/08 | DBT CRD 2339 02/07/18 23900014 | .01- |
| | RICHARD W PECTOL & | |
| | JOHNSON CITY   TN | |
| | Card # 5392 | |
| 2/08 | ATM W/D 0711 02/08/18 00008537 | 100.00- |
| | PILOT CS | |
| | 5402 RUTLEDGE PIKE | |
| | KNOXVILLE      TN C#5392 | |
| 2/09 | DBT CRD 2301 02/08/18 26103006 | 65.00- |
| | SPEEDWAY 07158 189 | |
| | CROSSVILLE     TN | |
| | Card # 5392 | |

```
Date  3/05/18          Page    3
Primary Account  @XXXXXXXXXX@8780
Enclosures                      3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| 2/09 | DBT CRD 2140 02/07/18 28710028<br>GAS N GO  619<br>BLAINE        TN<br>Card # 5392 | 51.00- |
| 2/12 | DBT CRD 2200 02/10/18 29710031<br>GAS N GO  619<br>BLAINE        TN<br>Card # 5392 | 63.00- |
| 2/12 | DBT CRD 0923 02/11/18 24105007<br>STAPLES      0011<br>SEVIERVILLE   TN<br>Card # 5392 | 36.55- |
| 2/12 | DBT CRD 0407 02/11/18 21000850<br>RUBY TUESDAY  4616<br>SEVIERVILLE   TN<br>Card # 5392 | 25.39- |
| 2/12 | DBT CRD 0134 02/09/18 21100755<br>CALHOUN S  108<br>KNOXVILLE     TN<br>Card # 5392 | 24.39- |
| 2/12 | DBT CRD 0111 02/08/18 26400671<br>BURGER KING  21523<br>COLUMBIA      TN<br>Card # 5392 | 11.78- |
| 2/12 | DBT CRD 2147 02/08/18 21710013<br>CHICK-FIL-A  01601<br>COOKEVILLE    TN<br>Card # 5392 | 9.36- |
| 2/12 | DBT CRD 0111 02/08/18 24400671<br>BURGER KING  21523<br>COLUMBIA      TN<br>Card # 5392 | 2.50- |
| 2/12 | POS DEB 1637 02/10/18 502402<br>KROGER   55<br>4414 ASHVILLE HWY<br>KNOXVILLE     TN C#5392 | 38.35- |
| 2/12 | POS DEB 1751 02/09/18 22410246<br>OFFICE MAX/OFFI 11 | 2.60- |

```
Date   3/05/18          Page    4
Primary Account   @XXXXXXXXXX@8780
Enclosures                      3
```

SIMPLY CHECKING            @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|---|---|---|
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/12 | POS DEB 1518 02/10/18 15151759 | .02- |
| | KWIK PANTRY  200 | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/12 | POS DEB 1601 02/10/18 16160121 | .01- |
| | KWIK PANTRY  200 | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/13 | DBT CRD 0052 02/12/18 25018768 | 458.90- |
| | ENTERPRISE RENT-A- | |
| | SEVIERVILLE    TN | |
| | Card # 5392 | |
| 2/13 | DBT CRD 1231 02/13/18 901462 | 30.50- |
| | MURPHY EXP | |
| | 310 WINFIELD-DUNN | |
| | SEVIERVILLE    TN C#5392 | |
| 2/13 | DBT CRD 0956 02/12/18 20160441 | 8.00- |
| | RPS KNOXVILLE PRYO | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |
| 2/13 | POS DEB 1740 02/12/18 00418513 | 65.52- |
| | WM SUPERCE | |
| | Wal-Mart Super Cen | |
| | KNOXVILLE (E) TN C#5392 | |
| 2/14 | DBT CRD 2056 02/12/18 27018028 | 411.19- |
| | Advanced Merchant | |
| | 904-272-9557  FL | |
| | Card # 5392 | |
| 2/14 | DBT CRD 1340 02/13/18 22207807 | 82.51- |
| | RUSSELL STOVER 433 | |
| | KODAK          TN | |
| | Card # 5392 | |
| 2/14 | POS DEB 1526 02/14/18 20259575 | 9.46- |
| | OFFICE MAX/OFFI 11 | |
| | KNOXVILLE      TN | |
| | Card # 5392 | |

```
Date  3/05/18          Page    5
Primary Account   @XXXXXXXXXX@8780
Enclosures                        3
```

SIMPLY CHECKING              @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | DBT CRD 1341 02/14/18 28207807<br>RUSSELL STOVER 433<br>KODAK         TN<br>Card # 5392 | 129.96- |
| 2/15 | DBT CRD 1429 02/14/18 28900011<br>AUBREYS CEDAR BLUF<br>KNOXVILLE      TN<br>Card # 5392 | 41.14- |
| 2/15 | DBT CRD 0839 02/15/18 032654<br>SHELL Serv<br>SHELL<br>GRAY          TN C#5392 | 33.46- |
| 2/15 | DBT CRD 0952 02/14/18 25500549<br>WENDYS  7739<br>KNOXVILLE      TN<br>Card # 5392 | 13.19- |
