# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

**IN RE**                                             CASE NO.

Re Michael Scott Carmichael

**(Case Name)**                                       **CHAPTER 11**

No. 2:18-bk-5024-MPP

**Debtor(s)**

## MONTHLY OPERATING REPORT
## FOR INDIVIDUALS

**FOR MONTH ENDING** _____ **MARCH 31** _____ , 20 __18__

Comes now M. Scott Carmichael _____ , debtor in possession,

an hereby submits its Monthly Operating Report for the period commencing

March 01, 2018   **and ending**   March 31, 2018   **as shown by the report and**

**exhibits consisting of** __38__ **pages and containing the following, as indicated:**

__X__   **Statement of Income (Loss)**

__X__   **Statement of Assets and Liabilities**

__X__   **Reconciliation of Cash/Cash Disbursements Detail (Exhibit A)**

__X__   **Detail of Post-Petition Liabilities (Exhibit B)**

__X__   **Transfer of Property (Exhibit C)**

__X__   **Certificate of Service**

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief.  I also hereby certify that the original Monthly Operating Report was filed with the Bankruptcy Court Clerk and a copy delivered to the parties as listed on the attached Certificate of Service

Date:    _04.13. 2018_                              **DEBTOR-IN-POSSESSION**

                                            _M. Sott Carmich_
                                            **(Signature)**

                        **Name and Title:** M. Scott Carmichael

                              **Address:** 648 Ranch Road, #1A

                                        Blaine, TN 37709

                              **Telephone Number:**  (843) 729-6824

**NOTE: These forms are available on the Region 8 U.S. Trustee website at:**
http://www.justice.gov/ust/r08/chattanooga/chapter11.htm

**For more information contact:**

**Becky H. Halsey**
**Bankruptcy Analyst**
**Office of the U.S. Trustee**
**800 Market Street, Ste 114**
**Knoxville, TN 37902**
**(865) 545-4015**

INDIV.MR 4/11                              2

**CASE NAME:**   Re Michael Scott Carmichael

**CASE NUMBER:**   No. 2:18-bk-50024-MPP

## STATEMENT OF INCOME (LOSS)
### MONTH ENDING              March 31, 2018

| I. INCOME (LIST SOURCES) | CURRENT MONTH | | FILING TO DATE | |
|---|---|---|---|---|
| Guardian Enterprises, LLC | $ | 10,465.13 | $ | 46,807.78 |
| | | - | | - |
| | | - | | - |
| **II. PURCHASES** | $ | - | $ | - |
| **III. GROSS PROFIT** **(SEC. I LESS SEC. II)** | $ | 10,465.13 | $ | 46,807.78 |
| **IV. GENERAL EXPENSES** | $ | - | $ | - |
| Advertising | | - | | (1,500.00) |
| Accounting | | - | | - |
| Bank Charges & CC Fees | | (1,026.53) | | (1,383.40) |
| Compensation to Officers, Partners or Proprietors | | - | | - |
| Client Reimbursements | | (2,039.95) | | (2,451.14) |
| Commission & Fees | | - | | (544.55) |
| Contract Labor | | (6,200.18) | | (8,995.94) |
| Hotels & Motels | | - | | (336.90) |
| Insurance - Health & Other | | (464.76) | | (1,536.33) |

| | CURRENT MONTH | FILING TO DATE |
|---|---|---|
| Legal | - | - |
| Meals & Entertainment | (139.62) | (1,057.91) |
| Postage | (198.20) | (523.84) |
| Property Taxes | - | - |
| Rent | (902.00) | (1,302.00) |
| Repair & Maintenance | - | - |
| Supplies & Office Expense | (745.68) | (1,994.51) |
| Taxes - Payroll & Other | - | - |
| Telephone & Cell Phone | (130.09) | (316.85) |
| Travel Expense | - | - |
| Utilities | - | - |
| Vehicle Expense | (1,069.74) | (7,977.36) |
| Personal Expenses (attach list) | (7,459.13) | (15,697.81) |
| Business Gifts | - | (129.96) |
| | - | - |
| **TOTAL EXPENSES:** | $    (20,375.88) | $    (45,748.50) |
| **NET INCOME OR LOSS (SEC. III LESS SEC. IV)** | $    (9,910.75) | $    1,059.28 |

## Guardian Enterprises, LLC
### Guardian Enterprises, LLC
For the Month Ended 31 March 2018

| | Mar-18 | YTD |
|---|---:|---:|
| **Revenue** | | |
| Revenue - Guardian Enterprise | 10,465.13 | 46,807.78 |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ 10,465.13 | $ 46,807.78 |
| | | |
| **Gross Profit** | $ 10,465.13 | $ 46,807.78 |
| | | |
| **Operating Income / (Loss)** | $ 10,465.13 | $ 46,807.78 |
| | | |
| **Other Income and Expenses** | | |
| Advertising, Marketing, & Promotion | - | (1,500.00) |
| Auto Expense | (1,069.74) | (7,977.36) |
| Bank Charge | (31.25) | (122.10) |
| Business Gifts | - | (129.96) |
| Client Reimbursement | (2,039.95) | (2,451.14) |
| Commission & Fees | - | (544.55) |
| Communications: Cell, Telephone, Internet | (130.09) | (316.85) |
| Contract Labor | (6,200.18) | (8,995.94) |
| Credit Card Fees | (995.28) | (1,261.30) |
| Hotels, Motels, Etc. | - | (336.90) |
| Insurance - Health - Owner/Stockholder | (464.75) | (1,394.27) |
| Insurance - Other | - | (142.06) |
| Meals and Entertainment | (139.62) | (1,057.91) |
| Office Expense | (745.68) | (1,531.93) |
| Postage | (198.20) | (523.84) |
| Rent - Real Property | (902.00) | (1,302.00) |
| Supplies - Other | - | (462.58) |
| Uniform | - | - |
| **Total Other Income and Expense** | $ (12,916.74) | $ (30,050.70) |
| | | |
| **Net Income / (Loss) before Tax** | $ (2,451.61) | $ 16,757.09 |
| | | |
| **Net Income** | $ (2,451.61) | $ 16,757.09 |
| | | |
| **Total Comprehensive Income** | $ (2,451.61) | $ 16,757.09 |

## Income Statement
### M. Scott Carmichael - Personal Expenses
For the Month Ended 31 March 2018

| | Mar-18 | YTD |
|---|---:|---:|
| **Revenue** | | |
| Revenue - Guardian Enterprise | - | - |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ - | $ - |
| | | |
| **Gross Profit** | $ - | $ - |
| | | |
| **Operating Income / (Loss)** | $ - | $ - |
| | | |
| **Personal Expenses** | | |
| ATM Withdrawals - Personal Expenses | (2,067.60) | (3,020.59) |
| Auto Expense | (358.52) | (3,766.09) |
| Bank Charge | - | - |
| Charitable Contributions | (35.00) | (35.00) |
| Church Tithes | (1,604.00) | (1,807.00) |
| Commission & Fees | - | - |
| Communications: Verizon Wireless | (32.52) | (219.30) |
| Contract Labor | - | - |
| Credit Card Fees | - | - |
| Haircuts | (220.26) | (270.26) |
| Insurance - Health - Owner/Stockholder | - | - |
| IRS & Other Tax Payments | (1,104.00) | (1,104.00) |
| Meals and Entertainment | (409.67) | (1,129.10) |
| Other Personal Expenses, e.g., Wal-Mart | (485.71) | (1,150.67) |
| Personal Gifts | (205.45) | (287.96) |
| Pharmacy - Rite Aid, CVS, Etc. | - | (50.78) |
| Rent - Real Property | - | (2,400.00) |
| Uniform - Dry Cleaners | (136.40) | (457.07) |
| **Total Other Income and Expense** | $ (7,459.13) | $ (15,697.81) |
| | | |
| **Net Income / (Loss) before Tax** | $ (7,459.13) | $ (15,697.81) |
| | | |
| **Net Income** | $ (7,459.13) | $ (15,697.81) |
| | | |
| **Total Comprehensive Income** | $ (7,459.13) | $ (15,697.81) |

