UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE
Re Guardian Enterprises of Alabama, LLC
(Case Name)

CASE NO. 2:18-BK-50025-MPP

CHAPTER 11

No. 2:18-bk-5025-MPP

Michael Scott Carmichael
Debtor(s)

MONTHLY OPERATING REPORT
FOR BUSINESSES

FOR MONTH ENDING  APRIL 30  , 20 18

Comes now M. Scott Carmichael , debtor in possession, an hereby submits its Monthly Operating Report for the period commencing

April 01, 2018   and ending   April 30, 2018   as shown by the report and

exhibits consisting of   20   pages and containing the following, as indicated:

  X   Statement of Income (Loss)

  X   Statement of Assets and Liabilities

  X   Reconciliation of Cash/Cash Disbursements Detail (Exhibit A)

  X   Detail of Post-Petition Liabilities (Exhibit B)

  X   Transfer of Property (Exhibit C)

  X   Certificate of Service

INDIV.MR 4/11                                         1

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed with the Bankruptcy Court Clerk and a copy delivered to the parties as listed on the attached Certificate of Service

Date: 05.14.2018

DEBTOR-IN-POSSESSION

*(Signature)*

Name and Title: M. Scott Carmichael

Address: 648 Ranch Road, #1A

Blaine, TN 37709

Telephone Number: (843) 729-6824

NOTE: These forms are available on the Region 8 U.S. Trustee website at:
http://www.justice.gov/ust/r08/chattanooga/chapter11.htm

For more information contact:

Becky H. Halsey
Bankruptcy Analyst
Office of the U.S. Trustee
800 Market Street, Ste 114
Knoxville, TN 37902
(865) 545-4015

INDIV.MR 4/11                    2

**CASE NAME:** Re Guardian Enterprises of Alabama, LLC

**CASE NUMBER:** No. 2:18-bk-50025-MPP

## STATEMENT OF INCOME (LOSS)
**MONTH ENDING** April 30, 2018

| I. INCOME (LIST SOURCES) | CURRENT MONTH | FILING TO DATE |
|---|---|---|
| Guardian Enterprises of AL | $ 11,011.47 | $ 35,525.46 |
|  | - | - |
|  | - | - |
| **II. PURCHASES** | $ - | $ - |
| **III. GROSS PROFIT (SEC. I LESS SEC. II)** | $ 11,011.47 | $ 35,525.46 |
| **IV. GENERAL EXPENSES** | $ - | $ - |
| Advertising | - | - |
| Accounting | - | - |
| Bank Charges & CC Fees | (11.02) | (66.70) |
| Compensation to Officers, Partners or Proprietors | - | - |
| Client Reimbursements | - | (1,435.00) |
| Commission & Fees | - | - |
| Contract Labor | (6,002.15) | (16,828.47) |
| Hotels & Motels | - | - |
| Insurance - Health & Other | - | - |

|  | **CURRENT MONTH** | **FILING TO DATE** |
|---|---|---|
| Legal | - | - |
| Meals & Entertainment | - | - |
| Postage | - | - |
| Property Taxes | - | - |
| Rent | - | - |
| Repair & Maintenance | - | - |
| Supplies & Office Expense | - | - |
| Taxes - Payroll & Other | - | - |
| Telephone & Cell Phone | - | - |
| Travel Expense | - | - |
| Utilities | - | - |
| Vehicle Expense | - | - |
| Personal Expenses (attach list) | - | - |
|  | - | - |
|  | - | - |
| **TOTAL EXPENSES:** | $ (6,013.17) | $ (18,330.17) |
| **NET INCOME OR LOSS (SEC. III LESS SEC. IV)** | $ 4,998.30 | $ 17,195.29 |

