## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

**IN RE**                                            **CASE NO.**

Re Michael Scott Carmichael
_____
**(Case Name)**                                      **CHAPTER 11**

No. 2:18-bk-5024-MPP
_____


_____
**Debtor(s)**


### MONTHLY OPERATING REPORT
### FOR INDIVIDUALS

**FOR MONTH ENDING** _____ **APRIL 30** _____ , 20 __**18**__

Comes now M. Scott Carmichael _____ , debtor in possession,

an hereby submits its Monthly Operating Report for the period commencing

April 01, 2018 _____ and ending   April 30, 2018 _____ as shown by the report and

exhibits consisting of   **34** pages and containing the following, as indicated:

___X___   **Statement of Income (Loss)**

___X___   **Statement of Assets and Liabilities**

___X___   **Reconciliation of Cash/Cash Disbursements Detail (Exhibit A)**

___X___   **Detail of Post-Petition Liabilities (Exhibit B)**

___X___   **Transfer of Property (Exhibit C)**

___X___   **Certificate of Service**


INDIV.MR 4/11                          1

I declare under penalty of perjury that this report and all attachments are true and

correct to the best of my knowledge and belief.  I also hereby certify that the original

Monthly Operating Report was filed with the Bankruptcy Court Clerk and a copy

delivered to the parties as listed on the attached Certificate of Service

Date: _05.14.2018_          **DEBTOR-IN-POSSESSION**

_____
(Signature)

Name and Title: M. Scott Carmichael

Address: 648 Ranch Road, #1A

Blaine, TN 37709

Telephone Number:   (843) 729-6824

NOTE: These forms are available on the Region 8 U.S. Trustee website at:
http://www.justice.gov/ust/r08/chattanooga/chapter11.htm

For more information contact:

**Becky H. Halsey**
**Bankruptcy Analyst**
**Office of the U.S. Trustee**
**800 Market Street, Ste 114**
**Knoxville, TN 37902**
**(865) 545-4015**

**CASE NAME:**    Re Michael Scott Carmichael

**CASE NUMBER:**    No. 2:18-bk-50024-MPP

### STATEMENT OF INCOME (LOSS)
### MONTH ENDING          April 30, 2018

| I. INCOME (LIST SOURCES) | CURRENT MONTH | FILING TO DATE |
|---|---|---|
| Guardian Enterprises, LLC | $          23,522.92 | $          81,231.46 |
|  | - | - |
|  | - | - |
| **II. PURCHASES** | $          - | $          - |
| **III. GROSS PROFIT**<br>**(SEC. I LESS SEC. II)** | $          23,522.92 | $          81,231.46 |
| **IV. GENERAL EXPENSES** | $          - | $          - |
| Advertising | - | (1,500.00) |
| Accounting | - | - |
| Bank Charges & CC Fees | (252.37) | (1,665.50) |
| Compensation to Officers,<br>  Partners or Proprietors | - | - |
| Client Reimbursements | (3,486.32) | (5,937.46) |
| Commission & Fees | - | (544.55) |
| Contract Labor | (5,247.64) | (12,089.53) |
| Hotels & Motels | (117.86) | (454.76) |
| Insurance - Health & Other | (464.76) | (2,001.09) |

INDIV.MR 4/11                               3

|                                   | CURRENT MONTH | FILING TO DATE |
|-----------------------------------|---------------|----------------|
| Legal                             | -             | -              |
| Meals & Entertainment             | (472.06)      | (1,529.97)     |
| Postage                           | (214.06)      | (737.90)       |
| Property Taxes                    | -             | -              |
| Rent                              | (200.00)      | (1,502.00)     |
| Repair & Maintenance              | -             | -              |
| Supplies & Office Expense         | (387.98)      | (2,382.49)     |
| Taxes - Payroll & Other           | (200.00)      | (200.00)       |
| Telephone & Cell Phone            | (118.66)      | (435.52)       |
| Travel Expense                    | -             | -              |
| Utilities                         | -             | -              |
| Vehicle Expense                   | (866.06)      | (8,843.42)     |
| Personal Expenses (attach list)   | (17,366.63)   | (33,064.45)    |
| Business Gifts                    | -             | (129.96)       |
|                                   | -             | -              |
| **TOTAL EXPENSES:**               | $ (29,394.40) | $ (73,018.60)  |
| **NET INCOME OR LOSS** (SEC. III LESS SEC. IV) | $ (5,871.48) | $ 8,212.86 |

## Guardian Enterprises, LLC
### Guardian Enterprises, LLC
#### For the Month Ended 30 April 2018

| | Apr-18 | YTD |
|---|---:|---:|
| **Revenue** | | |
| Revenue - Guardian Enterprise | 23,522.92 | 81,231.46 |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ 23,522.92 | $ 81,231.46 |
| **Gross Profit** | $ 23,522.92 | $ 81,231.46 |
| **Operating Income / (Loss)** | $ 23,522.92 | $ 81,231.46 |
| **Other Income and Expenses** | | |
| Advertising, Marketing, & Promotion | - | (1,500.00) |
| Auto Expense | (866.06) | (8,843.42) |
| Bank Charge | - | (115.63) |
| Business Gifts | - | (129.96) |
| Client Reimbursement | (3,486.32) | (5,937.46) |
| Commission & Fees | - | (544.55) |
| Communications: Cell, Telephone, Internet | (118.66) | (435.52) |
| Contract Labor | (5,247.64) | (12,089.83) |
| Credit Card Fees | (252.37) | (1,549.67) |
| Hotels, Motels, Etc. | (117.86) | (454.76) |
| Insurance - Health - Owner/Stockholder | (464.76) | (1,859.03) |
| Insurance - Other | - | (142.06) |
| Meals and Entertainment | (472.06) | (1,529.97) |
| Office Expense | (387.99) | (1,919.91) |
| Postage | (214.06) | (737.90) |
| Rent - Real Property | (200.00) | (1,502.00) |
| Supplies - Other | - | (462.58) |
| Taxes | (200.00) | (200.00) |
| **Total Other Income and Expense** | $ (12,027.77) | $ (39,954.15) |
| **Net Income / (Loss) before Tax** | $ 11,495.16 | $ 41,277.31 |
| **Net Income** | $ 11,495.16 | $ 41,277.31 |
| **Total Comprehensive Income** | $ 11,495.16 | $ 41,277.31 |