| 2/15 | DBT CRD 2144 02/13/18 20710008<br>CHICK-FIL-A  00764<br>SEVIERVILLE    TN<br>Card # 5392 | 5.87- |
| 2/15 | POS DEB 1324 02/15/18 18224406<br>OFFICE DEPOT 00 21<br>JOHNSON CITY   TN<br>Card # 5392 | 69.82- |
| 2/15 | POS DEB 1906 02/14/18 19190540<br>KWIK PANTRY  200<br>KNOXVILLE      TN<br>Card # 5392 | .01- |
| 2/16 | DBT CRD 2208 02/15/18 21900010<br>RICHARD W PECTOL &<br>JOHNSON CITY   TN<br>Card # 5392 | 1.04- |
| 2/20 | DBT CRD 1825 02/18/18 20741179<br>FEDEX 789776331222<br>MEMPHIS        TN<br>Card # 5392 | 80.86- |
| 2/20 | DBT CRD 0055 02/16/18 26018771<br>ENTERPRISE RENT-A- | 75.83- |

```
Date  3/05/18          Page    6
Primary Account    @XXXXXXXXXX@8780
Enclosures                         3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780  (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
|      | 865-9083044    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 0344 02/19/18 26001068 | 54.54- |
|      | CHICKEN SALAD CHIC |  |
|      | CHATTANOOGA    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 0727 02/19/18 12798238 | 31.00- |
|      | PILOT 00112 |  |
|      | Louisville    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 0750 02/20/18 629320 | 31.00- |
|      | WEIGELS  7 |  |
|      | 143 W. BROADWAY BL |  |
|      | JEFFERSON CTY TN C#5392 |  |
| 2/20 | DBT CRD 1623 02/16/18 529665 | 20.00- |
|      | ZOOMERZ  9 |  |
|      | 510 WINFIELD DUNN |  |
|      | SEVIERVILLE    TN C#5392 |  |
| 2/20 | DBT CRD 0349 02/16/18 22001035 | 14.96- |
|      | SHONEY S  17 |  |
|      | SEVIERVILLE    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 2224 02/15/18 23710007 | 14.56- |
|      | CHICK-FIL-A  00303 |  |
|      | JOHNSON CITY    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 2148 02/17/18 29710020 | 11.46- |
|      | CHICK-FIL-A  02847 |  |
|      | KNOXVILLE    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 0316 02/19/18 27400000 | 8.72- |
|      | SMOOTHIE KING  050 |  |
|      | KNOXVILLE    TN |  |
|      | Card # 5392 |  |
| 2/20 | DBT CRD 0436 02/19/18 23001068 | 7.63- |
|      | CHICKEN SALAD CHIC |  |
|      | CHATTANOOGA    TN |  |
|      | Card # 5392 |  |

```
Date  3/05/18          Page    7
Primary Account  @XXXXXXXXXX@8780
Enclosures                      3
```

SIMPLY CHECKING              @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| 2/20 | DBT CRD 2224 02/15/18 22710008 CHICK-FIL-A 00571 JOHNSON CITY TN Card # 5392 | 7.17- |
| 2/20 | DBT CRD 1932 02/19/18 29900013 PINE LAKES GOLF CO ROCKFORD TN Card # 5392 | 3.00- |
| 2/20 | DBT CRD 2340 02/16/18 24900012 RENFRO INTERIORS KNOXVILLE TN Card # 5392 | 1.00- |
| 2/20 | POS DEB 1027 02/19/18 15731830 OFFICE MAX/OFFI 11 KNOXVILLE TN Card # 5392 | 39.66- |
| 2/20 | POS DEB 1856 02/17/18 668281 FOOD CITY 180 RUTLEDGE PIKE BLAINE TN C#5392 | 18.05- |
| 2/20 | ATM W/D 0853 02/20/18 00005006 Weigels 77 143 WEST BROADWAY JEFFERSON CIT TN C#5392 | 100.00- |
| 2/21 | DBT CRD 1345 02/21/18 493698 WEIGELS 3 9541 KINGSTON PIKE KNOXVILLE TN C#5392 | 54.00- |
| 2/21 | DBT CRD 2140 02/19/18 26710011 CHICK-FIL-A 01348 KNOXVILLE TN Card # 5392 | 8.99- |
| 2/21 | DBT CRD 0054 02/20/18 20205140 UNIVERSITY GENERAL 8652514658 TN Card # 5392 | 2.59- |
| 2/21 | DBT CRD 0054 02/20/18 27205140 UNIVERSITY GENERAL | 2.08- |

```
Date  3/05/18          Page    8
Primary Account  @XXXXXXXXXX@8780
Enclosures                        3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
|      | 8652514658     TN | |