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

### STATEMENT OF ASSETS AND LIABILITIES
### MONTH ENDING March 31, 2018

**I.  ASSETS (from Schedules A & B)**                          **AMOUNT**

| | |
|---|---:|
| **Cash (from "Ending Cash", Exhibit A)** | $ 12,305.79 |
| **Securities and other short term liquid assets** | - |
| **Account Receivable** | - |
| **Inventory:** Beginning of period End of period | - |
| Other current assets (itemize): | - |
| | - |
| **Long-term assets - include equipment, buildings and property (itemize):** | - |
| | - |
| | - |
| **Total Assets** | $ 12,305.79 |

## II. LIABILITIES

|  | | AMOUNT |
|---|---|---|
| **Postpetition (from "Total Amount Due", Exhibit B)** | $ | 33,531.38 |
| **Prepetition (itemize):** | | |
| **Secured (from bankruptcy petition Schedule D)** | | 196,468.19 |
| **Priority (from bankruptcy petition Schedule E)** | | 94,000.00 |
| **Unsecured (from bankruptcy petition Schedule F)** | | 2,945,697.40 |
| | | - |
| | | - |
| **Total Liabilities** | $ | 3,269,696.97 |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

### CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** March 31, 2018

**BANK NAME**  Citizens National Bank

**ACCOUNT NO. [last 4 digits]**          # 8780

**BEGINNING CASH PER BOOKS**          $                    12,358.23

**PLUS RECEIPTS**                                                        3,000.00

**PLUS TRANSFERS IN**                                               19,173.81
(Use Transfer line only for transfers
between bank accounts.)

**LESS DISBURSEMENTS**                                          22,231.25
(Attach copy of disbursements journal
or other record showing date, payee,
purpose and amount for all cash or
check disbursements.  List must show
total that agrees to amount above.)

**LESS TRANSFERS OUT**                                                    -
(Use Transfer line only for transfers
between bank accounts.)

**ENDING CASH PER BOOKS**
    (to "Cash", Statement
    of Assets and Liabilities)          $                    12,300.79

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                            7



## CITIZENS NATIONAL BANK
MEMBER FDIC

| Citizens National Bank Home Page | Log In to NetTeller |
|---|---|

```
                                        Date  4/09/18         Page    1
                                        Primary Account  XXXXXXXXXXXX8780
                                        Enclosures                    11

        MICHAEL SCOTT CARMICHAEL
        BKRPTCY CASE NO 2:18-BK-50024-MPP
        648 RANCH RD
        BLAINE TN 37709-2037
```

                        Secure. Reliable. Verified.
            CNB has earned a 5-star rating from BauerFinancial.com.
            That makes us one of the strongest banks in the nation!

## CHECKING ACCOUNTS

```
SIMPLY CHECKING                          Number of Images               11
Account Number        XXXXXXXXXXXX8780   Statement Dates   3/06/18 thru  4/09/18
     Previous Balance      12,358.23     Days in the statement period       35
  4 Deposits/Credits       22,173.81     Average Ledger             14,665.36
156 Checks/Debits          22,231.25     Average Collected          14,665.36
     Service Charge              .00
     Interest Paid               .00
     Ending Balance        12,300.79
```

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/09 | Deposit/Credit | 1,000.00 |
| 3/09 | Deposit/Credit | 1,000.00 |
| 3/19 | Deposit/Credit | 19,173.81 |
| 4/02 | Deposit/Credit | 1,000.00 |

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 3/06 | DBT CRD 1320 03/06/18 24741232<br>FEDEX 789900864468<br>MEMPHIS        TN<br>Card # 5392 | 74.79- |
| 3/06 | DBT CRD 1252 03/06/18 318443<br>PILOT  025<br>6432 ASHEVILLE HIG<br>KNOXVILLE     TN C#5392 | 60.00- |
| 3/06 | DBT CRD 0109 03/06/18 25100096<br>GOOGLE *SVCSAPPS_y<br>cc google.com CA<br>Card # 5392 | 32.78- |



Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18        Page     2
Primary Account   XXXXXXXXXXXX8780
Enclosures                      11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/07 | DBT CRD 1420 03/07/18 24741004<br>FEDEX 789920173400<br>MEMPHIS          TN<br>Card # 5392 | 42.04- |
| 3/07 | DBT CRD 1420 03/07/18 26741004<br>FEDEX 789920150350<br>MEMPHIS          TN<br>Card # 5392 | 20.47- |
| 3/07 | DBT CRD 2132 03/05/18 25710011<br>CHICK-FIL-A  01348<br>KNOXVILLE    TN<br>Card # 5392 | 10.68- |
| 3/07 | DBT CRD 1001 03/06/18 26105026<br>STAPLES     0011<br>SEVIERVILLE   TN<br>Card # 5392 | 3.13- |
| 3/07 | POS DEB 1023 03/07/18 124592<br>TARGET T-0<br>2050 Gallatin Rd N<br>Madison       TN C#5392 | 205.45- |
| 3/07 | POS DEB 1540 03/06/18 20350257<br>OFFICE MAX/OFFI 11<br>KNOXVILLE    TN<br>Card # 5392 | 9.79- |
| 3/08 | DBT CRD 1804 03/07/18 01290877<br>SPEEDWAY 07148 667<br>LEBANON      TN<br>Card # 5392 | 51.01- |
| 3/08 | DBT CRD 2144 03/06/18 28710012<br>CHICK-FIL-A  01348<br>KNOXVILLE    TN<br>Card # 5392 | 8.73- |
| 3/08 | ATM W/D 1531 03/07/18 38948664<br>Cardtronic<br>810 S CUMBERLAND S<br>LEBANON       TN C#5392 | 62.75- |
| 3/09 | DBT CRD 1057 03/09/18 15657775<br>PILOT_00191 | 53.50- |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18         Page    3
Primary Account  XXXXXXXXXXXX8780
Enclosures                     11
```

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | Knoxville     TN | |
| | Card # 5392 | |
| 3/09 | DBT CRD 1320 03/09/18 28741215 | 43.57- |
| | FEDEX 789951048210 | |
| | MEMPHIS        TN | |
| | Card # 5392 | |
| 3/09 | DBT CRD 2156 03/07/18 28710012 | 5.53- |
| | CHICK-FIL-A  01601 | |
| | COOKEVILLE    TN | |
| | Card # 5392 | |
| 3/09 | DBT CRD 1944 03/08/18 27900011 | 1.04- |
| | BAILEYS BAND ROOM | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/09 | ATM W/D 1557 03/08/18 00005074 | 403.95- |
| | PILOT TS | |
| | 314 LOVELL ROAD (I | |
| | KNOXVILLE     TN C#5392 | |
| 3/12 | DBT CRD 1124 03/10/18 26150703 | 702.00- |
| | HAYFIELD DRIVE MIN | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/12 | DBT CRD 1111 03/11/18 22838000 | 48.00- |
| | MURPHY6978ATWALMAR | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/12 | DBT CRD 1428 03/11/18 23900019 | 31.68- |
| | AUBREYS STRAWBERRY | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/12 | DBT CRD 0132 03/09/18 23100134 | 19.39- |
| | CALHOUN S  108 | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/12 | DBT CRD 2216 03/09/18 20710014 | 9.32- |
| | CHICK-FIL-A  01348 | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

| _Citizens National Bank Home Page_   _Log In to NetTeller_ |