## Income Statement
### Guardian Enterprises of Alabama, LLC
### For the Month Ended 30 April 2018

|  | Apr-18 | YTD |
|---|---:|---:|
| **Revenue** | | |
| Revenue - Guardian Enterprise | - | - |
| Revenue - Guardian of Alabama | 11,011.47 | 35,525.46 * |
| **Total Revenue** | $ 11,011.47 | $ 35,525.46 |
| | | |
| **Gross Profit** | $ 11,011.47 | $ 35,525.46 |
| | | |
| **Operating Income / (Loss)** | $ 11,011.47 | $ 35,525.46 |
| | | |
| **Other Income and Expenses** | | |
| Advertising, Marketing, & Promotion | - | - |
| Auto Expense | - | - |
| Bank Charge | (11.02) | (24.70) |
| Client Reimbursement | - | (1,435.00) |
| Communications: Cell, Telephone, Internet | - | - |
| Contract Labor | (6,002.15) | (16,828.47) |
| Credit Card Fees | - | (42.00) |
| Hotels, Motels, Etc. | - | - |
| Insurance - Health - Owner/Stockholder | - | - |
| Insurance - Other | - | - |
| Meals and Entertainment | - | - |
| Office Expense | - | - |
| Postage | - | - |
| Rent - Real Property | - | - |
| Supplies - Other | - | - |
| Uniform | - | - |
| **Total Other Income and Expense** | $ (6,013.17) | $ (18,330.17) |
| | | |
| **Net Income / (Loss) before Tax** | $ 4,998.30 | $ 17,195.29 |
| | | |
| **Net Income** | $ 4,998.30 | $ 17,195.29 |
| | | |
| **Total Comprehensive Income** | $ 4,998.30 | $ 17,195.29 |

*Note: $15,407.51 of revenue reported in March 2018
against Guardian Enterprises of AL, LLC was reassigned to
Guardian Enterprises, LLC with the April 2018 reporting and
included in the YTD amount reported for Guardian Enterprises, LLC.

CASE NAME:  Re Guardian Enterprises of Alabama, LLC

CASE NUMBER:  No. 2:18-bk-50025-MPP

## STATEMENT OF ASSETS AND LIABILITIES
### MONTH ENDING April 30, 2018

**I. ASSETS (from Schedules A & B)**                                AMOUNT

| | |
|---|---|
| Cash (from "Ending Cash", Exhibit A) | $ 7,723.70 |
| Securities and other short term liquid assets | - |
| Account Receivable | - |
| Inventory: Beginning of period End of period | - |
| Other current assets (itemize): | - |
| | - |
| Long-term assets - include equipment, buildings and property (itemize): | - |
| | - |
| | - |
| **Total Assets** | $ 7,723.70 |

## II. LIABILITIES

|  | AMOUNT |
|---|---|
| Postpetition (from "Total Amount Due", Exhibit B) | $ - |
| **Prepetition (itemize):** | |
| Secured (from bankruptcy petition Schedule D) | - |
| Priority (from bankruptcy petition Schedule E) | - |
| Unsecured (from bankruptcy petition Schedule F) | - |
|  | - |
|  | - |
| **Total Liabilities** | $ - |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:** Re Guardian Enterprises of Alabama, LLC

**CASE NUMBER:** No. 2:18-bk-50025-MPP

## CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** April 30, 2018

**BANK NAME** Citizens Bank of Fairhope

| | |
|---|---|
| **ACCOUNT NO. [last 4 digits]** | # 5301 |
| **BEGINNING CASH PER BOOKS** | $ 3,067.07 |
| **PLUS RECEIPTS** | 11,011.47 |
| **PLUS TRANSFERS IN** (Use Transfer line only for transfers between bank accounts.) | - |
| **LESS DISBURSEMENTS** (Attach copy of disbursements journal or other record showing date, payee, purpose and amount for all cash or check disbursements. List must show total that agrees to amount above.) | 11.02 |
| **LESS TRANSFERS OUT** (Use Transfer line only for transfers between bank accounts.) | 10,122.94 |
| **ENDING CASH PER BOOKS** (to "Cash", Statement of Assets and Liabilities) | $ 3,944.58 |

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

GUARDIAN ENTERPRISES OF ALABAMA LLC
82 PLANTATION POINTE SUITE 102
FAIRHOPE AL  36532

| Statement Period |
| --- |
| 04/01/18 - 04/30/18 |

Page 1 of 2

## Account Summary

| | |
| --- | --- |
| PREVIOUS STATEMENT BALANCE AS OF 03/31/18 .................... | 3,067.07 |
| PLUS    4  DEPOSITS AND OTHER CREDITS .................. | 11,011.47 |
| LESS    3  CHECKS AND OTHER DEBITS ...................... | 10,127.96 |
| LESS       CYCLE SERVICE CHARGE             .................... | 6.00 |
| CURRENT STATEMENT BALANCE AS OF 04/30/18 ........................ | 3,944.58 |