## Income Statement
### M. Scott Carmichael - Personal Expenses
#### For the Month Ended 30 April 2018

| | Apr-18 | YTD |
|---|---:|---:|
| **Revenue** | | |
| Revenue - Guardian Enterprise | - | - |
| Revenue - Guardian of Alabama | - | - |
| **Total Revenue** | $ - | $ - |
| **Gross Profit** | $ - | $ - |
| **Operating Income / (Loss)** | $ - | $ - |
| **Personal Expenses** | | |
| ATM Withdrawals - Personal Expenses | (1,652.25) | (4,672.84) |
| Auto Expense | (250.00) | (4,016.09) |
| Bank Charge | - | - |
| Charitable Contributions | - | (35.00) |
| Church Tithes | (450.00) | (2,257.00) |
| Commission & Fees | - | - |
| Communications: Verizon Wireless | (29.67) | (248.97) |
| Contract Labor | - | - |
| Credit Card Fees | - | - |
| Haircuts | - | (270.26) |
| Insurance - Health - Owner/Stockholder | (13,190.00) | (14,294.00) |
| IRS & Other Tax Payments | (353.23) | (1,482.33) |
| Meals and Entertainment | (531.75) | (1,682.42) |
| Other Personal Expenses, e.g., Wal-Mart | - | (287.96) |
| Personal Gifts | - | (50.78) |
| Pharmacy - Rite Aid, CVS, Etc. | - | - |
| Rent - Real Property | (800.00) | (3,200.00) |
| Uniform - Dry Cleaners | (109.73) | (566.80) |
| **Total Other Income and Expense** | $ (17,366.63) | $ (33,064.45) |
| **Net Income / (Loss) before Tax** | $ (17,366.63) | $ (33,064.45) |
| **Net Income** | $ (17,366.63) | $ (33,064.45) |
| **Total Comprehensive Income** | $ (17,366.63) | $ (33,064.45) |

*Note: $15,407.51 of revenue reported in March 2018 against Guardian Enterprises of AL, LLC was reassigned to Guardian Enterprises, LLC with the April 2018 reporting and included in the YTD amount reported for Guardian Enterprises, LLC.

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

### STATEMENT OF ASSETS AND LIABILITIES
### MONTH ENDING April 30, 2018

**I.  ASSETS (from Schedules A & B)**                                        **AMOUNT**

| | |
|---|---|
| **Cash (from "Ending Cash", Exhibit A)** | $                       12,308.29 |
| **Securities and other short term liquid assets** | - |
| **Account Receivable** | - |
| **Inventory:** Beginning of period | |
| End of period | - |
| Other current assets (itemize): | - |
| | - |
| **Long-term assets - include equipment, buildings and property (itemize):** | - |
| | - |
| | - |
| **Total Assets** | $                       12,308.29 |

## II. LIABILITIES

|  | AMOUNT |
|---|---|
| Postpetition (from "Total Amount Due", Exhibit B) | $ 33,531.38 |
| Prepetition (itemize): |  |
| Secured (from bankruptcy petition Schedule D) | 196,468.19 |
| Priority (from bankruptcy petition Schedule E) | 94,000.00 |
| Unsecured (from bankruptcy petition Schedule F) | 2,945,697.40 |
|  | - |
|  | - |
| **Total Liabilities** | $ 3,269,696.97 |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

<u>**CASH RECEIPTS & DISBURSEMENTS SUMMARY**</u>
**[USE BOOK AMOUNTS, NOT BANK]**

**MONTH ENDING** April 30, 2018

**BANK NAME**  Citizens National Bank

**ACCOUNT NO. [last 4 digits]**    # 8780

| | | |
|---|---|---|
| **BEGINNING CASH PER BOOKS** | $ | 12,300.79 |
| **PLUS RECEIPTS** | | 3,800.00 |
| **PLUS TRANSFERS IN**<br>(Use Transfer line only for transfers<br>between bank accounts.) | | 21,330.84 |
| **LESS DISBURSEMENTS**<br>(Attach copy of disbursements journal<br>or other record showing date, payee,<br>purpose and amount for all cash or<br>check disbursements.  List must show<br>total that agrees to amount above.) | | 25,128.34 |
| **LESS TRANSFERS OUT**<br>(Use Transfer line only for transfers<br>between bank accounts.) | | - |
| **ENDING CASH PER BOOKS**<br>    (to "Cash", Statement<br>    of Assets and Liabilities) | $ | 12,303.29 |

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**



Citizens National Bank Home Page    Log In to NetTeller

```
                                    Date  5/07/18        Page    1
                                    Primary Account  XXXXXXXXXXX8780
                                    Enclosures               3

        MICHAEL SCOTT CARMICHAEL
        BKRPTCY CASE NO 2:18-BK-50024-MPP
        648 RANCH RD
        BLAINE TN 37709-2037
```

Secure. Reliable. Verified.
CNB has earned a 5-star rating from BauerFinancial.com.
That makes us one of the strongest banks in the nation!

## CHECKING ACCOUNTS

```
SIMPLY CHECKING                         Number of Images            3
Account Number     XXXXXXXXXXX8780      Statement Dates  4/10/18 thru  5/07/18
      Previous Balance     12,300.79    Days in the statement period       28
    3 Deposits/Credits     25,130.84    Average Ledger          15,254.72
  112 Checks/Debits        25,128.34    Average Collected       15,254.72
      Service Charge             .00
      Interest Paid              .00
      Ending Balance       12,303.29
```

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/16 | Deposit/Credit | 21,330.84 |
| 4/27 | Deposit/Credit | 1,000.00 |
| 4/30 | POS CRE 2117 04/25/18 77016029 | 2,800.00 |
| | BRYTE PAYMENT SOLU | |
| | 904-272-9557  FL | |
| | Card # 5392 | |

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/10 | DBT CRD 1027 04/09/18 22500626 | 89.11- |
| | GREAT SOUTHERN CAF | |
| | SANTA ROSA BE FL | |
| | Card # 5392 | |
| 4/10 | ATM W/D 1738 04/09/18 21420421 | 143.50- |
| | Cardtronic | |
| | 600 PIER PARK DR | |
| | PANAMA CITY B FL C#5392 | |
| 4/11 | ATM W/D 1916 04/10/18 00465385 | 142.50- |
| | Cardtronic | |



| Citizens National Bank Home Page | Log In to NetTeller |
|---|---|

```
                                      Date  5/07/18          Page      2
                                      Primary Account   XXXXXXXXXXXX8780
                                      Enclosures                       3
```

SIMPLY CHECKING            XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | 3871 E COUNTY HWY | |
| | SANTA ROSA BE FL C#5392 | |
| 4/12 | ATM W/D 1922 04/11/18 00000129 | 123.00- |
| | Destin Foo | |
| | 201 HIGHWAY 98 | |
| | DESTIN       FL C#5392 | |
| 4/13 | POS DEB 0946 04/13/18 10353595 | 17.01- |
| | THE UPS ST | |
| | 13123 EMERALD COAS | |
| | INLET BEACH   FL C#5392 | |
| 4/13 | ATM W/D 0917 04/13/18 14253026 | 82.50- |
| | Cardtronic | |
| | 3871 E COUNTY HWY | |
| | SANTA ROSA BE FL C#5392 | |
| 4/16 | DBT CRD 0351 04/13/18 26001228 | 166.96- |
| | CAFE THIRTY - A | |
| | SANTA ROSA BE FL | |
| | Card # 5392 | |
| 4/16 | DBT CRD 0047 04/15/18 27300477 | 42.00- |
| | TOM THUMB  86 | |
| | SANTA ROSA BE FL | |
| | Card # 5392 | |
| 4/16 | POS DEB 1008 04/16/18 14531017 | 37.63- |
| | OFFICE MAX/OFFI 11 | |
| | KNOXVILLE     TN | |
| | Card # 5392 | |
| 4/16 | ATM W/D 0837 04/16/18 00006938 | 100.00- |
| | PILOT CS | |
| | 5402 RUTLEDGE PIKE | |
| | KNOXVILLE     TN C#5392 | |
| 4/16 | ATM W/D 0932 04/15/18 00002113 | 83.00- |
| | FILLUPS FO | |
| | 1739 US HIGHWAY 33 | |
| | DEFUNIAK SPRI FL C#5392 | |
| 4/17 | DBT CRD 2111 04/15/18 23710013 | 66.00- |
| | GAS N GO  619 | |
| | BLAINE        TN | |
| | Card # 5392 | |