|      | Card # 5392 | |
| 2/21 | POS DEB 1308 02/21/18 18512292 | 52.25- |
|      | OFFICE MAX/OFFI 11 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 2/22 | DBT CRD 2144 02/20/18 21710021 | 15.83- |
|      | CHICK-FIL-A   03761 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 2/22 | POS DEB 1642 02/21/18 21810054 | 31.46- |
|      | OFFICE DEPOT 00 D/ | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 2/22 | POS DEB 1916 02/21/18 966871 | 17.39- |
|      | FOOD CITY | |
|      | 180 RUTLEDGE PIKE | |
|      | BLAINE       TN C#5392 | |
| 2/22 | ATM W/D 1918 02/21/18 98299783 | 143.00- |
|      | Cardtronic | |
|      | 180 RUTLEDGE PIKE | |
|      | BLAINE       TN C#5392 | |
| 2/22 | ATM W/D 0648 02/22/18 00000263 | 100.00- |
|      | PILOT CS | |
|      | 5402 RUTLEDGE PIKE | |
|      | KNOXVILLE      TN C#5392 | |
| 2/22 | Bill Paid-PATRICIA CARMICHAEL | 1,000.00- |
|      | Conf #3 | |
| 2/23 | DBT CRD 2010 02/22/18 22102010 | 13.00- |
|      | FIREHOUSE SUBS  80 | |
|      | ATHENS       AL | |
|      | Card # 5392 | |
| 2/23 | DBT CRD 2152 02/21/18 27710010 | 10.68- |
|      | CHICK-FIL-A   00994 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 2/23 | DBT CRD 2344 02/22/18 25432530 | 2.08- |
|      | PETES COUNTRY MEAT | |

```
Date  3/05/18          Page    9
Primary Account  @XXXXXXXXXX@8780
Enclosures                     3
```

SIMPLY CHECKING                    @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
|      | LORETTO        TN | |
|      | Card # 5392 | |
| 2/23 | DBT CRD 1920 02/22/18 20900012 | 1.04- |
|      | PETES COUNTRY MEAT | |
|      | LORETTO        TN | |
|      | Card # 5392 | |
| 2/23 | DBT CRD 1920 02/22/18 29900010 | .01- |
|      | PETES COUNTRY MEAT | |
|      | LORETTO        TN | |
|      | Card # 5392 | |
| 2/23 | DBT CRD 2344 02/22/18 27432530 | .01- |
|      | PETES COUNTRY MEAT | |
|      | LORETTO        TN | |
|      | Card # 5392 | |
| 2/26 | DBT CRD 1402 02/25/18 23006059 | 197.09- |
|      | MOES ORIGINAL BBQ | |
|      | DAPHNE         AL | |
|      | Card # 5392 | |
| 2/26 | DBT CRD 1706 02/23/18 765676 | 62.20- |
|      | CLARK S  1 | |
|      | 29234 HIGHWAY 98 | |
|      | DAPHNE       AL C#5392 | |
| 2/26 | DBT CRD 1732 02/22/18 26200112 | 62.00- |
|      | MAPCO EXPRESS  525 | |
|      | LORETTO        TN | |
|      | Card # 5392 | |
| 2/26 | DBT CRD 1028 02/25/18 29111492 | 59.62- |
|      | LOVES COUNTRY 0000 | |
|      | LEE            FL | |
|      | Card # 5392 | |
| 2/26 | DBT CRD 0042 02/25/18 20100662 | 21.27- |
|      | WHATABURGER  779 | |
|      | CRESTVIEW      FL | |
|      | Card # 5392 | |
| 2/26 | DBT CRD 0004 02/23/18 25300481 | 15.00- |
|      | CKE*THE WAREHOUSE | |
|      | FAIRHOPE      AL | |
|      | Card # 5392 | |

```
Date  3/05/18           Page    10
Primary Account   @XXXXXXXXXX@8780
Enclosures                        3
```

SIMPLY CHECKING              @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| 2/26 | POS DEB 1110 02/24/18 44058524 | 137.49- |
|      | DICKS SPOR | |
|      | 1390 TINGLE CIRCLE | |
|      | MOBILE       AL C#5392 | |
| 2/26 | POS DEB 1813 02/23/18 19822287 | 37.04- |
|      | CIRCLE K | |
|      | 501 E CERVANTES ST | |
|      | PENSACOLA    FL C#5392 | |
| 2/26 | ATM W/D 2056 02/25/18 00000818 | 123.99- |
|      | PAI ISO | |
|      | 225 E COASTLINE DR | |
|      | JACKSONVILLE  FL C#5392 | |
| 2/27 | DBT CRD 1112 02/26/18 23722955 | 69.35- |
|      | HYATT REG JACKSNVL | |
|      | JACKSONVILLE  FL | |
|      | Card # 5392 | |