```
Date  4/09/18        Page    4
Primary Account   XXXXXXXXXXXX8780
Enclosures                    11
```

SIMPLY CHECKING                XXXXXXXXXXXX8780  (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/12 | DBT CRD 2228 03/08/18 24710012<br>CHICK-FIL-A  01348<br>KNOXVILLE     TN<br>Card # 5392 | 8.73- |
| 3/12 | DBT CRD 0932 03/09/18 26170692<br>RPS KNOXVILLE PRYO<br>KNOXVILLE     TN<br>Card # 5392 | 8.00- |
| 3/12 | DBT CRD 2204 03/09/18 21017030<br>PREMIER PARKING- F<br>KNOXVILLE     TN<br>Card # 5392 | 2.00- |
| 3/12 | POS DEB 1918 03/11/18 00349672<br>WM SUPERCE<br>Wal-Mart Super Cen<br>KNOXVILLE (E) TN C#5392 | 61.58- |
| 3/12 | POS DEB 1427 03/12/18 18718218<br>OFFICE MAX/OFFI 11<br>KNOXVILLE     TN<br>Card # 5392 | 51.09- |
| 3/12 | POS DEB 1748 03/09/18 22935775<br>OFFICE DEPOT 00 D/<br>KNOXVILLE     TN<br>Card # 5392 | 48.24- |
| 3/12 | POS DEB 1408 03/10/18 449388<br>FOOD CITY<br>180 RUTLEDGE PIKE<br>BLAINE        TN C#5392 | 20.85- |
| 3/12 | ATM W/D 1251 03/10/18 00005157<br>PILOT TS<br>314 LOVELL ROAD (I<br>KNOXVILLE     TN C#5392 | 103.95- |
| 3/13 | POS DEB 1719 03/12/18 21100046<br>OFFICE DEPOT 00 42<br>KNOXVILLE     TN<br>Card # 5392 | 20.29- |
| 3/13 | PAYMENT    U.S. BANK N.A.<br>WEB       18/03/13 | 250.00- |



CITIZENS NATIONAL BANK
MEMBER FDIC

| Citizens National Bank Home Page | Log In to NetTeller |

Date  4/09/18          Page     5
Primary Account   XXXXXXXXXXXX8780
Enclosures                      11

SIMPLY CHECKING              XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | ID # 000000514345950 | |
| | TRACE # 042000016098756 | |
| 3/14 | DBT CRD 1646 03/13/18 794339 | 60.00- |
| | PILOT  027 | |
| | 314 LOVELL RD | |
| | KNOXVILLE     TN C#5392 | |
| 3/14 | DBT CRD 2136 03/12/18 28710011 | 11.07- |
| | CHICK-FIL-A  01348 | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/14 | DBT CRD 1936 03/13/18 28900018 | 1.04- |
| | ROGERS ROCKIN BLUE | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/14 | ATM W/D 1717 03/13/18 00003919 | 103.50- |
| | SUNTRUST | |
| |  TURKEY CREEK WAL- | |
| | KNOXVILLE     TN C#5392 | |
| 3/15 | DBT CRD 1114 03/15/18 821942 | 60.00- |
| | WEIGELS   7 | |
| | 1405 LOVELL RD | |
| | KNOXVILLE     TN C#5392 | |
| 3/15 | DBT CRD 1210 03/14/18 28105003 | 32.90- |
| | STAPLES     0011 | |
| | SEVIERVILLE   TN | |
| | Card # 5392 | |
| 3/15 | DBT CRD 2146 03/13/18 22710011 | 11.56- |
| | CHICK-FIL-A  01348 | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 3/15 | POS DEB 1109 03/15/18 208104 | 6.83- |
| | USPS PO 47 | |
| | 108 ADMINISTRATION | |
| | OAK RIDGE     TN C#5392 | |
| 3/15 | POS DEB 0646 03/15/18 943217 | 6.60- |
| | PILOT  019 | |
| | 5402 RUTLEDGE PIKE | |
| | KNOXVILLE     TN C#5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

_Citizens National Bank Home Page_    _Log In to NetTeller_

```
Date  4/09/18          Page    6
Primary Account  XXXXXXXXXXXX8780
Enclosures              11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/15 | POS DEB 2024 03/14/18 785841<br>FOOD CITY<br>7510 ASHVILLE HWY<br>KNOXVILLE       TN C#5392 | 5.23- |
| 3/15 | ATM W/D 1116 03/15/18 00000454<br>Weigels 74<br>1405 LOVELL ROAD<br>KNOXVILLE       TN C#5392 | 100.00- |
| 3/16 | DBT CRD 2106 02/27/18 25018031<br>BRYTE PAYMENT SOLU<br>904-272-9557  FL<br>Card # 5392 | 378.73- |
| 3/16 | DBT CRD 2106 03/12/18 27018031<br>BRYTE PAYMENT SOLU<br>904-272-9557  FL<br>Card # 5392 | 195.00- |
| 3/16 | DBT CRD 1347 03/16/18 927000<br>FAST STOP<br>1198 N. LOCUST AVE<br>LAWRENCEBURG   TN C#5392 | 56.00- |
| 3/16 | DBT CRD 1848 03/15/18 00026537<br>WM SUPERCE<br>Wal-Mart Super Cen<br>KNOXVILLE (E) TN C#5392 | 38.67- |
| 3/16 | DBT CRD 2106 02/12/18 21018031<br>BRYTE PAYMENT SOLU<br>904-272-9557  FL<br>Card # 5392 | 35.00- |
| 3/16 | DBT CRD 2002 03/14/18 28900010<br>TN XXX MOONSHINE<br>PIGEON FORGE  TN<br>Card # 5392 | 1.14- |
| 3/16 | DBT CRD 2002 03/14/18 20900010<br>TN XXX MOONSHINE<br>PIGEON FORGE  TN<br>Card # 5392 | .11- |
| 3/16 | POS DEB 1804 03/15/18 22505053<br>OFFICE DEPOT 00 42 | 12.06- |



Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18          Page    7
Primary Account   XXXXXXXXXXXX8780
Enclosures                    11
```

SIMPLY CHECKING                    XXXXXXXXXXXX8780   (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 3/19 | DBT CRD 1212 03/18/18 338646 | 59.01- |
|      | WEIGELS  1 | |
|      | 6921 KINGSTON PIKE | |
|      | KNOXVILLE     TN C#5392 | |
| 3/19 | DBT CRD 1219 03/16/18 23105001 | 38.22- |
|      | STAPLES      0011 | |
|      | MOUNT JULIET  TN | |
|      | Card # 5392 | |
| 3/19 | DBT CRD 2126 03/15/18 23710010 | 13.64- |
|      | CHICK-FIL-A  00850 | |
|      | OAK RIDGE     TN | |
|      | Card # 5392 | |
| 3/19 | DBT CRD 2206 03/16/18 24710017 | 11.57- |
|      | CHICK-FIL-A  01854 | |
|      | MOUNT JULIET  TN | |
|      | Card # 5392 | |
| 3/19 | DBT CRD 2206 03/17/18 20710014 | 10.68- |
|      | CHICK-FIL-A  01348 | |
|      | KNOXVILLE     TN | |
|      | Card # 5392 | |
| 3/19 | DBT CRD 2210 03/16/18 20710016 | 9.36- |
|      | CHICK-FIL-A  01601 | |
|      | COOKEVILLE    TN | |
|      | Card # 5392 | |
| 3/19 | POS DEB 1122 03/18/18 12853823 | 123.45- |
|      | WEST TOWNE | |
|      | 7600 KINGSTON PIKE | |
|      | KNOXVILLE     TN C#5392 | |
| 3/19 | POS DEB 1355 03/17/18 17921468 | 63.69- |
|      | OFFICE MAX/OFFI 11 | |
|      | KNOXVILLE     TN | |
|      | Card # 5392 | |
| 3/19 | POS DEB 0817 03/19/18 12645263 | 12.65- |
|      | OFFICE DEPOT 00 D/ | |
|      | KNOXVILLE     TN | |
|      | Card # 5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18        Page    8
Primary Account  XXXXXXXXXXXX8780
Enclosures               11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/19 | ATM W/D 1144 03/17/18 00005055 PILOT CS 9550 NORTHSHORE DR KNOXVILLE    TN C#5392 | 100.00- |
| 3/20 | DBT CRD 0030 03/19/18 23160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | DBT CRD 0030 03/19/18 25160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | DBT CRD 0030 03/19/18 25160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | DBT CRD 0030 03/19/18 29160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | DBT CRD 0030 03/19/18 21160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | DBT CRD 0030 03/19/18 21160784 THERMALPAPERDIRECT 877-8105900   NJ Card # 5392 | 34.99- |
| 3/20 | POS DEB 1711 03/19/18 85190346 Wal-Mart S 2310 WAL-SAMS KNOXVILLE (E) TN C#5392 | 116.83- |
| 3/20 | ATM W/D 0742 03/20/18 00003545 PILOT CS 5402 RUTLEDGE PIKE KNOXVILLE    TN C#5392 | 100.00- |
| 3/20 | Bill Paid-ROGER FRAZIER Conf # 7 | 1,352.52- |



CITIZENS
NATIONAL
BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

Date  4/09/18          Page     9
Primary Account   XXXXXXXXXXXX8780
Enclosures                      11

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/20 | Bill Paid-PATRICIA CARMICHAEL Conf #6 | 1,000.00- |
| 3/21 | DBT CRD 1437 03/20/18 23900019 EMS-SHIPPING & REC 2165240900    OH Card # 5392 | 476.19- |
| 3/21 | DBT CRD 1816 03/20/18 603426 FASTOP MAR 2586 PARKWAY PIGEON FORGE  TN C#5392 | 52.00- |
| 3/21 | DBT CRD 2142 03/19/18 21710011 CHICK-FIL-A  01348 KNOXVILLE    TN Card # 5392 | 9.32- |
| 3/21 | POS DEB 1651 03/20/18 20950055 OFFICE MAX/OFFI 11 KNOXVILLE    TN Card # 5392 | 43.19- |
| 3/21 | Bill Paid-CHRIS PATRICK Conf # 8 | 1,352.52- |
| 3/22 | DBT CRD 0010 03/21/18 28600074 S  K DRY CLEANERS KNOXVILLE    TN Card # 5392 | 136.40- |
| 3/22 | DBT CRD 2142 03/20/18 26710012 CHICK-FIL-A  01348 KNOXVILLE    TN Card # 5392 | 10.68- |
| 3/22 | DBT CRD 1938 03/20/18 29900010 TN XXX MOONSHINE PIGEON FORGE  TN Card # 5392 | 1.14- |
| 3/22 | POS DEB 1923 03/21/18 528855 FOOD CITY 180 RUTLEDGE PIKE BLAINE       TN C#5392 | 14.59- |
| 3/23 | DBT CRD 1720 03/22/18 811035 PILOT   041 | 59.00- |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

Date  4/09/18        Page    10
Primary Account   XXXXXXXXXXXX8780
Enclosures                    11

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 921 MURFREESBORO | |
|      | LEBANON        TN C#5392 | |
| 3/23 | DBT CRD 2145 03/21/18 24710011 | 13.33- |
|      | CHICK-FIL-A  01348 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 3/23 | ATM W/D 1723 03/22/18 00009510 | 103.95- |
|      | PILOT TS | |
|      | 921 MURFREESBORO ( | |
|      | LEBANON        TN C#5392 | |
| 3/23 | ATM W/D 0942 03/23/18 00003946 | 100.00- |
|      | PILOT CS | |
|      | 5402 RUTLEDGE PIKE | |
|      | KNOXVILLE      TN C#5392 | |
| 3/26 | DBT CRD 1903 03/24/18 24100679 | 160.00- |
|      | SQ °VICKI PORTUNE | |
|      | Daphne      AL | |
|      | Card # 5392 | |
| 3/26 | DBT CRD 1536 03/24/18 684121 | 75.00- |
|      | SHELL Serv | |
|      | SHELL | |
|      | FAIRHOPE    AL C#5392 | |
| 3/26 | DBT CRD 1726 03/23/18 28200140 | 61.00- |
|      | MAPCO EXPRESS  525 | |
|      | LORETTO      TN | |
|      | Card # 5392 | |
| 3/26 | DBT CRD 0038 03/24/18 27100813 | 60.26- |
|      | HUES SALON + SKIN | |
|      | DAPHNE      AL | |
|      | Card # 5392 | |
| 3/26 | DBT CRD 2014 03/25/18 20839000 | 31.11- |
|      | TRAVELERS FOOD MAR | |
|      | ELBERTA      AL | |
|      | Card # 5392 | |
| 3/26 | DBT CRD 2214 03/23/18 29710016 | 10.73- |
|      | CHICK-FIL-A  01601 | |
|      | COOKEVILLE      TN | |
|      | Card # 5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18           Page      11
Primary Account  XXXXXXXXXXXX8780
Enclosures                        11
```

```
SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)
```

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/26 | ATM W/D 1042 03/24/18 15175848<br>CEFCO  401<br>22772 Hwy 98<br>Fairhope      AL C#5392 | 203.00- |
| 3/27 | DBT CRD 1434 03/25/18 28900018<br>BLUE MARLIN RESTAU<br>FAIRHOPE       AL<br>Card # 5392 | 139.62- |
| 3/27 | POS DEB 1751 03/26/18 22911410<br>OFFICE DEPOT 00 30<br>FOLEY         AL<br>Card # 5392 | 13.46- |
| 3/28 | DBT CRD 1110 03/28/18 28100485<br>VZWRLSS*APOCC VISE<br>800-922-0204  FL<br>Card # 5392 | 129.83- |
| 3/28 | DBT CRD 1920 03/27/18 00534354<br>WM SUPERCE<br>Wal-Mart Super Cen<br>FAIRHOPE      AL C#5392 | 46.61- |
| 3/28 | DBT CRD 0403 03/27/18 25894583<br>BREASTCANCE<br>8003480950    DC<br>Card # 5392 | 35.00- |
| 3/28 | DBT CRD 1102 03/27/18 29100560<br>ZAXBY S  47501<br>GULF SHORES   AL<br>Card # 5392 | 20.55- |
| 3/28 | ATM W/D 1904 03/27/18 00008788<br>Walmart Su<br>10040 CTY RD 48<br>FAIRHOPE      AL C#5392 | 102.00- |
| 3/29 | DBT CRD 2144 03/27/18 21710011<br>CHICK-FIL-A  01223<br>DAPHNE        AL<br>Card # 5392 | 18.67- |
| 3/29 | ATM W/D 1827 03/28/18 00002477<br>OMNI FRISC | 103.50- |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
Date  4/09/18          Page    12
Primary Account   XXXXXXXXXXXX8780
Enclosures                      11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

**WITHDRAWALS AND OTHER DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| | 11 COWBOY WAY | |
| | FRISCO        TX C#5392 | |
| 3/29 | PREM PMT   BCBS OF AL | 432.76- |
| | WEB        18/03/29 | |
| | ID # TXC844202445 | |
| | TRACE # 062000018698728 | |
| 3/29 | PREM PMT   BCBS OF AL | 32.00- |
| | WEB        18/03/29 | |
| | ID # XAD871829638 | |
| | TRACE # 062000018699264 | |
| 3/30 | DBT CRD 0221 03/29/18 23026916 | 131.16- |
| | STATE FARM INSURAN | |
| | 800-956-6310  IL | |
| | Card # 5392 | |
| 3/30 | DBT CRD 1030 03/30/18 22100528 | 78.53- |
| | SXM*SIRIUSXM.COM/A | |
| | 888-635-5144  NY | |
| | Card # 5392 | |
| 3/30 | DBT CRD 1024 03/29/18 21150897 | 46.81- |
| | OMNI FRISCO HOTEL | |
| | FRISCO       TX | |
| | Card # 5392 | |
| 3/30 | DBT CRD 1156 03/30/18 22500598 | 40.05- |
| | TST* COUSIN S BBQ | |
| | DFW AIRPORT   TX | |
| | Card # 5392 | |
| 3/30 | DBT CRD 1821 03/29/18 27741214 | 10.50- |
| | FEDEX 780291249356 | |
| | MEMPHIS      TN | |
| | Card # 5392 | |
| 3/30 | ATM W/d 1416 03/30/18 19308703 | 102.50- |
| | Cardtronic | |
| | .12410 SORRENTO RD | |
| | PENSACOLA    FL C#5392 | |
| 4/02 | DBT CRD 0520 03/30/18 20001330 | 153.73- |
| | BAUMHOWERS RESTAUR | |
| | DAPHNE       AL | |
| | Card # 5392 | |