**DETAIL FOR   BUSINESS CHECKING              5301**

DAYS IN THIS CYCLE                              30

### Checking Account Transactions

| Date | Description | Debits | Credits |
| --- | --- | --- | --- |
| 04/03 | ACCOUNT ANALYSIS CHARGE | 5.02 | |
| 04/04 | AC-THE CITIZENS BAN-P2PBILLPAY | 3,064.07 | |
| 04/13 | AC-CENTRAL PAYMENT-AG DRCR | | 396.03 |
| | NAME-THE CITIZENS BANK SCOT | | |
| 04/13 | AC-CENTRAL PAYMENT-AG DRCR | | 1,556.38 |
| | NAME-SCOTT (LLC - LOU&LANCE | | |
| 04/13 | AC-CENTRAL PAYMENT-AG DRCR | | 5,117.48 |
| | NAME-SCOTT AND LOU CARMICHA | | |
| 04/24 | AC-THE CITIZENS BAN-P2PBILLPAY | 7,058.87 | |
| | NAME-CARMICHAEL MICHAEL | | |
| 04/25 | AC-DIGITAL FINANCIA-SPTACH | | 3,941.58 |
| | NAME-Guardian Enterprises | | |
| 04/30 | CYCLE SERVICE CHARGE | 6.00 | |

```
:                                  :  TOTAL FOR   :    TOTAL      :
:                                  :  THIS PERIOD : YEAR-TO-DATE  :
: TOTAL OVERDRAFT FEES      :           .00 :           .00 :
: TOTAL RETURNED ITEM FEES  :           .00 :           .00 :
```

GUARDIAN ENTERPRISES OF ALABAMA LLC
82 PLANTATION POINTE SUITE 102
FAIRHOPE AL  36532

| Statement Period |
| --- |
| 04/01/18 - 04/30/18 |

Page 2 of 2

## Balance History

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/31 | 3,067.07 | 04/03 | 3,062.05 | 04/04 | 2.02- | 04/13 | 7,067.87 |
| 04/24 | 9.00 | 04/25 | 3,950.58 | 04/30 | 3,944.58 | | |

EXHIBIT A

CASE NAME:
Re Guardian Enterprises of Alabama, LLC
Case No. 2:18-bk-50025-MPP

BANK: Citizens Bank of Fairhope, AL
ACCOUNT NO. # 5301

| | | |
|---|---|---:|
| BEGINNING CASH | | $ 3,067.07 |
| PLUS: RECEIPTS (DEPOSITS) | | 11,011.47 |
| LESS: DISBURSEMENTS (LIST BELOW) | | 10,133.96 |
| ENDING CASH | | $ 3,944.58 |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|---|---|---|---:|---|
| 3-Apr | | Citizens Bank of Fairhope | $ 5.02 | Account Analysis Fee |
| 4-Apr | | Transfer to CNB Acct # 8769 | $ 3,064.07 | Transfer to Bankruptcy Account |
| 24-Apr | | Transfer to CNB Acct # 8769 | $ 7,058.87 | Transfer to Bankruptcy Account |
| 30-Apr | | Citizens Bank of Fairhope | $ 6.00 | Cycle Service Charge |

Total Cash Distributions $ 10,133.96

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:** Re Guardian Enterprises of Alabama, LLC

**CASE NUMBER:** No. 2:18-bk-50025-MPP

### CASH RECEIPTS & DISBURSEMENTS SUMMARY
[USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** April 30, 2018

**BANK NAME** Citizens National Bank

**ACCOUNT NO. [last 4 digits]**   # 8769

**BEGINNING CASH PER BOOKS**   $   2,714.05

**PLUS RECEIPTS**   -

**PLUS TRANSFERS IN**   7,571.22
(Use Transfer line only for transfers between bank accounts.)

**LESS DISBURSEMENTS**   6,506.15
(Attach copy of disbursements journal or other record showing date, payee, purpose and amount for all cash or check disbursements. List must show total that agrees to amount above.)