Citizens National Bank Home Page     Log In to NetTeller

```
Date  5/07/18          Page      3
Primary Account   XXXXXXXXXXXX8780
Enclosures                       3
```

SIMPLY CHECKING                XXXXXXXXXXXX8780   (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/17 | POS DEB 1301 04/17/18 17565443<br>OFFICE MAX/OFFI 11<br>KNOXVILLE     TN<br>Card # 5392 | 110.79- |
| 4/17 | USATAXPYMT IRS<br>WEB        18/04/17<br>ID # 270850780214345<br>TRACE # 061036010012645 | 10,000.00- |
| 4/17 | PAYMENT    U.S. BANK N.A.<br>WEB        18/04/17<br>ID # 000000514345950<br>TRACE # 042000015125148 | 250.00- |
| 4/17 | FRANCHEXCT TN STATE REVENUE<br>CCD  C626001445        18/04/17<br>ID # 0178784245<br>TRACE # 084000027462679 | 200.00- |
| 4/17 | Bill Paid-PATRICIA CARMICHAEL<br>Conf #9 | 1,000.00- |
| 4/18 | DBT CRD 2118 04/16/18 28710022<br>CHICK-FIL-A  03761<br>KNOXVILLE     TN<br>Card # 5392 | 15.23- |
| 4/18 | DBT CRD 0050 04/17/18 20030024<br>JOHN C PRYSE JR DD<br>POWELL        TN<br>Card # 5392 | 1.04- |
| 4/18 | PREM PMT    BCBS OF AL<br>WEB        18/04/18<br>ID # TXC844202445<br>TRACE # 062000018116105 | 432.76- |
| 4/18 | PREM PMT    BCBS OF AL<br>WEB        18/04/18<br>ID # XAD871829638<br>TRACE # 062000018116255 | 32.00- |
| 4/19 | DBT CRD 1620 04/18/18 997542<br>WEIGELS  2<br>7433 MAYNARDVILLE<br>KNOXVILLE     TN C#5392 | 50.00- |



| Citizens National Bank Home Page | Log In to NetTeller |

```
Date  5/07/18          Page    4
Primary Account   XXXXXXXXXXXX8780
Enclosures                     3
```

SIMPLY CHECKING                XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/19 | DBT CRD 2146 04/17/18 23710019<br>CHICK-FIL-A  02980<br>KNOXVILLE      TN<br>Card # 5392 | 19.89- |
| 4/19 | ATM W/D 1830 04/18/18 002888<br>BREADBOX<br>5Q14 WASHINGTON PI<br>KNOXVILLE      TN C#5392 | 103.00- |
| 4/19 | ATM W/D 1446 04/19/18 00008606<br>PAI ISO<br>7945 E LAMAR ALEXA<br>TOWNSEND      TN C#5392 | 102.25- |
| 4/20 | DBT CRD 1352 04/20/18 232599<br>PILOT  011<br>2449 GENESIS ROAD<br>CROSSVILLE    TN C#5392 | 62.95- |
| 4/20 | DBT CRD 1059 04/19/18 21105003<br>STAPLES       0011<br>SEVIERVILLE    TN<br>Card # 5392 | 31.59- |
| 4/20 | POS DEB 1812 04/19/18 22654134<br>OFFICE MAX/OFFI 11<br>KNOXVILLE      TN<br>Card # 5392 | 10.59- |
| 4/23 | DBT CRD 2119 04/20/18 24027012<br>REDFIN HOLDINGS IN<br>866-685-4326  FL<br>Card # 5392 | 1,861.00- |
| 4/23 | DBT CRD 1341 04/21/18 29004519<br>RICKS COUNTRY STOR<br>LEOMA          TN<br>Card # 5392 | 71.25- |
| 4/23 | DBT CRD 2143 04/20/18 24017047<br>PARADISE POS<br>903-920-0091  TX<br>Card # 5392 | 54.12- |
| 4/23 | DBT CRD 2126 04/21/18 29710022<br>CHICK-FIL-A  02985 | 23.11- |



Citizens National Bank Home Page    Log In to NetTeller

```
                                   Date  5/07/18         Page     5
                                   Primary Account   XXXXXXXXXXXX8780
                                   Enclosures                     3
```

SIMPLY CHECKING               XXXXXXXXXXXX8780  (Continued)

| Date | Description | Amount |
|---|---|---|
|  | LEBANON       TN | |
|  | Card # 5392 | |
| 4/23 | DBT CRD 0218 04/20/18 25710015 | 14.53- |
|  | CHICK-FIL-A  01348 | |
|  | KNOXVILLE     TN | |
|  | Card # 5392 | |
| 4/23 | DBT CRD 0218 04/20/18 27710015 | 13.03- |
|  | CHICK-FIL-A  01348 | |
|  | KNOXVILLE     TN | |
|  | Card # 5392 | |
| 4/23 | DBT CRD 1054 04/21/18 20900010 | 1.04- |
|  | PETES COUNTRY MEAT | |
|  | LORETTO       TN | |
|  | Card # 5392 | |
| 4/23 | POS DEB 1228 04/23/18 16204459 | 49.61- |
|  | OFFICE MAX/OFFI 11 | |
|  | KNOXVILLE     TN | |
|  | Card # 5392 | |
| 4/23 | ATM W/D 1358 04/22/18 00005078 | 100.00- |
|  | Weigels 48 | |
|  | 7235 STARWBERRY PL | |
|  | KNOXVILLE     TN C#5392 | |
| 4/25 | DBT CRD 0311 04/23/18 22042006 | 62.34- |
|  | WEIGELS  77 | |
|  | JEFFERSON CTY TN | |
|  | Card # 5392 | |
| 4/25 | DBT CRD 2201 04/24/18 761072 | 30.00- |
|  | PILOT  021 | |
|  | 7200 STRAW PLAINS | |
|  | KNOXVILLE     TN C#5392 | |
| 4/25 | DBT CRD 2142 04/23/18 26710008 | 11.66- |
|  | CHICK-FIL-A  00764 | |
|  | SEVIERVILLE   TN | |
|  | Card # 5392 | |
| 4/25 | DBT CRD 2141 04/23/18 21710011 | 10.85- |
|  | CHICK-FIL-A  01348 | |
|  | KNOXVILLE     TN | |
|  | Card # 5392 | |