| 2/27 | DBT CRD 1420 02/27/18 14293940 | 56.50- |
|      | LOVES TRAVEL STOPS | |
|      | DEFUNIAK SPRI FL | |
|      | Card # 5392 | |
| 2/27 | PREM PMT   BCBS OF AL | 432.76- |
|      | WEB        18/02/27 | |
|      | ID # TXC844202445 | |
|      | TRACE # 062000012780029 | |
| 2/27 | PREM PMT   BCBS OF AL | 32.00- |
|      | WEB        18/02/27 | |
|      | ID # XAD871829638 | |
|      | TRACE # 062000012780486 | |
| 2/28 | DBT CRD 0957 02/28/18 23100821 | 137.59- |
|      | VZWRLSS*APOCC VISE | |
|      | 800-922-0204  FL | |
|      | Card # 5392 | |
| 2/28 | DBT CRD 1140 02/27/18 24722823 | 50.00- |
|      | HYATT REG JACKSONV | |
|      | JACKSONVILLE  FL | |
|      | Card # 5392 | |
| 2/28 | DBT CRD 1430 02/26/18 26016000 | 12.00- |
|      | LANIER PARKING 107 | |

```
Date  3/05/18          Page   11
Primary Account  @XXXXXXXXXX@8780
Enclosures                      3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780  (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
|      | 4048816076      FL | |
|      | Card # 5392 | |
| 2/28 | POS DEB 1853 02/27/18 915934 | 18.51- |
|      | Fairhope M | |
|      | 8961 Fairhope Aven | |
|      | Fairhope      AL C#5392 | |
| 3/01 | DBT CRD 0944 02/28/18 27500519 | 23.35- |
|      | WENDY S  0210 | |
|      | FAIRHOPE      AL | |
|      | Card # 5392 | |
| 3/01 | POS DEB 1705 02/28/18 17545210 | 21.87- |
|      | LOWE S  22 | |
|      | 29645 FREDERICK BL | |
|      | DAPHNE       AL C#5392 | |
| 3/02 | DBT CRD 0236 03/01/18 24026904 | 131.16- |
|      | STATE FARM INSURAN | |
|      | 800-956-6310   IL | |
|      | Card # 5392 | |
| 3/02 | DBT CRD 0221 03/01/18 21104011 | 10.53- |
|      | JET PEP  66 | |
|      | HANCEVILLE    AL | |
|      | Card # 5392 | |
| 3/02 | DBT CRD 2327 03/01/18 22900010 | 1.04- |
|      | PETES COUNTRY MEAT | |
|      | LORETTO      TN | |
|      | Card # 5392 | |
| 3/02 | ATM W/D 0834 03/02/18 00001533 | 200.00- |
|      | PILOT CS | |
|      | 5402 RUTLEDGE PIKE | |
|      | KNOXVILLE     TN C#5392 | |
| 3/05 | DBT CRD 1731 03/02/18 922541 | 59.01- |
|      | WEIGELS  6 | |
|      | 12350 HWY 72 NORTH | |
|      | LOUDON       TN C#5392 | |
| 3/05 | DBT CRD 1749 03/01/18 26200149 | 57.00- |
|      | 5770 SHAN S VICT | |
|      | ROGERSVILLE   AL | |
|      | Card # 5392 | |

```
Date   3/05/18               Page    12
Primary Account   @XXXXXXXXXX@8780
Enclosures                           3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780   (Continued)

--- Withdrawals and Other Debits ---

| Date | Description | Amount |
|------|-------------|--------|
| 3/05 | DBT CRD 1753 03/04/18 22216407<br>PILOT_00191<br>Knoxville      TN<br>Card # 5392 | 51.36- |
| 3/05 | DBT CRD 1307 03/02/18 20105003<br>STAPLES       0011<br>SEVIERVILLE    TN<br>Card # 5392 | 38.17- |
| 3/05 | DBT CRD 1200 03/03/18 28100622<br>3 MINUTE MAGIC - L<br>KNOXVILLE      TN<br>Card # 5392 | 29.99- |
| 3/05 | DBT CRD 2148 03/03/18 24710026<br>CHICK-FIL-A  03761<br>KNOXVILLE      TN<br>Card # 5392 | 12.45- |
| 3/05 | DBT CRD 2124 03/01/18 26710015<br>CHICK-FIL-A  01854<br>MOUNT JULIET  TN<br>Card # 5392 | 10.68- |
| 3/05 | DBT CRD 1307 03/02/18 21105005<br>STAPLES       0011<br>SEVIERVILLE    TN<br>Card # 5392 | 6.55- |
| 3/05 | POS DEB 1230 03/04/18 17739167<br>OFFICE MAX/OFFI 11<br>KNOXVILLE      TN<br>Card # 5392 | 120.44- |
| 3/05 | POS DEB 1937 03/02/18 77245672<br>Wal-Mart S<br>2932 WAL-SAMS<br>KNOXVILLE  SW TN C#5392 | 51.30- |