Citizens National Bank Home Page     Log In to NetTeller

```
Date  4/09/18         Page    13
Primary Account   XXXXXXXXXXXXX8780
Enclosures                    11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/02 | DBT CRD 1710 03/31/18 887216<br>QUIKTRIP<br>961 HWY 140 NW<br>ADAIRSVILLE   GA C#5392 | 67.00- |
| 4/02 | DBT CRD 0009 03/30/18 28300528<br>TOM THUMB  49<br>PENSACOLA     FL<br>Card # 5392 | 63.33- |
| 4/02 | DBT CRD 2200 03/31/18 20710014<br>CHICK-FIL-A  01348<br>KNOXVILLE     TN<br>Card # 5392 | 50.00- |
| 4/02 | DBT CRD 0038 04/01/18 24100020<br>CALHOUN S  107<br>KNOXVILLE     TN<br>Card # 5392 | 40.04- |
| 4/02 | DBT CRD 2052 03/31/18 923461<br>WAL-MART<br>10900 PARKSIDE DRI<br>KNOXVILLE    TN C#5392 | 39.32- |
| 4/02 | DBT CRD 0349 03/31/18 21001157<br>DIXIE SERVICE CLEA<br>DAPHNE       AL<br>Card # 5392 | 19.30- |
| 4/02 | DBT CRD 1550 04/01/18 21100799<br>GOOGLE *SVCSAPPS_y<br>cc google.com CA<br>Card # 5392 | 16.38- |
| 4/02 | DBT CRD 2200 03/31/18 24710013<br>CHICK-FIL-A  01223<br>DAPHNE       AL<br>Card # 5392 | 9.34- |
| 4/02 | ATM W/D 2115 04/01/18 00004997<br>Citizens N<br>813 Huckleberry La<br>Knoxville     TN C#5392 | 100.00- |
| 4/03 | DBT CRD 1034 04/02/18 21160934<br>RPS KNOXVILLE PRYO | 8.00- |



CITIZENS NATIONAL BANK
MEMBER FDIC

---

Citizens National Bank Home Page    Log In to NetTeller

---

```
Date  4/09/18        Page   14
Primary Account   XXXXXXXXXXXX8780
Enclosures               11
```

SIMPLY CHECKING            XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/03 | DBT CRD 2204 03/31/18 22030081 | .01- |
|      | KWIK PANTRY  300 | |
|      | LOUDON       TN | |
|      | Card # 5392 | |
| 4/03 | POS DEB 0917 04/03/18 13608417 | 16.46- |
|      | OFFICE MAX/OFFI 11 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/04 | DBT CRD 1446 04/02/18 28000496 | 64.00- |
|      | MARATHON PETRO1942 | |
|      | STRAWBERRY PL TN | |
|      | Card # 5392 | |
| 4/04 | DBT CRD 1035 04/03/18 24500590 | 29.99- |
|      | 3 MINUTE MAGIC - L | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/05 | DBT CRD 2151 04/03/18 21018030 | 425.00- |
|      | BRYTE PAYMENT SOLU | |
|      | 904-272-9557  FL | |
|      | Card # 5392 | |
| 4/05 | DBT CRD 0015 04/04/18 21600083 | 155.55- |
|      | S  K DRY CLEANERS | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/05 | DBT CRD 1644 04/04/18 683231 | 90.00- |
|      | WEIGELS  6 | |
|      | 4567 HWY 321 | |
|      | LENOIR CITY    TN C#5392 | |
| 4/05 | DBT CRD 2119 04/03/18 24710011 | 9.32- |
|      | CHICK-FIL-A  01348 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/05 | DBT CRD 2115 04/03/18 26710012 | 8.77- |
|      | CHICK-FIL-A  01463 | |
|      | MORRISTOWN     TN | |
|      | Card # 5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

| Citizens National Bank Home Page | Log In to NetTeller |
|---|---|

Date  4/09/18          Page    15
Primary Account   XXXXXXXXXXX8780
Enclosures                   11

SIMPLY CHECKING          XXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/05 | DBT CRD 2115 04/03/18 24710012<br>CHICK-FIL-A  01463<br>MORRISTOWN    TN<br>Card # 5392 | 8.54- |
| 4/05 | DBT CRD 1203 04/04/18 25170954<br>PREMIER PARKING TE<br>NASHVILLE    TN<br>Card # 5392 | 2.00- |
| 4/05 | POS DEB 1113 04/05/18 744822<br>JIFFY LUBE<br>8031 KINGSTON PIKE<br>KNOXVILLE    TN C#5392 | 115.76- |
| 4/05 | POS DEB 1808 04/04/18 22505363<br>OFFICE DEPOT 00 D/<br>KNOXVILLE    TN<br>Card # 5392 | 40.13- |
| 4/05 | ATM W/D 1222 04/05/18 00005596<br>PILOT CS<br>205 WALKER SPRINGS<br>KNOXVILLE    TN C#5392 | 100.00- |
| 4/06 | DBT CRD 0953 04/06/18 626542<br>SUNOCO 031<br>6451 ZEBULON ROAD<br>MACON    GA C#5392 | 62.00- |
| 4/06 | DBT CRD 2146 04/04/18 25710024<br>CHICK-FIL-A  03761<br>KNOXVILLE    TN<br>Card # 5392 | 20.64- |
| 4/06 | POS DEB 2204 04/05/18 496432<br>PILOT  027<br>314 LOVELL RD<br>KNOXVILLE    TN C#5392 | 11.76- |
| 4/06 | USATAXPYMT IRS<br>WEB    18/04/06<br>ID # 270849613982410<br>TRACE # 061036010001842 | 2,500.00- |
| 4/09 | DBT CRD 1137 04/05/18 29900010<br>COMFORT SUITES | 117.86- |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page      Log In to NetTeller

```
Date  4/09/18          Page    16
Primary Account   XXXXXXXXXXXX8780
Enclosures                       11
```

SIMPLY CHECKING          XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | MACON      GA | |
|      | Card # 5392 | |
| 4/09 | DBT CRD 2359 04/08/18 23300495 | 69.09- |
|      | TOM THUMB  86 | |
|      | SANTA ROSA BE FL | |
|      | Card # 5392 | |
| 4/09 | DBT CRD 1035 04/06/18 20500770 | 62.26- |
|      | GREAT SOUTHERN CAF | |
|      | SANTA ROSA BE FL | |
|      | Card # 5392 | |
| 4/09 | DBT CRD 2231 04/05/18 25710025 | 8.73- |
|      | CHICK-FIL-A  03761 | |
|      | KNOXVILLE    TN | |
|      | Card # 5392 | |
| 4/09 | POS DEB 1658 04/06/18 991974 | 154.26- |
|      | WAL-MART | |
|      | 1226 FREEPORT HWY | |
|      | DEFUNIAK SPRI FL C#5392 | |
| 4/09 | POS DEB 1114 04/09/18 12089558 | 77.51- |
|      | THE UPS ST | |
|      | 13123 EMERALD COAS | |
|      | INLET BEACH   FL C#5392 | |
| 4/09 | POS DEB 1933 04/06/18 00237295 | 39.39- |
|      | MARSHALLS   1113 1 | |
|      | P C BEACH    FL | |
|      | Card # 5392 | |
| 4/09 | ATM W/D 1127 04/08/18 16464245 | 102.50- |
|      | Cardtronic | |
|      | 3871 E COUNTY HWY | |
|      | SANTA ROSA BE FL C#5392 | |

## CHECKS IN SERIAL ORDER

| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 3/06 | | 300.00 | 4/05 | | 690.00 |
| 3/09 | | 572.21 | 4/05 | | 654.00 |
| 3/14 | | 382.82 | 4/05 | | 206.67 |
| 3/23 | | 300.00 | 4/05 | | 158.15 |
| 4/02 | | 150.00 | 3/07 | 10001* | 1,345.57 |

* Indicates skip in check numbers



# CITIZENS NATIONAL BANK
MEMBER FDIC

---

*Citizens National Bank Home Page*    *Log In to NetTeller*

---