**LESS TRANSFERS OUT**   -
(Use Transfer line only for transfers between bank accounts.)

**ENDING CASH PER BOOKS**
    (to "Cash", Statement
    of Assets and Liabilities)   $   3,779.12

(Attach copy of bank statement after redacting all except last 4 digits of account number)

INDIV.MR 4/11                                       7



Citizens National Bank Home Page    Log In to NetTeller

```
                                        Date   4/16/18          Page      1
                                        Primary Account    XXXXXXXXXXXX8769
                                        Enclosures                        9

     GUARDIAN ENTERPRISES OF ALABAMA LLC
     MBR MICHAEL SCOTT CARMICHAEL
     BKRPTCY CASE NO 2:18-BK-50025-MPP
     648 RANCH RD
     BLAINE TN 37709-2037
```

Secure. Reliable. Verified.
CNB has earned a 5-star rating from BauerFinancial.com.
That makes us one of the strongest banks in the nation!

## CHECKING ACCOUNTS

```
 SMALL BUSINESS CHECKING              Number of Images                     9
 Account Number      XXXXXXXXXXXX8769  Statement Dates   3/16/18 thru 4/16/18
       Previous Balance     2,714.05   Days in the statement period       32
     2 Deposits/Credits     7,571.22   Average Ledger               3,828.73
     9 Checks/Debits        6,506.15   Average Collected            3,828.73
       Service Charge            .00
       Interest Paid             .00
       Ending Balance       3,779.12
```

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/20 | P2PBILLPAY THE CITIZENS BAN<br>WEB     18/03/20<br>ID # M CARMICHAEL<br>TRACE # 051400507458892 | 4,507.15 |
| 4/03 | P2PBILLPAY THE CITIZENS BAN<br>WEB     18/04/03<br>ID # M CARMICHAEL<br>TRACE # 051400506146368 | 3,064.07 |

### CHECKS IN SERIAL ORDER

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 3/23 |  | 2,688.78 | 4/05 |  | 1,397.64 |
| 3/23 |  | 586.68 | 4/05 |  | 581.81 |
| 3/23 |  | 504.00 | 4/05 |  | 159.76 |
| 3/23 |  | 269.95 | 4/05 |  | 108.97 |
| 3/23 |  | 208.56 |  |  |  |

* Indicates skip in check numbers



Citizens National Bank Home Page    Log In to NetTeller

```
                                    Date   4/16/18           Page     2
                                    Primary Account   XXXXXXXXXXXX8769
                                    Enclosures                         9
```

SMALL BUSINESS CHECKING            XXXXXXXXXXXX8769   (Continued)

| DAILY BALANCE INFORMATION ||||||
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 3/16 | 2,714.05 | 3/23 | 2,963.23 | 4/05 | 3,779.12 |
| 3/20 | 7,221.20 | 4/03 | 6,027.30 | | |

Our PRIVACY POLICY has not changed and is available on our website at
CNBTN.com on the home page.  To request a copy, please call 865-429-7521.
              *  *  *   E N D   O F   S T A T E M E N T   *  *  *



EXHIBIT A

CASE NAME:
Re Guardian Enterprises of Alabama, LLC
Case No. 2:18-bk-50025-MPP

BANK:            Citizens National Bank
ACCOUNT NO.      # 8769

| | | |
|---|---|---:|
| BEGINNING CASH | | $ 2,714.05 |
| | | |
| PLUS: RECEIPTS (DEPOSITS) | | 7,571.22 |
| LESS: DISBURSEMENTS (LIST BELOW) | | 6,506.15 |
| | | |
| ENDING CASH | | $ 3,779.12 |

## CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|---|---|---|---:|---|
| 23-Mar | | WR83 LLC | $ 2,688.78 | Contractor Payment |
| 23-Mar | | Gulf Coast Business, LLC | $ 586.68 | Contractor Payment |
| 23-Mar | | Knoxville Christian Center | $ 504.00 | Tithe |
| 23-Mar | | Integrated Broadband Solutions | $ 269.95 | Contractor Payment |
| 23-Mar | | Strategic Resources Group, LLC | $ 208.56 | Contractor Payment |
| 5-Apr | | WR83 LLC | $ 1,397.64 | Contractor Payment |
| 5-Apr | | Strategic Resources Group, LLC | $ 581.81 | Contractor Payment |
| 5-Apr | | Gulf Coast Business, LLC | $ 159.76 | Contractor Payment |
| 5-Apr | | Integrated Broadband Solutions | $ 108.97 | Contractor Payment |