Citizens National Bank Home Page    Log In to NetTeller

```
Date  5/07/18          Page     6
Primary Account  XXXXXXXXXXXX8780
Enclosures                      3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/25 | POS DEB 1020 04/25/18 14611728<br>OFFICE MAX/OFFI 11<br>KNOXVILLE    TN<br>Card # 5392 | 13.87- |
| 4/25 | Bill Paid-CHRIS PATRICK Conf #<br>10 | 1,546.53- |
| 4/25 | Bill Paid-ROGER FRAZIER Conf #<br>11 | 1,546.53- |
| 4/26 | DBT CRD 2105 04/24/18 25018028<br>BRYTE PAYMENT SOLU<br>904-272-9557   FL<br>Card # 5392 | 2,800.00- |
| 4/26 | DBT CRD 1014 04/25/18 24837015<br>EXXONMOBIL    9768<br>KODAK        TN<br>Card # 5392 | 60.00- |
| 4/26 | DBT CRD 1014 04/25/18 25105026<br>STAPLES      0011<br>SEVIERVILLE   TN<br>Card # 5392 | 38.41- |
| 4/26 | DBT CRD 2142 04/24/18 29710008<br>CHICK-FIL-A   00764<br>SEVIERVILLE   TN<br>Card # 5392 | 13.33- |
| 4/26 | POS DEB 2023 04/25/18 00663711<br>OFFICE MAX/OFFI 11<br>KNOXVILLE    TN<br>Card # 5392 | 3.59- |
| 4/27 | DBT CRD 2010 04/26/18 21102001<br>SHIELDS ELECTRONIC<br>KNOXVILLE    TN<br>Card # 5392 | 181.50- |
| 4/27 | DBT CRD 2326 04/26/18 29103009<br>SPEEDWAY 07156 617<br>KNOXVILLE    TN<br>Card # 5392 | 61.01- |
| 4/27 | DBT CRD 2146 04/25/18 24710024<br>CHICK-FIL-A   03761 | 14.19- |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
                              Date  5/07/18         Page     7
                              Primary Account   XXXXXXXXXXXX8780
                              Enclosures                    3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 4/27 | DBT CRD 1210 04/26/18 20105026 | .55- |
|      | STAPLES        0011 | |
|      | SEVIERVILLE    TN | |
|      | Card # 5392 | |
| 4/27 | POS DEB 1108 04/27/18 15538729 | 34.76- |
|      | OFFICE MAX/OFFI 11 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 1107 04/28/18 21100459 | 131.95- |
|      | VZWRLSS*APOCC VISE | |
|      | 800-922-0204   FL | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 0042 04/28/18 20100829 | 77.55- |
|      | EDWIN WATTS GOLF S | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 1845 04/27/18 21741000 | 43.98- |
|      | FEDEX 780712922991 | |
|      | MEMPHIS        TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 0058 04/29/18 29100372 | 39.77- |
|      | CALHOUN S  107 | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 1845 04/27/18 25741000 | 35.04- |
|      | FEDEX 780712964314 | |
|      | MEMPHIS        TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 1845 04/27/18 27741000 | 21.03- |
|      | FEDEX 780712936120 | |
|      | MEMPHIS        TN | |
|      | Card # 5392 | |
| 4/30 | DBT CRD 1845 04/27/18 26741000 | 19.49- |
|      | FEDEX 780712950719 | |
|      | MEMPHIS        TN | |
|      | Card # 5392 | |



CITIZENS NATIONAL BANK
MEMBER FDIC

Citizens National Bank Home Page    Log In to NetTeller

```
Date  5/07/18          Page     8
Primary Account   XXXXXXXXXXXX8780
Enclosures                      3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780   (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/30 | DBT CRD 2206 04/27/18 20710015<br>CHICK-FIL-A  01463<br>MORRISTOWN    TN<br>Card # 5392 | 13.09- |
| 4/30 | DBT CRD 2209 04/27/18 29710015<br>CHICK-FIL-A  01348<br>KNOXVILLE    TN<br>Card # 5392 | 9.17- |
| 4/30 | DBT CRD 2253 04/28/18 27030054<br>GOLF CAPITAL LEARN<br>CROSSVILLE    TN<br>Card # 5392 | 2.08- |
| 4/30 | DBT CRD 1601 04/28/18 29134904<br>CORNER STORE<br>CORRYTON    TN<br>Card # 5392 | 1.00- |
| 4/30 | DBT CRD 2253 04/28/18 25030054<br>GOLF CAPITAL LEARN<br>CROSSVILLE    TN<br>Card # 5392 | 1.00- |
| 4/30 | POS DEB 2018 04/29/18 570398<br>FOOD CITY<br>180 RUTLEDGE PIKE<br>BLAINE      TN C#5392 | 69.51- |
| 4/30 | ATM W/D 1736 04/27/18 00000854<br>Weigels 65<br>2106 W ANDREW JOHN<br>MORRISTOWN    TN C#5392 | 100.00- |
| 5/01 | DBT CRD 2130 04/29/18 24710013<br>FOOD CITY  619<br>BLAINE      TN<br>Card # 5392 | 60.00- |
| 5/01 | DBT CRD 1852 04/30/18 747634<br>PILOT  015<br>405 LOVELL ROAD<br>KNOXVILLE    TN C#5392 | 41.69- |
| 5/01 | DBT CRD 0454 04/30/18 23206799<br>SMOOTHIE KING  029 | 13.72- |



*Citizens National Bank Home Page*     *Log In to NetTeller*

```
                              Date  5/07/18          Page     9
                              Primary Account  XXXXXXXXXXXXX8780
                              Enclosures                     3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780  (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 5/01 | DBT CRD 1214 04/30/18 27105005 | 10.02− |
|      | STAPLES      0011 | |
|      | SEVIERVILLE    TN | |
|      | Card # 5392 | |
| 5/01 | DBT CRD 1902 04/30/18 25100727 | 9.80− |
|      | LOWES  00637* | |
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 5/01 | DBT CRD 2149 04/30/18 21027013 | 2.08− |
|      | PRO-FIT MUFFLER CE | |
|      | VALDOSTA       GA | |
|      | Card # 5392 | |
| 5/01 | POS DEB 1912 04/30/18 23150050 | 36.19− |
|      | OFFICE MAX/OFFI 11 | |
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 5/02 | DBT CRD 0259 05/01/18 23026786 | 131.16− |
|      | STATE FARM INSURAN | |
|      | 800-956-6310   IL | |
|      | Card # 5392 | |
| 5/02 | DBT CRD 0050 05/01/18 27600088 | 156.98− |
|      | S  K DRY CLEANERS | |
|      | KNOXVILLE       TN | |
|      | Card # 5392 | |
| 5/02 | DBT CRD 0328 05/01/18 24206188 | 37.16− |
|      | CHILI S  8 | |
|      | VALDOSTA       GA | |
|      | Card # 5392 | |
| 5/02 | DBT CRD 0344 05/02/18 20100595 | 16.39− |
|      | GOOGLE *SVCSAPPS_y | |
|      | cc google.com CA | |
|      | Card # 5392 | |
| 5/02 | DBT CRD 1109 05/01/18 27110145 | 3.75− |
|      | FLASH FOODS  10101 | |
|      | VALDOSTA       GA | |
|      | Card # 5392 | |



Citizens National Bank Home Page    Log In to NetTeller