| 3/05 | ATM W/D 0610 03/05/18 06100668<br>5412 ASHEV<br>5412 ASHEVILLE HWY<br>KNOXVILLE      TN C#5392 | 103.50- |

```
Date  3/05/18              Page    13
Primary Account   @XXXXXXXXXX@8780
Enclosures                         3
```

SIMPLY CHECKING                @XXXXXXXXXX@8780   (Continued)

----- Checks in Serial Order -----          ----- Checks in Serial Order -----
| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 2/14 |        | 2,000.00 | 3/02 | | 837.85 |
| 2/20 |        | 4,585.00 |      | | |

* Indicates skip in check numbers

----- Daily Balance Information -----
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/06 | 6,815.46 | 2/15 | 2,884.13 | 2/27 | 14,342.58 |
| 2/07 | 6,716.06 | 2/16 | 2,883.09 | 2/28 | 14,124.48 |
| 2/08 | 6,573.61 | 2/20 | 17,011.57 | 3/01 | 14,079.26 |
| 2/09 | 6,457.61 | 2/21 | 16,983.39 | 3/02 | 12,898.68 |
| 2/12 | 6,243.66 | 2/22 | 15,675.71 | 3/05 | 12,358.23 |
| 2/13 | 5,680.74 | 2/23 | 15,648.89 | | |
| 2/14 | 3,177.58 | 2/26 | 14,933.19 | | |

Our PRIVACY POLICY has not changed and is available on our website at
CNBTN.com on the home page.  To request a copy, please call 865-429-7521.
            * * * E N D   O F   S T A T E M E N T * * *

**EXHIBIT A**

**CASE NAME:**
Re Michael Scott Carmichael
Case No. 2:18-bk-50024-MPP

**BANK:**    Citizens Bank of Sevierville - Simply Checking - Personal & Guardian Enterprises
**ACCOUNT NO.**    # 8780

| | |
|---|---|
| **BEGINNING CASH** | $ 6,815.46 |
| | |
| PLUS: RECEIPTS (DEPOSITS) | 19,324.65 |
| LESS: DISBURSEMENTS (LIST BELOW) | 13,781.88 |
| | |
| **ENDING CASH** | $ 12,358.23 |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|------|---------|-------|--------|---------|
| 7-Feb | | Weigel's | $ 40.00 | Fuel |
| 7-Feb | | Farm to Fork Restaurant | $ 36.51 | Food |
| 7-Feb | | Staples | $ 3.38 | Installation Supplies for Client |
| 7-Feb | | Baker's Wrecker Service | $ 1.04 | Credit Fee - Test Transaction |
| 7-Jan | | Baker's Wrecker Service | $ 1.04 | Credit Fee - Test Transaction |
| 7-Feb | | Kroger's | $ 17.43 | Personal Items |
| 8-Feb | | Calhoun's | $ 21.39 | Food |
| 8-Feb | | Ruby Tuesday's | $ 21.04 | Food |
| 8-Feb | | Richard W. Pectol | $ 0.01 | Credit Fee - Test Transaction |
| 8-Feb | | Richard W. Pectol | $ 0.01 | Credit Fee - Test Transaction |
| 8-Feb | | ATM Withdrawal | $ 100.00 | Personal Items |
| 9-Feb | | Speedway | $ 65.00 | Fuel |
| 9-Feb | | Gas N Go | $ 51.00 | Fuel |
| 12-Feb | | Gas N Go | $ 63.00 | Fuel |
| 12-Feb | | Staples | $ 36.55 | Supplies for Customer |
| 12-Feb | | Ruby Tuesday's | $ 25.39 | Food |
| 12-Feb | | Calhoun's | $ 24.39 | Food |
| 12-Feb | | Burger King | $ 11.78 | Food |
| 12-Feb | | Chick-Fil-A | $ 9.36 | Food |
| 12-Feb | | Burger King | $ 2.50 | Food |
| 12-Feb | | Kroger's | $ 38.35 | Personal Items |
| 12-Feb | | Office Max | $ 2.60 | Installation Supplies for Client |
| 12-Feb | | Kwik Pantry # 200 | $ 0.02 | Credit Fee - Test Transaction |
| 12-Feb | | Kwik Pantry # 200 | $ 0.01 | Credit Fee - Test Transaction |
| 13-Feb | | Enterprise Rent-A-Car | $ 458.90 | Car Rental |
| 13-Feb | | Murphy Express | $ 30.50 | Fuel |
| 13-Feb | | Republic Parking | $ 8.00 | Parking |
| 13-Feb | | Wal-Mart | $ 65.52 | Office Expense |
| 14-Feb | | Advanced Merchant | $ 411.19 | Processing Equipment for Client |
| 14-Feb | | Russell Stover | $ 82.51 | Gift for Mother |
| 14-Feb | | Office Max | $ 9.46 | Supplies for Customer |
| 14-Feb | | Thomas Automotive | $ 2,000.00 | Payment on Engine for Suburban |
| 15-Feb | | Russell Stover | $ 129.96 | Business Gifts |