```
                                    Date  4/09/18          Page    17
                                    Primary Account  XXXXXXXXXXXX8780
                                    Enclosures                    11
```

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

| CHECKS IN SERIAL ORDER | | CHECKS IN SERIAL ORDER |
|---|---|---|
| Date | Check# | Amount |
| 3/07 | 10002 | 1,345.57 |

* Indicates skip in check numbers

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 3/06 | 11,890.66 | 3/19 | 25,553.83 | 3/30 | 18,017.58 |
| 3/07 | 8,907.96 | 3/20 | 22,774.54 | 4/02 | 18,309.14 |
| 3/08 | 8,785.47 | 3/21 | 20,841.32 | 4/03 | 18,284.67 |
| 3/09 | 9,705.67 | 3/22 | 20,678.51 | 4/04 | 18,190.68 |
| 3/12 | 8,590.84 | 3/23 | 20,102.23 | 4/05 | 15,526.79 |
| 3/13 | 8,320.55 | 3/26 | 19,501.13 | 4/06 | 12,932.39 |
| 3/14 | 7,762.12 | 3/27 | 19,348.05 | 4/09 | 12,300.79 |
| 3/15 | 7,539.00 | 3/28 | 19,014.06 | | |
| 3/16 | 6,822.29 | 3/29 | 18,427.13 | | |

Our PRIVACY POLICY has not changed and is available on our website at
CNBTN.com on the home page.  To request a copy, please call 865-429-7521.
* * * E N D  O F  S T A T E M E N T * * *



Teller Cashed Check   Date: 03/06   Amount: $300.00

Teller Cashed Check   Date: 03/09   Amount: $572.21

Teller Cashed Check   Date: 03/14   Amount: $382.82

Teller Cashed Check   Date: 03/23   Amount: $300.00

Teller Cashed Check   Date: 04/02   Amount: $150.00

Teller Cashed Check   Date: 04/05   Amount: $158.15

Teller Cashed Check   Date: 04/05   Amount: $690.00

Teller Cashed Check   Date: 04/05   Amount: $206.67

Check       10001   Date: 03/07   Amount: $1,345.57

Teller Cashed Check   Date: 04/05   Amount: $654.00

Check       10002   Date: 03/07   Amount: $1,345.57

EXHIBIT A

**CASE NAME:**
Re Michael Scott Carmichael
Case No. 2:18-bk-50024-MPP

| BANK: | Citizens National Bank - Simply Checking - Personal & Guardian Enterprises |
|---|---|
| ACCOUNT NO. | # 8780 |

| | | |
|---|---|---|
| **BEGINNING CASH** | $ | 12,358.23 |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | | 22,173.81 |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 22,231.25 |
| | | |
| **ENDING CASH** | $ | 12,300.79 |

## CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | | PURPOSE |
|---|---|---|---|---|---|
| 6-Mar | | FedEx | $ | 74.79 | Postage & Shipping |
| 6-Mar | | Pilot | $ | 60.00 | Fuel |
| 6-Mar | | Google Services | $ | 32.78 | Fee to Maintain Gmail Account |
| 6-Mar | Teller's Chk | Knoxville Christian Center | $ | 300.00 | Tithe |
| 7-Mar | | FedEx | $ | 42.04 | Postage & Shipping |
| 7-Mar | | FedEx | $ | 20.47 | Postage & Shipping |
| 7-Mar | | Chick-Fil-A | $ | 10.68 | Food |
| 7-Mar | | Staples | $ | 3.13 | Supplies for Customer |
| 7-Mar | | Target | $ | 205.45 | Baby Gift |
| 7-Mar | | Office Max | $ | 9.79 | Supplies for Customer |
| 7-Mar | 10001 | Monster Inc. | $ | 1,345.57 | Contractor Payment |
| 7-Mar | 10002 | DF&H Partners LLC | $ | 1,345.57 | Contractor Payment |
| 8-Mar | | Speedway | $ | 51.01 | Fuel |
| 8-Mar | | Chick-Fil-A | $ | 8.73 | Food |
| 8-Mar | | ATM Withdrawal | $ | 62.75 | Personal Items |
| 9-Mar | | Pilot | $ | 53.50 | Fuel |
| 9-Mar | | FedEx | $ | 43.57 | Postage & Shipping |
| 9-Mar | | Chick-Fil-A | $ | 5.53 | Food |
| 9-Mar | | Bailey's Band Room | $ | 1.04 | Credit Fee - Test Transaction |
| 9-Mar | | ATM Withdrawal | $ | 403.95 | Reimbursement to Client |
| 9-Mar | Teller's Chk | Kwik Pantry # 200 | $ | 572.21 | Reimbursement to Client |
| 12-Mar | | Hayfield Storage | $ | 702.00 | Payment for Storage Unit |
| 12-Mar | | Murphy Express | $ | 48.00 | Fuel |
| 12-Mar | | Aubrey's Restaurant | $ | 31.68 | Food |
| 12-Mar | | Calhoun's | $ | 19.39 | Food |
| 12-Mar | | Chick-Fil-A | $ | 9.32 | Food |
| 12-Mar | | Chick-Fil-A | $ | 8.73 | Food |
| 12-Mar | | Republic Parking | $ | 8.00 | Parking |
| 12-Mar | | Premier Parking | $ | 2.00 | Parking |
| 12-Mar | | Walmart | $ | 61.58 | Office Supplies |
| 12-Mar | | Office Max | $ | 51.09 | Office Supplies |
| 12-Mar | | Office Depot | $ | 48.24 | Office Supplies |
| 12-Mar | | Food City | $ | 20.85 | Food & Personal Items |

| Date | | Payee | | Amount | Description |
|---|---|---|---|---|---|
| 12-Mar | | ATM Withdrawal | $ | 103.95 | Personal Items |
| 13-Mar | | Office Depot | $ | 20.29 | Office Expense |
| 13-Mar | | U.S. Bank Vehicle Finance | $ | 250.00 | Payment on Vehicle Loan |
| 14-Mar | | Pilot | $ | 60.00 | Fuel |
| 14-Mar | | Chick-Fil-A | $ | 11.07 | Food |
| 14-Mar | | Roger's Rockin Blues | $ | 1.04 | Credit Fee - Test Transaction |
| 14-Mar | | ATM Withdrawal | $ | 103.50 | Personal Items |
| 14-Mar | Teller's Chk | XXX Moonshine | $ | 382.82 | Reimbursement to Client |
| 15-Mar | | Weigel's | $ | 60.00 | Fuel |
| 15-Mar | | Staples | $ | 32.90 | Office Expense |
| 15-Mar | | Chick-Fil-A | $ | 11.56 | Food |
| 15-Mar | | USPS | $ | 6.83 | Postage & Shipping |
| 15-Mar | | Pilot | $ | 6.60 | Personal Items |
| 15-Mar | | Food City | $ | 5.23 | Food & Personal Items |
| 15-Mar | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 16-Mar | | Bryte Payment Solutions | $ | 378.73 | Client Equipment |
| 16-Mar | | Bryte Payment Solutions | $ | 195.00 | Client Equipment |
| 16-Mar | | Fast Stop | $ | 56.00 | Fuel |
| 16-Mar | | Walmart | $ | 38.67 | Personal Items |
| 16-Mar | | Bryte Payment Solutions | $ | 35.00 | Payment of Client Fee |
| 16-Mar | | XXX Moonshine | $ | 1.14 | Credit Fee - Test Transaction |
| 16-Mar | | XXX Moonshine | $ | 0.11 | Credit Fee - Test Transaction |
| 16-Mar | | Office Depot | $ | 12.06 | Supplies for Customer |
| 19-Mar | | Weigel's | $ | 59.01 | Fuel |
| 19-Mar | | Staples | $ | 38.22 | Office Expense |
| 19-Mar | | Chick-Fil-A | $ | 13.64 | Food |
| 19-Mar | | Chick-Fil-A | $ | 11.57 | Food |