Total Cash Distributions        $ 6,506.15

EXHIBIT B

CASE NAME:  Re Guardian Enterprises of AL

CASE NUMBER:  No. 2:18-bk-50025-MPP

DETAIL OF POST PETITION LIABILITIES

MONTH ENDED: April 30, 2018

| | DATE INCURRED | DATE DUE | AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS |
|---|---|---|---|---|---|---|---|
| PAYROLL TAX | | | | | | | |
| SALES TAX | | | | | | | |
| RENT | | | | | | | |
| OTHER (LIST SEPARATELY) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL (TO SECTION II, STATEMENT OF ASSETS & LAIBILITIES): | | | $ - | | | | |

INDIV.MR 4/11

8

**EXHIBT C**

**CASE NAME:**  Re Guardian Enterprises of Alabama, LLC

**CASE NUMBER:**  No. 2:18-bk-50025-MPP

**During the current period has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?** No.

**If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all sell closing costs and loan payoff amounts) and the next amount received. If available, attach a copy of the settlement statement with the closing.** N/A.

**Guardian Enterprises of Alabama, LLC**
**Reconciliation of Revenue Reported to Bankruptcy Court**
**For the Month Ended March 31, 2018**

| Financial Account<br>Reporting Period | Date of Deposit | Revenue | Transfers Between Accounts |
|---|---|---|---|
| **Citizens Bank of Fairhope, AL - # 5301** | | | |
| For the Period of 03/01/18 through 03/31/18 | | | |
| AC- Central Payment | 03/14/18 | 363.97 | - |
| AC- Central Payment | 03/14/18 | 563.81 | - |
| AC- Central Payment | 03/14/18 | 3,579.37 | - |
| AC - Digital Financial | 03/27/18 | 3,064.07 | - |
| | | | |
| **Citizens National Bank - # 8769** | | | |
| For the Period of 02/16/18 through 03/15/18 | | | |
| P2P Bill Pay - Xfer From Bank of Fairhope, AL - # 5301 | 02/21/18 | - | 5,720.78 |
| P2P Bill Pay - Xfer From Bank of Fairhope, AL - # 5301 | 03/06/18 | - | 1,330.44 |
| | | | |
| **SmartBank - # 0719 ( A Guardian Enterprises, LLC Acct.)** | | | |
| For the Period of 03/01/18 through 03/30/18 | | | |
| SPS EFT * | 03/13/18 | 73.00 | - |
| SPS EFT * | 03/13/18 | 291.26 | - |
| Central Payment ** | 03/14/18 | - | - |
| Central Payment * | 03/14/18 | 4,407.57 | - |
| Recording Error in Deposit | 03/14/18 | 99.58 | |
| Electronic Merchant Payment * | 03/16/18 | 6.83 | - |
| Electronic Merchant Payment * | 03/16/18 | 10,529.67 | - |
| **Totals** | | **22,979.13** | **7,051.22** |

* Note: Per client, assign to Guardian Enterprises of AL
** Note: Per client, assign to Guardian Enterprises, LLC. Thus, a zero amount reported for the $4,057.56 of income.

Going to reassign SmartBank reported to Guardian Enterprises of AL, LLC March 2018 revenue to
Guardian Enterprises, LLC after discussion with client. Between the two LLC entities, all revenue
for March 2018 has been captured and reported to the Bankruptcy Court.

*IN THE UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**GUARDIAN ENTERPRISES OF ALABAMA, LLC**  Case No. **2:18-BK-50025 MPP**
Chapter 11
Debtor In Possession.


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Monthly Operating Report, have been served via the court's ECF system and via First Class Mail to the addresses below on May 15, 2018.

United States Attorney
James H. Quillen U.S. Courthouse
220 W. Depot Street, Suite 423
Greeneville, TN 37743

IRS
P.O. Box 7346
Philadelphia, PA 19101-3746

                                        */s/ Ryan E. Jarrard*
                                        Ryan E. Jarrard, Esq.
                                        BPR No. 024525
                                        **Quist, Fitzpatrick & Jarrard, PLLC**
                                        2121 First Tennessee Plaza
                                        800 South Gay Street
                                        Knoxville, TN 37929-9711
                                        (865) 524-1873 ext. 232
                                        REJ@QCFLaw.com