```
                                    Date  5/07/18         Page    10
                                    Primary Account  XXXXXXXXXXXX8780
                                    Enclosures                     3
```

SIMPLY CHECKING                    XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/02 | DBT CRD 2123 04/30/18 21030025<br>PRO-FIT MUFFLER CE<br>VALDOSTA      GA<br>Card # 5392 | 1.04- |
| 5/02 | DBT CRD 2123 04/30/18 25030025<br>SANDERS PLUMBING C<br>KNOXVILLE      TN<br>Card # 5392 | .01- |
| 5/02 | POS DEB 1749 05/01/18 21909314<br>OFFICE MAX/OFFI 15<br>VALDOSTA      GA<br>Card # 5392 | 23.72- |
| 5/02 | ATM W/D 0804 05/02/18 004980<br>MITTS FOOD<br>1310 ST. AUGUSTINE<br>VALDOSTA      GA C#5392 | 102.00- |
| 5/03 | DBT CRD 0338 05/02/18 21200299<br>COUNTRY INN & SUIT<br>VALDOSTA      GA<br>Card # 5392 | 117.86- |
| 5/03 | DBT CRD 0416 05/02/18 21016002<br>SUNOCO 0321209900<br>PONCE DE LEON FL<br>Card # 5392 | 78.75- |
| 5/03 | DBT CRD 1612 05/01/18 21000343<br>CITGO TRUCK PLAZA<br>VALDOSTA      GA<br>Card # 5392 | 62.13- |
| 5/03 | DBT CRD 2123 05/01/18 21710021<br>CHICK-FIL-A  03302<br>EMERSON      GA<br>Card # 5392 | 8.55- |
| 5/03 | DBT CRD 2059 05/02/18 27027013<br>PRO-FIT MUFFLER CE<br>VALDOSTA      GA<br>Card # 5392 | 3.12- |
| 5/03 | DBT CRD 2059 05/02/18 29027013<br>PRO-FIT MUFFLER CE | 2.08- |



*Citizens National Bank Home Page    Log In to NetTeller*

```
Date   5/07/18          Page    11
Primary Account   XXXXXXXXXXXX8780
Enclosures                       3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780   (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | VALDOSTA        GA | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 2320 05/03/18 26261235 | 34.99- |
|      | THERMALPAPERDIRECT | |
|      | 877-8105900   NJ | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 2320 05/03/18 24261235 | 34.99- |
|      | THERMALPAPERDIRECT | |
|      | 877-8105900   NJ | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 2320 05/03/18 27261235 | 34.99- |
|      | THERMALPAPERDIRECT | |
|      | 877-8105900   NJ | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 1034 05/03/18 22500772 | 29.99- |
|      | 3 MINUTE MAGIC - L | |
|      | KNOXVILLE      TN | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 0151 05/04/18 29100628 | 23.96- |
|      | RITE AID STORE - 7 | |
|      | FAIRHOPE      AL | |
|      | Card # 5392 | |
| 5/04 | DBT CRD 1924 05/03/18 29900010 | 2.08- |
|      | OLMSTEAD HARRELL & | |
|      | GULF SHORES   AL | |
|      | Card # 5392 | |
| 5/04 | POS DEB 1549 05/03/18 15061022 | 140.10- |
|      | THE UPS ST | |
|      | 1545 GULF SHORES P | |
|      | GULF SHORES   AL C#5392 | |
| 5/04 | ATM W/D 0930 05/04/18 89059354 | 222.99- |
|      | Cardtronic | |
|      | 501 E CERVANTES ST | |
|      | PENSACOLA    FL C#5392 | |
| 5/07 | DBT CRD 1459 05/05/18 23000964 | 139.56- |
|      | Dragonfly Food Bar | |
|      | FAIRHOPE      AL | |
|      | Card # 5392 | |



Citizens National Bank Home Page    Log In to NetTeller

```
Date   5/07/18          Page    12
Primary Account   XXXXXXXXXXXX8780
Enclosures                       3
```

SIMPLY CHECKING              XXXXXXXXXXXX8780   (Continued)

### WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 5/07 | DBT CRD 2124 05/05/18 22839000<br>ORANGE BEACH MARIN<br>ORANGE BEACH  AL<br>Card # 5392 | 115.49- |
| 5/07 | DBT CRD 1034 05/06/18 25500674<br>PIRATES COVE<br>ELBERTA        AL<br>Card # 5392 | 74.12- |
| 5/07 | DBT CRD 0342 05/06/18 24720004<br>GREERS  18<br>FAIRHOPE       AL<br>Card # 5392 | 35.48- |
| 5/07 | DBT CRD 2131 05/05/18 20710013<br>CHICK-FIL-A  01223<br>DAPHNE         AL<br>Card # 5392 | 22.20- |
| 5/07 | DBT CRD 1816 05/03/18 22101018<br>HOOTERS GULF SORE<br>GULF SHORES    AL<br>Card # 5392 | 20.11- |
| 5/07 | DBT CRD 2207 05/04/18 29710014<br>CHICK-FIL-A  01223<br>DAPHNE         AL<br>Card # 5392 | 17.05- |
| 5/07 | DBT CRD 1034 05/06/18 28500674<br>PIRATES COVE<br>ELBERTA        AL<br>Card # 5392 | 15.97- |
| 5/07 | DBT CRD 1034 05/06/18 20500674<br>PIRATES COVE<br>ELBERTA        AL<br>Card # 5392 | 14.99- |
| 5/07 | DBT CRD 1034 05/06/18 22500674<br>PIRATES COVE<br>ELBERTA        AL<br>Card # 5392 | 11.98- |
| 5/07 | POS DEB 1228 05/05/18 425751<br>TRAVELERS | 42.33- |



*Citizens National Bank Home Page*      *Log In to NetTeller*

```
                                    Date   5/07/18          Page     13
                                    Primary Account    XXXXXXXXXXXX8780
                                    Enclosures                       3
```

SIMPLY CHECKING                     XXXXXXXXXXXX8780   (Continued)

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | 27960 US HWY 98 |     |
|      | ELBERTA     AL C#5392 |  |

## CHECKS IN SERIAL ORDER

| Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|
| 4/20 |        | 300.00 | 4/25 |        | 100.00 |
| 4/20 |        | 80.00  |      |        |        |

* Indicates skip in check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/10 | 12,068.18 | 4/19 | 20,221.46 | 5/01 | 14,081.36 |
| 4/11 | 11,925.68 | 4/20 | 19,736.33 | 5/02 | 13,609.15 |
| 4/12 | 11,802.68 | 4/23 | 17,548.64 | 5/03 | 13,336.66 |
| 4/13 | 11,703.17 | 4/25 | 14,226.86 | 5/04 | 12,812.57 |
| 4/16 | 32,604.42 | 4/26 | 11,311.53 | 5/07 | 12,303.29 |
| 4/17 | 20,977.63 | 4/27 | 12,019.52 |      |           |
| 4/18 | 20,496.60 | 4/30 | 14,254.86 |      |           |