| Date | Payee | | Amount | Category |
|---|---|---|---|---|
| 15-Feb | Aubrey's Restaurant | $ | 41.14 | Food |
| 15-Feb | Shell Service | $ | 33.46 | Fuel |
| 15-Feb | Wendy's | $ | 13.19 | Food |
| 15-Feb | Chick-Fil-A | $ | 5.87 | Food |
| 15-Feb | Office Depot | $ | 69.82 | Supplies for Customer |
| 15-Feb | Kwik Pantry # 200 | $ | 0.01 | Credit Fee - Test Transaction |
| 16-Feb | Richard W. Pectol | $ | 1.04 | Credit Fee - Test Transaction |
| 20-Feb | FedEx | $ | 80.86 | Shipping |
| 20-Feb | Enterprise Rent-A-Car | $ | 75.83 | Car Rental |
| 20-Feb | Chicken Salad Chick | $ | 54.54 | Food |
| 20-Feb | Pilot | $ | 31.00 | Fuel |
| 20-Feb | Weigel's | $ | 31.00 | Fuel |
| 20-Feb | Zoomer | $ | 20.00 | Fuel |
| 20-Feb | Shoney's | $ | 14.96 | Food |
| 20-Feb | Chick-Fil-A | $ | 14.56 | Food |
| 20-Feb | Chick-Fil-A | $ | 11.46 | Food |
| 20-Feb | Smoothie King | $ | 8.72 | Food |
| 20-Feb | Chicken Salad Chick | $ | 7.63 | Food |
| 20-Feb | Chick-Fil-A | $ | 7.17 | Food |
| 20-Feb | Pine Lakes Golf Course | $ | 3.00 | Credit Fee - Test Transaction |
| 20-Feb | Renfro Interiors | $ | 1.00 | Credit Fee - Test Transaction |
| 20-Feb | Office Max | $ | 39.66 | Supplies for Customer |
| 20-Feb | Food City | $ | 18.05 | Food |
| 20-Feb | ATM Withdrawal | $ | 100.00 | Personal Items |
| 20-Feb | Thomas Automotive | $ | 4,585.00 | Payment on Engine for Suburban |
| 21-Feb | Weigel's | $ | 54.00 | Fuel |
| 21-Feb | Chick-Fil-A | $ | 8.99 | Food |
| 21-Feb | University General Surgeons | $ | 2.59 | Credit Fee - Test Transaction |
| 21-Feb | University General Surgeons | $ | 2.08 | Credit Fee - Test Transaction |
| 21-Feb | Office Max | $ | 52.25 | Office Expense |
| 22-Feb | Chick-Fil-A | $ | 15.83 | Food |
| 22-Feb | Office Depot | $ | 31.46 | Supplies for Customer |
| 22-Feb | Food City | $ | 17.39 | Personal Items |
| 22-Feb | ATM Withdrawal | $ | 143.00 | Personal Items |
| 22-Feb | ATM Withdrawal | $ | 100.00 | Personal Items |
| 22-Feb | Patricia Carmichael | $ | 1,000.00 | Rent |
| 23-Feb | Firehouse Subs | $ | 13.00 | Food |
| 23-Feb | Chick-Fil-A | $ | 10.68 | Food |
| 23-Feb | Pete's Country Meat | $ | 2.08 | Credit Fee - Test Transaction |
| 23-Feb | Pete's Country Meat | $ | 1.04 | Credit Fee - Test Transaction |
| 23-Feb | Pete's Country Meat | $ | 0.01 | Credit Fee - Test Transaction |
| 23-Feb | Pete's Country Meat | $ | 0.01 | Credit Fee - Test Transaction |
| 26-Feb | Moe's Original BBQ | $ | 197.09 | Food |
| 26-Feb | Clark's | $ | 62.20 | Fuel |
| 26-Feb | Mapco | $ | 62.00 | Fuel |
| 26-Feb | Love's Travel Center | $ | 59.62 | Fuel |
| 26-Feb | Whataburger | $ | 21.27 | Food |
| 26-Feb | The Wharehouse Bakery | $ | 15.00 | Food |
| 26-Feb | Dick's Sporting Goods | $ | 137.49 | Personal Items |
| 26-Feb | Circle K | $ | 37.04 | Personal Items |
| 26-Feb | ATM Withdrawal | $ | 123.99 | Personal Items |
| 27-Feb | Hyatt Regency | $ | 69.35 | Hotel |
| 27-Feb | Love's Travel Center | $ | 56.50 | Fuel |
| 27-Feb | Blue Cross Blue Shield of AL | $ | 432.76 | Health Insurance Premium |
| 27-Feb | Blue Cross Blue Shield of AL | $ | 32.00 | Dental Insurance Premium |

| Date | Payee | | Amount | Description |
|---|---|---|---|---|
| 28-Feb | Verizon Wireless | $ | 137.59 | Cell Phone |
| 28-Feb | Hyatt Regency | $ | 50.00 | Parking at Hotel |
| 28-Feb | Lanier Parking | $ | 12.00 | Parking |
| 28-Feb | Marathon Gas | $ | 18.51 | Fuel |
| 1-Mar | Wendy's | $ | 23.35 | Food |
| 1-Mar | Lowe's | $ | 21.87 | Installation Supplies for Client |