| 19-Mar | | Chick-Fil-A | $ | 10.68 | Food |
| 19-Mar | | Chick-Fil-A | $ | 9.36 | Food |
| 19-Mar | | Dillard's | $ | 123.45 | Personal Items |
| 19-Mar | | Office Max | $ | 63.69 | Office Expense |
| 19-Mar | | Office Depot | $ | 12.65 | Supplies for Customer |
| 19-Mar | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 20-Mar | | Walmart | $ | 116.83 | Office Supplies |
| 20-Mar | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 20-Mar | | DF&H Partners LLC | $ | 1,352.52 | Contractor Payment |
| 20-Mar | | Patricia W. Carmichael | $ | 1,000.00 | Rent |
| 21-Mar | | EMS Shipping | $ | 476.19 | Client Equipment |
| 21-Mar | | Fast Stop | $ | 52.00 | Fuel |
| 21-Mar | | Chick-Fil-A | $ | 9.32 | Food |
| 21-Mar | | Office Max | $ | 43.19 | Supplies for Customer |
| 21-Mar | | Monster Inc. | $ | 1,352.52 | Contractor Payment |
| 22-Mar | | S.K. Dry Cleaners | $ | 136.40 | Dry Cleaning |
| 22-Mar | | Chick-Fil-A | $ | 10.68 | Food |
| 22-Mar | | XXX Moonshine | $ | 1.14 | Credit Fee - Test Transaction |
| 22-Mar | | Food City | $ | 14.59 | Food & Personal Items |
| 23-Mar | | Pilot | $ | 59.00 | Fuel |
| 23-Mar | | Chick-Fil-A | $ | 13.33 | Food |
| 23-Mar | | ATM Withdrawal | $ | 103.95 | Personal Items |

| Date | Type | Payee | | Amount | Description |
|---|---|---|---|---|---|
| 23-Mar | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 23-Mar | Teller's Chk | Knoxville Christian Center | $ | 300.00 | Tithe |
| 26-Mar | | Hue's Salon | $ | 160.00 | Personal Items |
| 26-Mar | | ATM Withdrawal | $ | 75.00 | Personal Items |
| 26-Mar | | MAPCO | $ | 61.00 | Fuel |
| 26-Mar | | Hue's Salon | $ | 60.26 | Haircut |
| 26-Mar | | Traveler's Food Market | $ | 31.11 | Food |
| 26-Mar | | Chick-Fil-A | $ | 10.73 | Food |
| 26-Mar | | ATM Withdrawal | $ | 203.00 | Personal Items |
| 27-Mar | | Blue Marlin Restaurant | $ | 139.62 | Food |
| 27-Mar | | Office Depot | $ | 13.46 | Supplies for Customer |
| 28-Mar | | Verizon Wireless | $ | 129.83 | Cell Phone |
| 28-Mar | | Walmart | $ | 46.61 | Office Expense |
| 28-Mar | | Breast Cancer Awareness | $ | 35.00 | Donation |
| 28-Mar | | Zaxby's | $ | 20.55 | Food |
| 28-Mar | | ATM Withdrawal | $ | 102.00 | Personal Items |
| 29-Mar | | Chick-Fil-A | $ | 18.67 | Food |
| 29-Mar | | ATM Withdrawal | $ | 103.50 | Personal Items |
| 29-Mar | | Blue Cross Blue Shield of AL | $ | 432.76 | Health Insurance Premium |
| 29-Mar | | Blue Cross Blue Shield of AL | $ | 32.00 | Dental Insurance Premium |
| 30-Mar | | State Farm Insurance | $ | 131.16 | Vehicle Insurance |
| 30-Mar | | Sirius XM | $ | 78.53 | Satellite Radio Subscription |
| 30-Mar | | Omni Frisco Hotel | $ | 46.81 | Food |
| 30-Mar | | Cousin's BBQ | $ | 40.05 | Food |
| 30-Mar | | FedEx | $ | 10.50 | Postage & Shipping |
| 30-Mar | | ATM Withdrawal | $ | 102.50 | Personal Items |
| 2-Apr | | Baumhower's Restaurant | $ | 153.73 | Food |
| 2-Apr | | Quick Trip | $ | 67.00 | Fuel |
| 2-Apr | | Tom Thumb | $ | 63.33 | Fuel |
| 2-Apr | | Chick-Fil-A | $ | 50.00 | Food |
| 2-Apr | | Calhoun's Restaurant | $ | 40.04 | Food |
| 2-Apr | | Walmart | $ | 39.32 | Office Expense |
| 2-Apr | | Dixie Service Cleaners | $ | 19.30 | Laundry |
| 2-Apr | | Google Services | $ | 16.38 | Google Gateway Payment |
| 2-Apr | | Chick-Fil-A | $ | 9.34 | Food |
| 2-Apr | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 2-Apr | Teller's Chk | Knoxville Christian Center | $ | 150.00 | Tithe |
| 3-Apr | | Republic Parking | $ | 8.00 | Parking |
| 3-Apr | | Kwik Pantry # 300 | $ | 0.01 | Credit Fee - Test Transaction |
| 3-Apr | | Office Max | $ | 16.46 | Supplies for Customer |
| 4-Apr | | Marathon Petro | $ | 64.00 | Fuel |
| 4-Apr | | 3 Minute Magic | $ | 29.99 | Car Wash |
| 5-Apr | | Bryte Payment Solutions | $ | 425.00 | Client Equipment |
| 5-May | | S.K. Dry Cleaners | $ | 155.55 | Laundry |
| 5-May | | ATM Withdrawal | $ | 90.00 | Personal Items |
| 5-Apr | | Chick-Fil-A | $ | 9.32 | Food |
| 5-Apr | | Chick-Fil-A | $ | 8.77 | Food |
| 5-Apr | | Chick-Fil-A | $ | 8.54 | Food |
| 5-Apr | | Premier Parking | $ | 2.00 | Parking |
| 5-Apr | | Jiffy Lube | $ | 115.76 | Vehicle Maintenance |
| 5-Apr | | Office Depot | $ | 40.13 | Office Expense |
| 5-Apr | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 5-Apr | Teller's Chk | U.S. Trustee | $ | 690.00 | Qtrly Bankruptcy & Check Fees |
| 5-Apr | Teller's Chk | Budget Blinds | $ | 654.00 | Reimbursement to Client |
| 5-Apr | Teller's Chk | Pete's Country Market | $ | 206.67 | Reimbursement to Client |

| Date | | Payee | Amount | | Description |
|------|------|------|------|------|------|
| 5-Apr | Teller's Chk | Pete's Country Market | $ | 158.15 | Reimbursement to Client |
| 6-Apr | | Sunoco | $ | 62.00 | Fuel |
| 6-Apr | | Chick-Fil-A | $ | 20.64 | Food |
| 6-Apr | | Pilot | $ | 11.76 | Food |
| 6-Apr | | IRS | $ | 2,500.00 | Extension Payment - 2017 |
| 9-Apr | | Comfort Suites | $ | 117.86 | Hotel |
| 9-Apr | | Tom Thumb | $ | 69.09 | Fuel |
| 9-Apr | | Great Southern Café | $ | 62.26 | Food |
| 9-Apr | | Chick-Fil-A | $ | 8.73 | Food |
| 9-Apr | | Walmart | $ | 154.26 | Office Expense |
| 9-Apr | | The UPS Store | $ | 77.51 | Postage & Shipping |
| 9-Apr | | Marshall's | $ | 39.39 | Personal Items |
| 9-Apr | | ATM Withdrawal | $ | 102.50 | Personal Items |

| | | |
|------|------|------|
| Total Cash Distributions | $ | 22,231.25 |
| | | - |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