Our PRIVACY POLICY has not changed and is available on our website at
CNBTN.com on the home page.  To request a copy, please call 865-429-7521.
* * *  E N D   O F   S T A T E M E N T  * * *

**CITIZENS NATIONAL BANK**
SEVIERVILLE, TN

**UNIVERSAL DEBIT**

DATE: 4/20/18

M Scott Carmichael

Account Number: 8780    Tran Code: 69    $ 80.00

⑇500⑈⑈0095⑇

Teller Cashed Check    Date: 04/20    Amount: $80.00

---

**CITIZENS NATIONAL BANK**
SEVIERVILLE, TN

**UNIVERSAL DEBIT**

DATE: 4/2?/18

M Scott Carmichael

Account Number: 8780    Tran Code: 69    $ 300.00

⑇500⑈⑈0095⑇

Teller Cashed Check    Date: 04/20    Amount: $300.00

---

**CITIZENS NATIONAL BANK**
SEVIERVILLE, TN

**UNIVERSAL DEBIT**

DATE: 4-25-18

Michael Carmichael

Account Number: 8780    Tran Code: 69    $ 100.00

⑇500⑈⑈0095⑇

Teller Cashed Check    Date: 04/25    Amount: $100.00

EXHIBIT A

**CASE NAME:**
Re Michael Scott Carmichael
Case No. 2:18-bk-50024-MPP

**BANK:**    Citizens National Bank - Simply Checking - Personal & Guardian Enterprises
**ACCOUNT NO.**    # 8780

| | | |
|---|---|---:|
| BEGINNING CASH | $ | 12,300.79 |
| | | |
| PLUS: RECEIPTS (DEPOSITS) | | 25,130.84 |
| LESS: DISBURSEMENTS (LIST BELOW) | | 25,128.34 |
| | | |
| ENDING CASH | $ | 12,303.29 |

### CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | | PURPOSE |
|---|---|---|---|---|---|
| 10-Apr | | Great Southern Café | $ | 89.11 | Food |
| 10-Apr | | ATM Withdrawal | $ | 143.50 | Personal Items |
| 11-Apr | | ATM Withdrawal | $ | 142.50 | Personal Items |
| 12-Apr | | ATM Withdrawal | $ | 123.00 | Personal Items |
| 13-Apr | | UPS | $ | 17.01 | Postage & Shipping |
| 13-Apr | | ATM Withdrawal | $ | 82.50 | Personal Items |
| 16-Apr | | Café Thirty | $ | 166.96 | Food |
| 16-Apr | | Tom Thumb | $ | 42.00 | Fuel |
| 16-Apr | | Office Max | $ | 37.63 | Supplies for Customer |
| 16-Apr | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 16-Apr | | ATM Withdrawal | $ | 83.00 | Personal Items |
| 17-Apr | | Gas N Go | $ | 66.00 | Fuel |
| 17-Apr | | Office Max | $ | 110.79 | Office Supplies |
| 17-Apr | | Internal Revenue Service | $ | 10,000.00 | Extension Payment - 2017 |
| 17-Apr | | U.S. Bank Vehicle Finance | $ | 250.00 | Vehicle Payment - Interest Only |
| 17-Apr | | TN Dept. of Revenue | $ | 200.00 | TN Franchise & Excise Tax Ext. |
| 17-Apr | | Patricia W. Carmichael | $ | 1,000.00 | Rent |
| 18-Apr | | Chick-Fil-A | $ | 15.23 | Food |
| 18-Apr | | John C. Pryse, Jr., DDS | $ | 1.04 | Credit Fee - Test Transaction |
| 18-Apr | | Blue Cross Blue Shield of AL | $ | 432.76 | Health Insurance Premium |
| 18-Apr | | Blue Cross Blue Shield of AL | $ | 32.00 | Dental Insurance Premium |
| 19-Apr | | Weigel's | $ | 50.00 | Fuel |
| 19-Apr | | Chick-Fil-A | $ | 19.89 | Food |
| 19-Apr | | ATM Withdrawal | $ | 103.00 | Personal Items |
| 19-Apr | | ATM Withdrawal | $ | 102.25 | Personal Items |
| 20-Apr | | Pilot | $ | 62.95 | Fuel |
| 20-Apr | | Staples | $ | 31.59 | Office Expense |
| 20-Apr | | Office Max | $ | 10.59 | Office Expense |
| 20-Apr | Teller's Check | Knoxville Christian Center | $ | 300.00 | Tithe |
| 20-Apr | Teller's Check | Scott Carmichael | $ | 80.00 | Personal Items |
| 23-Apr | | Redfin Holdings, Inc. | $ | 1,861.00 | Reimbursement to Client |
| 23-Apr | | Rick's Country Store | $ | 71.25 | Fuel |
| 23-Apr | | Redfin Holdings, Inc. | $ | 54.12 | Reimbursement to Client |