| 2-Mar | State Farm Insurance | $ | 131.16 | Auto Insurance |
| 2-Mar | Jet Petroleum | $ | 10.53 | Fuel |
| 2-Mar | Pete's Country Meat | $ | 1.04 | Credit Fee - Test Transaction |
| 2-Mar | ATM Withdrawal | $ | 200.00 | Personal Items |
| 2-Mar | Bailey's Band Room | $ | 204.04 | Reimbursement to Client |
| 2-Mar | A&A Construction Waste | $ | 532.81 | Reimbursement to Client |
| 2-Mar | Kwik Pantry # 500 | $ | 101.00 | Reimbursement to Client |
| 5-Mar | Weigel's | $ | 59.01 | Fuel |
| 5-Mar | Marathon Gas | $ | 57.00 | Fuel |
| 5-Mar | Pilot | $ | 51.36 | Fuel |
| 5-Mar | Staples | $ | 38.17 | Supplies for Customer |
| 5-Mar | 3 Minute Magic | $ | 29.99 | Auto Expense |
| 5-Mar | Chick-Fil-A | $ | 12.45 | Food |
| 5-Mar | Chick-Fil-A | $ | 10.68 | Food |
| 5-Mar | Staples | $ | 6.55 | Office Expense |
| 5-Mar | Office Max | $ | 120.44 | Office Expense |
| 5-Mar | Wal-Mart | $ | 51.30 | Food & Personal Items |
| 5-Mar | ATM Withdrawal | $ | 103.50 | Personal Items |

**Total Cash Distributions**     $    13,781.88

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**   Re Michael Scott Carmichael

**CASE NUMBER:**   No. 2:18-bk-50024-MPP

**CASH RECEIPTS & DISBURSEMENTS SUMMARY**
**[USE BOOK AMOUNTS, NOT BANK]**

**MONTH ENDING** February 28, 2018

**BANK NAME**   Smart Bank

**ACCOUNT NO. [last 4 digits]**   # 0719

**BEGINNING CASH PER BOOKS**   $                              0.79

**PLUS RECEIPTS**                                          18,425.73

**PLUS TRANSFERS IN**
**(Use Transfer line only for transfers**
**between bank accounts.)**

**LESS DISBURSEMENTS**                                        190.00
**(Attach copy of disbursements journal**
**or other record showing date, payee,**
**purpose and amount for all cash or**
**check disbursements.  List must show**
**total that agrees to amount above.)**

**LESS TRANSFERS OUT**                                      18,231.52
**(Use Transfer line only for transfers**
**between bank accounts.)**

**ENDING CASH PER BOOKS**
**(to "Cash", Statement**
**of Assets and Liabilities)**   $                              5.00

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                        7

PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650



## SmartBank



Member FDIC

1

**GUARDIAN ENTERPRISES LLC**
**1059 N CEDAR BLUFF RD STE 107**
**KNOXVILLE TN 37923-2233**

Page                    1 of 3

Account Number:  ******0719
Date                    02/28/18

| SMARTFREE BUSINESS CKNG | ******0719 |
|---|---|

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 2/01/18 | .79 |
| Deposits / Misc Credits | 6 | 18,425.73 |
| Withdrawals / Misc Debits | 2 | 18,421.52 |
| ** Ending Balance | 2/28/18 | 5.00** |
| Service Charge | | .00 |
| Average Balance | | 3,192 |
| Minimum Balance | | 0 |
| Enclosures | | 1 |

## Deposits and Credits

| Date | Amount | Activity Description |
|---|---|---|
| 2/13 | 62.66 | SPS EFT 11042/PAYOUT<br>SPS EFT 11042 SPS EFT 11042 |
| 2/13 | 163.26 | SPS EFT 11042/PAYOUT<br>SPS EFT 11042 SPS EFT 11042 |
| 2/14 | 4,036.70 | CENTRAL PAYMENT/AG DRCR |
| 2/14 | 4,108.79 | CENTRAL PAYMENT/AG DRCR |
| 2/16 | 1.86 | ELECTRONIC MERCH/PAYMENTJNL<br>VN6231 GUARDIAN ENTERPR |
| 2/16 | 10,052.46 | ELECTRONIC MERCH/PAYMENTJNL<br>VN6230 GUARDIAN ENTERPR |

## Checks in Check Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 2/20 | | 18,231.52 | | | | | | |

* indicates a break in check number sequence

## Withdrawals and Debits

| Date | Amount | Activity Description |
|---|---|---|