**CASH RECEIPTS & DISBURSEMENTS SUMMARY**
**[USE BOOK AMOUNTS, NOT BANK]**

**MONTH ENDING** March 31, 2018

**BANK NAME**  SmartBank

**ACCOUNT NO. [last 4 digits]**  # 0719

**BEGINNING CASH PER BOOKS**  $  5.00

**PLUS RECEIPTS**  19,365.89

**PLUS TRANSFERS IN**
**(Use Transfer line only for transfers**
**between bank accounts.)**

**LESS DISBURSEMENTS**  192.08
**(Attach copy of disbursements journal**
**or other record showing date, payee,**
**purpose and amount for all cash or**
**check disbursements.  List must show**
**total that agrees to amount above.)**

**LESS TRANSFERS OUT**  19,173.81
**(Use Transfer line only for transfers**
**between bank accounts.)**

**ENDING CASH PER BOOKS**
    **(to "Cash", Statement**
    **of Assets and Liabilities)**  $  5.00

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650




**SmartBank**

**1**

| | |
|---|---|
| GUARDIAN ENTERPRISES LLC | Page 1 of 3 |
| 1059 N CEDAR BLUFF RD STE 107 | Account Number: ******0719 |
| KNOXVILLE TN 37923-2233 | Date 03/30/18 |

| SMARTFREE BUSINESS CKNG | ******0719 |
|---|---|

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 3/01/18 | 5.00 |
| Deposits / Misc Credits | 6 | 19,365.89 |
| Withdrawals / Misc Debits | 3 | 19,365.89 |
| ** Ending Balance | 3/31/18 | 5.00** |
| Service Charge | | .00 |
| Average Balance | | 2,422 |
| Minimum Balance | | 2 |
| Enclosures | | 1 |

## Deposits and Credits

| Date | Amount | Activity Description |
|---|---|---|
| 3/13 | 73.00 | SPS EFT 11042/PAYOUT |
| | | SPS EFT 11042 SPS EFT 11042 |
| 3/13 | 291.26 | SPS EFT 11042/PAYOUT |
| | | SPS EFT 11042 SPS EFT 11042 |
| 3/14 | 4,057.56 | CENTRAL PAYMENT/AG DRCR |
| 3/14 | 4,407.57 | CENTRAL PAYMENT/AG DRCR |
| 3/16 | 6.83 | ELECTRONIC MERCH/PAYMENTJNL |
| | | VN6231 GUARDIAN ENTERPR |
| 3/16 | 10,529.67 | ELECTRONIC MERCH/PAYMENTJNL |
| | | VN6230 GUARDIAN ENTERPR |

## Checks in Check Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/19 | | 19,173.81 | | | | | | |

* indicates a break in check number sequence

## Withdrawals and Debits

| Date | Amount | Activity Description |
|---|---|---|
| 3/13 | 190.00 | Epay Gateway/Gatewy Chg |
| | | 44801089 Guardian Enterprises L |

PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650



## SmartBank

Member FDIC

**GUARDIAN ENTERPRISES LLC**
**1059 N CEDAR BLUFF RD STE 107**
**KNOXVILLE TN 37923-2233**

| | |
|---|---|
| Page | 2 of 3 |
| Account Number: | ******0719 |
| Date | 03/30/18 |

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 3/02 | | 2.08 | POS Purchase Non-PIN |
| | | | UNIVERSITY GENERAL SUR 8652514658 TN |
| | | | 0000000000001 *****2626 03/01 00:02 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/02 | 2.92 | 3/14 | 8,642.31 | 3/19 | 5.00 |
| 3/13 | 177.18 | 3/16 | 19,178.81 | | |

**Account: ******0719**

**Page: 3**



SmartBank

**CHECKING WITHDRAWAL**

DATE 3/19/18

PRINTED NAME Scott Carmichael    SIGNATURE

AMOUNT Nineteen thousand one hundred seventy three ————— 81/₁₀₀ DOLLARS

ACCOUNT NUMBER ✱ 1080030719    $    AMOUNT OF WITHDRAWAL 19173.81

⑁5017⑁9216⑁

03/19/2018        $19,173.81

**EXHIBIT A**

**CASE NAME:**
**Re Michael Scott Carmichael**
**Case No. 2:18-bk-50024-MPP**

| BANK: | SmartBank - Business Checking - Guardian of Enterprises, LLC |
| ACCOUNT NO. | # 0719 |

| | | |
|---|---|---|
| **BEGINNING CASH** | $ | 5.00 |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | | 19,365.89 |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 19,365.89 |
| | | |
| **ENDING CASH** | $ | 5.00 |

## CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | | AMOUNT | PURPOSE |
|---|---|---|---|---|---|
| 2-Mar | | University General Surgeons | $ | 2.08 | Credit Fee - Test Transaction |
| 13-Mar | | Epay Gateway | $ | 190.00 | Credit Processing Charge |
| 19-Mar | | Transfer to CNB Acct # 8780 | $ | 19,173.81 | Xfer Funds to Bankruptcy Acct. |

| | | |
|---|---|---|
| **Total Cash Distributions** | $ | 19,365.89 |
| | | - |

EXHIBIT B

CASE NAME:  Re Michael Scott Carmichael

CASE NUMBER:  No. 2:18-bk-50024-MPP

DETAIL OF POST PETITION LIABILITIES

MONTH ENDED: March 31, 2018

| | DATE INCURRED | DATE DUE | AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS |
|---|---|---|---|---|---|---|---|
| PAYROLL TAX | | | | | | | |
| SALES TAX | | | | | | | |
| RENT | 03/20/18 | 03/31/18 | $ 1,000.00 | | | | |
| OTHER (LIST SEPARATELY) | | | | | | | |
| 14 Chevy Suburban | 04/01/15 | 03/17/18 | $ 32,531.38 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL (TO SECTION II, STATEMENT OF ASSETS & LIABILITIES): | | | $ 33,531.38 | | | | |

8

INDIV.MR 4/11

**EXHIBT C**

**CASE NAME:**   Re Michael Scott Carmichael

**CASE NUMBER:**   No. 2:18-bk-50024-MPP

**During the current period has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?**  No.

**If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all sell closing costs and loan payoff amounts) and the next amount received.  If available, attach a copy of the settlement statement with the closing.**  N/A.

INDIV.MR 4/11                     9

## CERTIFICATE OF SERVICE
**[to be completed by attorney for debtor]**

Copies of the foregoing Monthly Operating Report have been sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt.  All other interested

parties and creditors listed below and/or on the attached mailing matrix will be served by regular U.S.

mail.

Done this  _13th_  day of  _April_  , 20 _18_

_M Scott Carmichael_
(Signature)
M. Scott Carmichael
(Printed name)
648 Ranch Road, #1A
(Street address)
Blaine, TN 37709
(City, state, zip)
(843) 729-6824
(Telephone)

The Monthly Operating Reports are required to be filed electronically with the Clerk of the Court in
which your petition was filed.  Copies should be served on the members of the Unsecured Creditor's
Committee, if applicable, and the following:

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Greeneville Cases:
United States Attorney
James H. Quillen U.S. Courthouse
220 W. Depot Street, Suite 423
Greeneville, TN 37743

Knoxville Cases:
United States Attorney
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

INDIV.MR 4/11                              10