| Date | | Payee | | Amount | Category |
|---|---|---|---|---|---|
| 23-Apr | | Chick-Fil-A | $ | 23.11 | Food |
| 23-Apr | | Chick-Fil-A | $ | 14.53 | Food |
| 23-Apr | | Chick-Fil-A | $ | 13.03 | Food |
| 23-Apr | | Pete's Country Market | $ | 1.04 | Credit Fee - Test Transaction |
| 23-Apr | | Office Max | $ | 49.61 | Office Expense |
| 23-Apr | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 25-Apr | | Weigel's | $ | 62.34 | Fuel |
| 25-Apr | | Pilot | $ | 30.00 | Fuel |
| 25-Apr | | Chick-Fil-A | $ | 11.66 | Food |
| 25-Apr | | Chick-Fil-A | $ | 10.85 | Food |
| 25-Apr | | Office Max | $ | 13.87 | Office Expense |
| 25-Apr | | Monster Inc. | $ | 1,546.53 | Contractor Payment |
| 25-Apr | | DF&H Partners LLC | $ | 1,546.53 | Contractor Payment |
| 25-Apr | Teller's Check | Scott Carmichael | $ | 100.00 | Personal Items |
| 26-Apr | | Bryte Payment Solutions | $ | 2,800.00 | Client Equipment |
| 26-Apr | | ExxonMobil | $ | 60.00 | Fuel |
| 26-Apr | | Staples | $ | 38.41 | Office Expense |
| 26-Apr | | Chick-Fil-A | $ | 13.33 | Food |
| 26-Apr | | Office Max | $ | 3.59 | Office Expense |
| 27-Apr | | Shield's Electronics | $ | 181.50 | Supplies for Customer |
| 27-Apr | | Speedway | $ | 61.01 | Fuel |
| 27-Apr | | Chick-Fil-A | $ | 14.19 | Food |
| 27-Apr | | Staples | $ | 0.55 | Office Expense |
| 27-Apr | | Office Max | $ | 34.76 | Office Expense |
| 30-Apr | | Verizon Wireless | $ | 131.95 | Cell Phone |
| 30-Apr | | Edwin Watts Golf Store | $ | 77.55 | Personal Items |
| 30-Apr | | FedEx | $ | 43.98 | Postage & Shipping |
| 30-Apr | | Calhoun's Restaurant | $ | 39.77 | Food |
| 30-Apr | | FedEx | $ | 35.04 | Postage & Shipping |
| 30-Apr | | FedEx | $ | 21.03 | Postage & Shipping |
| 30-Apr | | FedEx | $ | 19.49 | Postage & Shipping |
| 30-Apr | | Chick-Fil-A | $ | 13.09 | Food |
| 30-Apr | | Chick-Fil-A | $ | 9.17 | Food |
| 30-Apr | | Golf Capital Learning Center | $ | 2.08 | Credit Fee - Test Transaction |
| 30-Apr | | The Corner Store | $ | 1.00 | Credit Fee - Test Transaction |
| 30-Apr | | Golf Capital Learning Center | $ | 1.00 | Credit Fee - Test Transaction |
| 30-Apr | | Food City | $ | 69.51 | Food & Personal Items |
| 30-Apr | | ATM Withdrawal | $ | 100.00 | Personal Items |
| 1-May | | Food City | $ | 60.00 | Fuel |
| 1-May | | Pilot | $ | 41.69 | Fuel |
| 1-May | | Smoothie King | $ | 13.72 | Food |
| 1-May | | Staples | $ | 10.02 | Office Expense |
| 1-May | | Lowe's | $ | 9.80 | Supplies for Customer |
| 1-May | | Pro-Fit Muffler Center | $ | 2.08 | Credit Fee - Test Transaction |
| 1-May | | Office Max | $ | 36.19 | Office Expense |
| 2-May | | State Farm Insurance | $ | 131.16 | Vehicle Insurance |
| 2-May | | S.K. Dry Cleaners | $ | 156.98 | Laundry |
| 2-May | | Chili's | $ | 37.16 | Food |
| 2-May | | Google Services | $ | 16.39 | E-mail Monthly Subscription Fee |
| 2-May | | Flash Foods | $ | 3.75 | Food |
| 2-May | | Pro-Fit Muffler Center | $ | 1.04 | Credit Fee - Test Transaction |
| 2-May | | Sander's Plumbing | $ | 0.01 | Credit Fee - Test Transaction |
| 2-May | | Office Max | $ | 23.72 | Office Expense |
| 2-May | | ATM Withdrawal | $ | 102.00 | Personal Items |
| 3-May | | Country Inn & Suites | $ | 117.86 | Hotel |

| 3-May | Sunoco | $ | 78.75 | Fuel |
|---|---|---|---|---|
| 3-May | Citgo Truck Plaza | $ | 62.13 | Fuel |
| 3-May | Chick-Fil-A | $ | 8.55 | Food |
| 3-May | Pro-Fit Muffler Center | $ | 3.12 | Credit Fee - Test Transaction |
| 3-May | Pro-Fit Muffler Center | $ | 2.08 | Credit Fee - Test Transaction |
| 4-May | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 4-May | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 4-May | Thermal Paper Direct | $ | 34.99 | Supplies for Customer |
| 4-May | 3 Minute Magic | $ | 29.99 | Vehicle Cleaning |
| 4-May | Rite Aid Store | $ | 23.96 | Personal Items |
| 4-May | Olmstead, Harrell, & Garner | $ | 2.08 | Credit Fee - Test Transaction |
| 4-May | UPS | $ | 140.10 | Postage & Shipping |
| 4-May | ATM Withdrawal | $ | 222.99 | Personal Items |
| 7-May | Dragonfly Food Bar | $ | 139.56 | Food |
| 7-May | Orange Beach Marina | $ | 115.49 | Personal Items |
| 7-May | Pirates Cove | $ | 74.12 | Food |
| 7-May | Greer's | $ | 35.48 | Food |
| 7-May | Chick-Fil-A | $ | 22.20 | Food |
| 7-May | Hooter's | $ | 20.11 | Food |
| 7-May | Chick-Fil-A | $ | 17.05 | Food |
| 7-May | Pirates Cove | $ | 15.97 | Food |
| 7-May | Pirates Cove | $ | 14.99 | Food |
| 7-May | Pirates Cove | $ | 11.98 | Food |
| 7-May | Traveler's Food Mart | $ | 42.33 | Food & Personal Items |

| | | | |
|---|---|---|---|
| **Total Cash Distributions** | $ | 25,128.34 | |
| | | - | |

**EXHIBIT A [Complete an Exhibit A for each bank account]**

**CASE NAME:**  Re Michael Scott Carmichael

**CASE NUMBER:**  No. 2:18-bk-50024-MPP

## CASH RECEIPTS & DISBURSEMENTS SUMMARY
### [USE BOOK AMOUNTS, NOT BANK]

**MONTH ENDING** April 30, 2018

**BANK NAME**  SmartBank

**ACCOUNT NO. [last 4 digits]**      # 0719

**BEGINNING CASH PER BOOKS**      $                    5.00

**PLUS RECEIPTS**                                    21,522.92

**PLUS TRANSFERS IN**
**(Use Transfer line only for transfers
between bank accounts.)**

**LESS DISBURSEMENTS**                                    192.08
**(Attach copy of disbursements journal
or other record showing date, payee,
purpose and amount for all cash or
check disbursements.  List must show
total that agrees to amount above.)**

**LESS TRANSFERS OUT**                                    21,330.84
**(Use Transfer line only for transfers
between bank accounts.)**

**ENDING CASH PER BOOKS**
        **(to "Cash", Statement
        of Assets and Liabilities)**        $                    5.00

**(Attach copy of bank statement after redacting all except last 4 digits of account number)**

INDIV.MR 4/11                                7

PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650



# SmartBank



**1**

**GUARDIAN ENTERPRISES LLC**
**1059 N CEDAR BLUFF RD STE 107**
**KNOXVILLE TN 37923-2233**

Page                    1 of 3
Account Number:  ******0719
Date                   04/30/18

| SMARTFREE BUSINESS CKNG | ******0719 |
|---|---|

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 4/01/18 | 5.00 |
| Deposits / Misc Credits | 6 | 21,522.92 |
| Withdrawals / Misc Debits | 3 | 21,522.92 |
| ** Ending Balance | 4/30/18 | 5.00** |
| Service Charge | | .00 |
| Average Balance | | 2,147 |
| Minimum Balance | | 2 |
| Enclosures | | 1 |

## Deposits and Credits



| Date | Amount | Activity Description |
|---|---|---|
| 4/11 | 57.42 | SPS EFT 11042/PAYOUT |
| | | SPS EFT 11042 SPS EFT 11042 |
| 4/11 | 194.81 | SPS EFT 11042/PAYOUT |
| | | SPS EFT 11042 SPS EFT 11042 |
| 4/13 | 8.40 | ELECTRONIC MERCH/PAYMENTJNL |
| | | VN6231 GUARDIAN ENTERPR |
| 4/13 | 4,639.59 | CENTRAL PAYMENT/AG DRCR |
| 4/13 | 4,714.46 | CENTRAL PAYMENT/AG DRCR |
| 4/13 | 11,908.24 | ELECTRONIC MERCH/PAYMENTJNL |
| | | VN6230 GUARDIAN ENTERPR |