| 2/13 | 190.00 | Epay Gateway/Gatewy Chg<br>44101061 Guardian Enterprises L |

PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650



**SmartBank**



Member
**FDIC**

| | |
|---|---|
| Page | 2 of 3 |

**GUARDIAN ENTERPRISES LLC**
**1059 N CEDAR BLUFF RD STE 107**
**KNOXVILLE TN 37923-2233**

| | |
|---|---|
| Account Number: | ******0719 |
| Date | 02/28/18 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/13 | 36.71 | 2/16 | 18,236.52 | | |
| 2/14 | 8,182.20 | 2/20 | 5.00 | | |

**Account: \*\*\*\*\*\*0719**

**Page: 3**



02/20/2018        $18,231.52



**EXHIBIT A**

**CASE NAME:**
**Re Michael Scott Carmichael**
**Case No. 2:18-bk-50024-MPP**

**BANK:**          SmartBank - Business Checking - Guardian of Enterprises, LLC
**ACCOUNT NO.**    # 0719

| | | |
|---|---|---:|
| **BEGINNING CASH** | $ | 0.79 |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | | 18,425.73 |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 18,421.52 |
| | | |
| **ENDING CASH** | $ | 5.00 |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | | PURPOSE |
|------|---------|-------|--------|---|---------|
| 13-Feb | | Epay Gateway | $ | 190.00 | Credit Processing Charge |
| 20-Feb | | Transfer to CBS Acct # 8780 | $ | 18,231.52 | To Close Account |

| | | |
|---|---|---:|
| Total Cash Distributions | $ | 18,421.52 |

EXHIBIT B

CASE NAME: Re Michael Scott Carmichael

CASE NUMBER: No. 2:18-bk-50024-MPP

DETAIL OF POST PETITION LIABILITIES

MONTH ENDED: February 28, 2018

| | DATE INCURRED | DATE DUE | AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS |
|---|---|---|---|---|---|---|---|
| PAYROLL TAX | | | | | | | |
| SALES TAX | | | | | | | |
| RENT | 02/22/18 | 02/28/18 | $ 1,000.00 | | | | |
| OTHER (LIST SEPARATELY) | | | | | | | |
| 14 Chevy Suburban | 04/01/15 | 02/17/18 | $ 32,531.38 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL (TO SECTION II, STATEMENT OF ASSETS & LAIBILITIES): | | | $ 33,531.38 | | | | |

8

INDIV.MR 4/11

**EXHIBT C**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

**During the current period has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?**  No.

**If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all sell closing costs and loan payoff amounts) and the next amount received.  If available, attach a copy of the settlement statement with the closing.**  N/A.

INDIV.MR 4/11                                           9

## CERTIFICATE OF SERVICE
### [to be completed by attorney for debtor]

Copies of the foregoing Monthly Operating Report have been sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt.  All other interested

parties and creditors listed below and/or on the attached mailing matrix will be served by regular U.S.

mail.

Done this ___14th___ day of ___MARCH___, 20 _18_

_M Scott Carmichael_
(Signature)
M. Scott Carmichael
(Printed name)
648 Ranch Road, #1A
(Street address)
Blaine, TN 37709
(City, state, zip)
(843) 729-6824
(Telephone)

The Monthly Operating Reports are required to be filed electronically with the Clerk of the Court in
which your petition was filed.  Copies should be served on the members of the Unsecured Creditor's
Committee, if applicable, and the following:

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Greeneville Cases:
United States Attorney
James H. Quillen U.S. Courthouse
220 W. Depot Street, Suite 423
Greeneville, TN 37743

Knoxville Cases:
United States Attorney
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

INDIV.MR 4/11                                    10