## Withdrawals and Debits

| Date | Amount | Activity Description |
|---|---|---|
| 4/12 | 190.00 | Epay Gateway/Gatewy Chg |
| | | 45527253 Guardian Enterprises L |
| 4/16 | 21,330.84 | Debit Memo |

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 4/02 | | 2.08 | POS Purchase Non-PIN |



PO BOX 1910
PIGEON FORGE, TN 37868-1910
865.453.2650

## SmartBank

Member FDIC

**GUARDIAN ENTERPRISES LLC**
**1059 N CEDAR BLUFF RD STE 107**
**KNOXVILLE TN 37923-2233**

| | |
|---|---|
| Page | 2 of 3 |
| Account Number: | ******0719 |
| Date | 04/30/18 |

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | UNIVERSITY GENERAL SUR 8652514658 TN |
| | | | 000000 *****2626 03/30 00:02 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/02 | 2.92 | 4/12 | 65.15 | 4/16 | 5.00 |
| 4/11 | 255.15 | 4/13 | 21,335.84 | | |

**Account: \*\*\*\*\*\*0719**

**Page: 3**



CREDIT/DEBIT    CHECKING TRANSACTION

CUSTOMER NAME  Guardian Enterprises

DESCRIPTION  Cashier Check Sale

04/16/2018    $21,330.84



**EXHIBIT A**

**CASE NAME:**
Re Michael Scott Carmichael
Case No. 2:18-bk-50024-MPP

| | |
|---|---|
| **BANK:** | SmartBank - Business Checking - Guardian Enterprises, LLC |
| **ACCOUNT NO.** | # 0719 |

| | | |
|---|---|---:|
| **BEGINNING CASH** | $ | 5.00 |
| | | |
| **PLUS: RECEIPTS (DEPOSITS)** | | 21,522.92 |
| **LESS: DISBURSEMENTS (LIST BELOW)** | | 21,522.92 |
| | | |
| **ENDING CASH** | $ | 5.00 |

## CASH DISBURSEMENTS DETAIL

| DATE | CHECK # | PAYEE | AMOUNT | PURPOSE |
|---|---|---|---:|---|
| 2-Apr | | University General Surgeons | $ 2.08 | Credit Fee - Test Transaction |
| 12-Apr | | Epay Gateway | $ 190.00 | Credit Processing Charge |
| 16-Apr | | Transfer to CNB Acct # 8780 | $ 21,330.84 | Xfer Funds to Bankruptcy Acct. |

| | | |
|---|---|---:|
| **Total Cash Distributions** | $ | 21,522.92 |

EXHIBIT B

CASE NAME:  Re Michael Scott Carmichael

CASE NUMBER:   No. 2:18-bk-50024-MPP

DETAIL OF POST PETITION LIABILITIES

MONTH ENDED: April 30, 2018

| | DATE INCURRED | DATE DUE | AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS |
|---|---|---|---|---|---|---|---|
| PAYROLL TAX | | | | | | | |
| SALES TAX | 04/17/18 | 04/30/18 | $ 1,000.00 | | | | |
| RENT | | | | | | | |
| OTHER (LIST SEPARATELY) | | | | | | | |
| 14 Chevy Suburban | 04/01/15 | 04/17/18 | $ 32,531.38 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL (TO SECTION II. STATEMENT OF ASSETS & LAIBILITIES): | | | $ 33,531.38 | | | | |

INDIV.MR 4/11

8

**EXHIBT C**

**CASE NAME:**   Re Michael Scott Carmichael

**CASE NUMBER:**   No. 2:18-bk-50024-MPP

**During the current period has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?**  No.

**If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all sell closing costs and loan payoff amounts) and the next amount received.  If available, attach a copy of the settlement statement with the closing.**  N/A.

**Guardian Enterprises of Alabama, LLC**
**Reconciliation of Revenue Reported to Bankruptcy Court**
**For the Month Ended March 31, 2018**

| Financial Account<br>Reporting Period | Date<br>of<br>Deposit | Revenue | Transfers<br>Between<br>Accounts |
|---|---|---|---|
| **Citizens Bank of Fairhope, AL - # 5301** | | | |
| **For the Period of 03/01/18 through 03/31/18** | | | |
| AC- Central Payment | 03/14/18 | 363.97 | - |
| AC- Central Payment | 03/14/18 | 563.81 | - |
| AC- Central Payment | 03/14/18 | 3,579.37 | - |
| AC - Digital Financial | 03/27/18 | 3,064.07 | - |
| | | | |
| **Citizens National Bank - # 8769** | | | |
| **For the Period of 02/16/18 through 03/15/18** | | | |
| P2P Bill Pay - Xfer From Bank of Fairhope, AL - # 5301 | 02/21/18 | - | 5,720.78 |
| P2P Bill Pay - Xfer From Bank of Fairhope, AL - # 5301 | 03/06/18 | - | 1,330.44 |
| | | | |
| **SmartBank - # 0719 ( A Guardian Enterprises, LLC Acct.)** | | | |
| **For the Period of 03/01/18 through 03/30/18** | | | |
| SPS EFT * | 03/13/18 | 73.00 | - |
| SPS EFT * | 03/13/18 | 291.26 | - |
| Central Payment ** | 03/14/18 | - | - |
| Central Payment * | 03/14/18 | 4,407.57 | - |
| Recording Error in Deposit | 03/14/18 | 99.58 | |
| Electronic Merchant Payment * | 03/16/18 | 6.83 | - |
| Electronic Merchant Payment * | 03/16/18 | 10,529.67 | - |
| | | | |
| **Totals** | | **22,979.13** | **7,051.22** |

\* Note: Per client, assign to Guardian Enterprises of AL
\*\* Note: Per client, assign to Guardian Enterprises, LLC. Thus, a zero amount reported for the $4,057.56 of income.

Going to reassign SmartBank reported to Guardian Enterprises of AL, LLC March 2018 revenue to
Guardian Enterprises, LLC after discussion with client. Between the two LLC entities, all revenue
for March 2018 has been captured and reported to the Bankruptcy Court.

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**M. SCOTT CARMICHAEL**                    Case No. 2:18-bk-50024-MPP
                                           Chapter 11
          Debtor.


IN RE:

**GUARDIAN ENTERPRISES OF**                Case No. 2:18-bk-50025-MPP
**ALABAMA, LLC**                           Chapter 11

          Debtor.


CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of this Monthly Operating Report, have been
served via the court's ECF system and via First Class Mail to the addresses below on May 15, 2018.

United States Attorney
James H. Quillen Courthouse
220 W. Depot Street
Greeneville, TN 37743

IRS
P.O. Box 7346
Philadelphia, PA 19101-3746


                                     */s/ Ryan E. Jarrard*
                                     Ryan E. Jarrard, Esq.
                                     BPR No. 024525
                                     **Quist, Fitzpatrick & Jarrard, PLLC**
                                     2121 First Tennessee Plaza
                                     800 South Gay Street
                                     Knoxville, TN 37929-9711
                                     (865) 524-1873 ext. 232
                                     REJ@QCFLaw.com