# *Quist, Fitzpatrick & Jarrard, PLLC*

2121 First Tennessee Plaza
Knoxville, TN 37929

IRS TIN: 62-0525931

Phone:(865) 524-1873          Fax:(865) 525-2440

---

M. Scott Carmichael                                          December 17, 2018
1059 N. Cedar Bluff Rd., Ste. 107
Knoxville, TN 37923


|            |                 |
|------------|-----------------|
| Attention: | File #:  125-765 |
|            | Inv #:   19251  |

RE:   USBC 2:18-bk-50024 MPP
      Chapter 11 Individual Case

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/02/2018 | | |
| REJ | Review expense documents provided by client. | 1.50 |
| REJ | Revise protective order. | 0.30 |
| REJ | Emails with Maurice Guinn regarding subpoena status. | 0.20 |
| REJ | Emails to Scottt Carmichael regarding April quarterly fees; subpoena. | 0.30 |
| 04/03/2018 | | |
| REJ | Two emails with Maurice Guinn regarding protective order. | 0.20 |
| REJ | Prepare motion (.5) for interim compensation, order (.5) for interim compensation. | 1.00 |
| REJ | Email to Thomas Booker regarding distributions. | 0.10 |
| REJ | Call with Scott Carmichael regarding outstanding discovery issues, trustee fee. | 0.30 |

04/04/2018

| | | | |
|---|---|---|---:|
| | MHF | Meet with Mr. Carmichael re additional documents he brought responsive to the subpoena. | 0.10 |
| | MHF | Receive and review Atty. DiIorio comments of fees. Review REJ proposed response. | 0.30 |
| | REJ | Begin review of voluminous email communications from client with respect to creditor subpeona request. | 2.30 |
| | REJ | Call to Marvin Campbell regarding filing of protective order, appropriate entry to docket if under. | 0.20 |
| | REJ | Prepare motion for protective order. | 0.20 |
| | REJ | Two emails with Tiffany Diorio regarding fee app request. | 0.20 |
| | REJ | Prepare supplemental subpoena response to Maurice K. Guinn. | 0.20 |

04/05/2018

| | | | |
|---|---|---|---:|
| | REJ | Finish review of voluminous communications records provided by client for subpeona request. | 1.00 |
| | REJ | Meet with client to discuss additional subpoena responses. | 0.30 |
| | REJ | Emails with Tiffany Diorio regarding motion for interim compensation. | 0.20 |
| | REJ | Two emails with Thomas Booker regarding quarterly payment computation. | 0.20 |
| | REJ | Emails with Thomas Booker and Scott Carmichael regarding quarterly payments. | 0.20 |

04/06/2018

| | | | |
|---|---|---|---:|
| | REJ | Start review of client's expense records provided for subpoena. | 1.00 |

| | | |
|---|---|---|
| REJ | Emails with Maurice Guinn regarding protective order. | 0.20 |
| REJ | Prepare facsimile correspondence to US National Bank Association regarding 2014 Chevrolet Suburban. | 0.20 |
| REJ | Emails with Scott Carmichael regarding checks, quarterly payment. | 0.20 |
| KAO | Redact privileged emails from Discovery responses. | 0.40 |

04/09/2018

| | | |
|---|---|---|
| REJ | Emails from Thomas booker and Scott Carmichael regarding statements for MOR. | 0.30 |
| REJ | Finish review of voluminous records related to expenses provided by client for Ellsworth Subpeona. | 2.50 |
| REJ | Prepare third supplemental subpoena response. | 0.20 |
| REJ | Email to Maurice Guinn regarding subpeona response. | 0.10 |

04/11/2018

| | | |
|---|---|---|
| REJ | Receipt and review March MOR. | 0.20 |
| REJ | Emails with Thomas Booker and Scott Carmichael regarding March MOR. | 0.40 |

04/12/2018

| | | |
|---|---|---|
| REJ | Prepare privileges log (.5), prepare supplemental subpoena response (.2), Review recent case law related to privilege log requirements (.5). | 1.20 |

04/13/2018

| | | |
|---|---|---|
| REJ | Emails with Thomas Booker and Scott Carmichael re MOR. | 0.30 |
| REJ | Emails with Scott Carmichael regarding MOR. | 0.20 |

| | | |
|---|---|---|
| REJ | Emails with Maurice Guinn regarding document subpoena request. | 0.20 |

04/16/2018
| | | |
|---|---|---|
| REJ | Email to Scott Carmichael regarding document destruction protocols. | 0.10 |

04/17/2018
| | | |
|---|---|---|
| REJ | Two emails with Maurice Guinn regarding document destruction questions. | 0.20 |
| REJ | Two emails with Scott Carmichael regarding document questions. | 0.20 |

04/18/2018
| | | |
|---|---|---|
| REJ | Emails with Scott Carmichael and Maurice Guinn regarding record destruction. | 0.30 |
| REJ | Revise Order approving Motion for First Interim Compensation. | 0.10 |
| REJ | Multiple emails with Scott Carmichael and Maurice Guinn regarding subpoenaed emails. | 0.50 |
| REJ | Emails with Tiffany Diorio regarding modified order for First Interim Compensation. | 0.10 |

04/20/2018
| | | |
|---|---|---|
| REJ | Call from Scott Carmichael regarding email questions. | 0.10 |
| REJ | Emails with Scott Carmichael regarding email questions. | 0.20 |
| REJ | Review additional financial records provided by Scott Carmichael, compare to documents previously provided to Cynthia Ellsworth as required by subpoena. | 0.60 |

04/23/2018
| | | |
|---|---|---|
| REJ | Two emails with Maurice Guinn regarding discovery production. | 0.20 |

04/24/2018
| | | |
|---|---|---|
| REJ | Review lengthy document from client regarding history with Cynthia Ellsworth. | 0.75 |

| | | |
|---|---|---:|
| REJ | Work on subpoena to Cynthia Ellsworth. | 1.00 |
| REJ | Emails with Scott Carmichael regarding claims. | 0.20 |
| REJ | Call to Maurice Guinn regarding email issues. | 0.20 |

04/25/2018

| | | |
|---|---|---:|
| REJ | Emails with Scott Carmichael regarding emails, outstanding discovery issues. | 0.30 |
| REJ | Two calls with Maurice Guinn regarding discovery, clothes. | 0.30 |

04/26/2018

| | | |
|---|---|---:|
| MHF | Review draft subpoena to Ms. Ellsworth.  Send comments to REJ. | 0.50 |
| MHF | Receive and review Ellsworth related claims. | 0.80 |
| MHF | Review Ellsworth subpoena exhibit and send suggestions to REJ. | 0.30 |
| REJ | Emails with Scott Carmichael regarding status of matter. | 0.30 |
| REJ | Revise Ellsworth subpeona following MHF comments. | 0.30 |

04/27/2018

| | | |
|---|---|---:|
| REJ | Meet and confer with MHF regarding subpeona on Cynthia Elllsworth. | 0.20 |
| REJ | Multiple emails with Maurice Guinn regarding subpeona. | 0.40 |
| REJ | Emails with client regarding Ellwsorth claims. | 0.20 |

| | | |
|---|---|---:|
| REJ | Revise subpoena to Cynthia Ellsworth in light of new claims. | 0.20 |
| REJ | Email to client regarding Ellsworth claims. | 0.20 |
| REJ | Meet and confer with MHF regarding plan, disclosure statement. | 0.20 |
| 04/30/2018 | | |
| REJ | Two emails with Maurice Guinn regarding Ellsworth subpoena. | 0.20 |
| 05/01/2018 | | |
| REJ | Receipt and review order approving interim compensation. | 0.10 |
| REJ | Email to client regarding order approving interim compensation. | 0.10 |
| 05/04/2018 | | |
| REJ | Emails with Maurice Guinn regarding Ellsworth subpeona. | 0.20 |
| 05/08/2018 | | |
| REJ | Emails with Scott Carmichael regarding matter. | 0.20 |
| REJ | Meeting with Maurice Guinn regarding subpeona issues/potential objection. | 0.30 |
| REJ | Call with Scott Carmichael regarding emails, compensation order, status of case, case outlook. | 0.30 |
| 05/10/2018 | | |
| REJ | Review MOR for correctness. | 0.20 |
| REJ | Email to Thomas Booker regarding MOR. | 0.10 |
| 05/11/2018 | | |
| REJ | Two emails with Scott Carmichael regarding MOR. | 0.20 |

| | | |
|---|---|---:|
| REJ | Receipt and review Objection by Cynthia Ellsworth to subpoena (.2). | 0.20 |
| REJ | Email to client regarding subpoena objection. | 0.10 |

05/15/2018
| | | |
|---|---|---:|
| REJ | Emails with Becky Halsey regarding MOR questions, emails to Scott Carmichael & Thomas Booker regarding same. | 0.20 |

05/16/2018
| | | |
|---|---|---:|
| REJ | Emails with Scott Carmichael regarding status of amended report. | 0.20 |

05/18/2018
| | | |
|---|---|---:|
| REJ | Meeting with Client regarding emails, MOR, status of case. | 0.50 |
| REJ | Email to Maurice Guinn regarding Carmichael emails. | 0.10 |
| REJ | Pull Maurice Guinn requested email. | 0.20 |
| REJ | Call with Scott Carmichael regarding emails. | 0.10 |
| REJ | Review /analyze complaint filed by Cynthia Ellsworth. | 0.50 |
| REJ | Emails with client regarding matter. | 0.20 |
| REJ | Lengthy phone call with client regarding adversary complaint. | 0.40 |

05/21/2018
| | | |
|---|---|---:|
| MHF | Meet and confer with REJ regarding complaint. | 0.30 |
| REJ | Begin work on R12 Brief. | 0.60 |

| | | |
|---|---|---:|
| REJ | Meet and confer with MHF regarding complaint. | 0.30 |
| KAO | Review Idaho courts site and run online search regarding Ellsworth divorce. Contact client to verify information. Call court to verify docket number and inquire about copy of file. | 1.30 |

05/22/2018

| | | |
|---|---|---:|
| REJ | Pull/review Cynthia Ellsworth bankruptcy filings. | 1.00 |
| REJ | Emails with Scott Carmichael regarding divorce. | 0.30 |
| REJ | Call with Scott Carmichael regarding adversary complaint. | 0.30 |
| KAO | Telephone call to Ada County Court clerk to verify attorneys for parties on Ellsworth divorce and State intervention. Call to Attorney representing State's interest. | 0.30 |

05/23/2018

| | | |
|---|---|---:|
| KAO | Telephone and voicemail to Howard Foley requesting call-back to discuss state of Idaho interest in the Ellsworth v. Ellsworth Divorce. | 0.10 |

05/24/2018

| | | |
|---|---|---:|
| REJ | Receipt and review amended MOR. | 0.30 |

05/29/2018

| | | |
|---|---|---:|
| REJ | Emails with Thomas Booker regarding amended report. | 0.40 |
| REJ | Research recent cases regarding scope of subpoena. | 0.20 |
| REJ | Calls with Maurice Guinn regarding subpeona. | 0.20 |

05/30/2018

| | | |
|---|---|---:|
| REJ | Work on amended report/verify supporting documentation. | 0.30 |

06/04/2018

| | | |
|---|---|---:|
| REJ | Research current R. 12 standard in a bankruptcy context. | 0.50 |

06/05/2018

| | | | |
|---|---|---|---:|
| | REJ | Additional work on brief in support of Rule 12 Motion to Dismiss. | 1.00 |

06/11/2018

| | | | |
|---|---|---|---:|
| | MHF | Review initial very rough REJ draft of disclosure statement to assure form and content is consistent with the Code requirements. | 1.60 |
| | REJ | Emails with Scott Carmichael regarding MOR, review May financials. | 0.30 |
| | REJ | Emails with Scott Carmichael regarding MOR review May financials. | 0.30 |

06/12/2018

| | | | |
|---|---|---|---:|
| | REJ | Work on motion to dismiss adversary action (1.0), work on brief in support of motion to dismiss(4.0), research R (12) motion to strike scandalous matters (.5). | 5.50 |
| | REJ | Two calls with Van Elkins regarding billing requirements. | 0.30 |
| | REJ | Review draft May MOR for errors. | 0.30 |

06/13/2018

| | | | |
|---|---|---|---:|
| | MHF | Analyses the first REJ draft Rule 12(b) motion and brief. Research the issues more directly with particular attention to the recent Supreme Court Cases. Discuss the pleading framework used and how to more clearly present the issues for the court. | 1.60 |
| | REJ | Further work on R. 12 brief. | 2.00 |
| | REJ | Meet and confer with MHF regarding R. 12 brief. | 0.20 |

06/14/2018

| | | | |
|---|---|---|---:|
| | REJ | Emails with Scott Carmichael regarding Chapter 11 plan. | 0.20 |
| | REJ | Revise/edit Brief in support of R. 12 motion to dismiss. | 1.00 |
| | REJ | Prepare order granting Rule 12 motion to dismiss. | 0.10 |

| | | |
|---|---|---|
| REJ | Email with Scott Carmichael regarding MOR. | 0.10 |

**06/15/2018**

| | | |
|---|---|---|
| REJ | Confer with MHF regarding plan. | 0.20 |
| REJ | Prepare Motion requesting additional time to file a plan, prepare order requesting additional time to file a plan. | 0.50 |
| REJ | Finalize Rule 12 Motion to Dismiss(.2), brief in support of (.7). | 0.90 |
| REJ | Work on MOR. | 0.20 |

**06/18/2018**

| | | |
|---|---|---|
| REJ | Emails with Van Elkins regarding invoice. | 0.20 |
| REJ | Receipt and review invoices for Scott Carmichael. | 0.10 |

**06/21/2018**

| | | |
|---|---|---|
| REJ | Email with Scott Carmichael regarding DIP financing. | 0.10 |
| REJ | Emails with Shannon Lingerfelt regarding DIP financing. | 0.20 |
| REJ | Call with Scott Carmichael regarding DIP financing. | 0.20 |

**06/28/2018**

| | | |
|---|---|---|
| REJ | Email to client regarding pending business transactions. | 0.20 |

**06/29/2018**

| | | |
|---|---|---|
| REJ | Emails with Maurice Guinn regarding settlement agreement. | 0.20 |
| REJ | Lengthy phone call with Scott Carmichael regarding upcoming hearing, status of main case and adversary. | 0.30 |

07/02/2018

| | | |
|---|---|---|
| REJ | Meet and confer with MHF regarding agreement issues / rule 12 questions. | 0.20 |
| REJ | Emails with Maurice Guinn regarding Carmichael agreement. | 0.40 |
| REJ | Prepare for hearing on motion to extend time. | 0.50 |

07/03/2018

| | | |
|---|---|---|
| REJ | Travel to/from Greeneville BR court for hearing on motion to extend time (reduced time to $75/ hour.) | 3.00 |
| REJ | Attend hearing on Motion to extend deadlines, wait turn in docket. | 1.00 |
| REJ | Meet and confer with MHF regarding hearing. | 0.20 |

07/05/2018

| | | |
|---|---|---|
| REJ | Finish Research cases for II USC 1121 cases for extending deadline. | 0.50 |
| REJ | Prepare supplemental filing. | 0.20 |
| REJ | Emails with Scott Carmichael regarding MOR bank reports. | 0.20 |
| REJ | Prepare motion for interim compensation for Van Elkins (.3), prepare order approving Van Elkins motion (.2). | 0.50 |
| REJ | Emails with client. | 0.30 |

07/09/2018

| | | |
|---|---|---|
| REJ | Review and analyze response to R. 12 motion to dismiss and supporting documentation. | 0.60 |
| REJ | Pull Tennessee and SC versions for the parole evidence rule, pull recent bankruptcy cases dealing with parole evidence rule. | 1.60 |

| | | |
|---|---|---|
| REJ | Emails with Maurice Guinn regarding Telephonic appearance on July 17. | 0.20 |

07/10/2018
| | | |
|---|---|---|
| REJ | Emails with Thomas Booker regarding MOR. | 0.40 |
| REJ | Review drafts (2) or MOR from Thomas Booker. | 1.00 |

07/16/2018
| | | |
|---|---|---|
| REJ | Retrive page 13 of CNB bank account for Maurice Guinn. | 0.30 |
| REJ | Emails with Maurice Guinn regarding June MOR questions. | 0.20 |
| REJ | Email to client regarding MOR questions. | 0.10 |

07/17/2018
| | | |
|---|---|---|
| REJ | Emails with Scott Carmichael and Maurice Guinn regarding Pectol legal "fees". | 0.50 |
| REJ | Attend hearing on motion to extend time. | 0.70 |

07/23/2018
| | | |
|---|---|---|
| REJ | Emails with clients regarding quarterly payments, insurance. | 0.40 |

07/24/2018
| | | |
|---|---|---|
| REJ | Emails with client regarding quarterly payment. | 0.20 |
| REJ | Emails with Maurice Guinn regarding insurance lapsing in SC. | 0.20 |

08/08/2018
| | | |
|---|---|---|
| REJ | Two emails with client regarding lapsing insurance. | 0.20 |

08/13/2018
| | | |
|---|---|---|
| REJ | Emails with client regard MOR. | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/14/2018 | MHF | Receive and review UST e-mail to REJ re accountant fee request questions. | 0.10 |
| 08/15/2018 | REJ | Review opinion on Rule 12 motion to dismiss. | 0.50 |
| | REJ | Review court's scheduling order. | 0.30 |
| 08/16/2018 | MHF | Review Judge Parsons' memorandum granting in part and denying in part the motion for the client to dismiss the adversary proceeding. | 0.50 |
| 08/17/2018 | KAO | Telephone calls with USBRC Greeneville to inquire about reset for Scheduling Conference on adversary proceeding. | 0.40 |
| 08/20/2018 | REJ | Emails with Maurice Guinn regarding rescheduling hearing. | 0.20 |
| | REJ | Multiple emails with Maurice Guinn regarding scheduling conference. | 0.30 |
| | KAO | Numerous calls and email with opposing counsel and court to discuss continuance dates and options. | 0.60 |
| 08/21/2018 | REJ | Work on answer to adversary complaint. | 0.60 |
| | REJ | Work on Motion to continue scheduling hearing. | 0.20 |
| | REJ | Email with Maurice Guinn regarding motion to continue hearing, review suggested changes to order. | 0.10 |
| | KAO | Prepare Motion for Entry and Agreed Order for Continuance (scheduling conference). | 0.40 |
| 08/23/2018 | REJ | Further work on answer and counterclaim. | 3.50 |

08/24/2018

| | | | |
|---|---|---|---:|
| | REJ | Research SC law with respect to Economic harm claims. | 2.00 |

08/27/2018

| | | | |
|---|---|---|---:|
| | MHF | Review draft adversary answer and counter-complaint. Make suggested changes and resend to REJ. | 0.50 |
| | REJ | Emails with Van Elkins and Thomas Booker regarding fees questions. | 0.20 |
| | REJ | Emails with Tiffany Diorio regarding fee app questions. | 0.10 |
| | REJ | Call from Scott Carmichael regarding status of matter. | 0.20 |
| | REJ | Revise/update answer and cross claim after discussions with MHF. | 0.50 |
| | REJ | Lengthy phone call with Scott Carmichael regarding status of matter. | 3.00 |

08/28/2018

| | | | |
|---|---|---|---:|
| | MHF | Receive and review client e-mail response to draft adversary answer and counter-claim facts. | 0.20 |
| | REJ | Revise Answer and Counter Complaint after reviewing clients comments. | 0.30 |
| | REJ | Emails with client regarding matter. | 0.20 |

08/29/2018

| | | | |
|---|---|---|---:|
| | REJ | Email from Scott Carmichael regarding status of matter. | 0.10 |

08/30/2018

| | | | |
|---|---|---|---:|
| | REJ | Review orders approving fees for Van Elkins. | 0.10 |
| | REJ | Email to Scott Carmichael regarding Van Elkins fees. | 0.10 |

| Date | | | |
|---|---|---|---|
| 09/04/2018 | | | |
| | REJ | Meeting with Scott Carmichael regarding status of case. | 0.30 |
| 09/10/2018 | | | |
| | REJ | Two emails with Maurice Guinn regarding scheduling conference. | 0.20 |
| | REJ | Review MOR reports for correctness, errors. | 0.70 |
| 09/13/2018 | | | |
| | MHF | Receive and review e-mail re insurance policy endorsement change for Shadow Trust home. | 0.10 |
| | MHF | Telephone call to Atty. Guinn to inquire why Mr. Carmichael is involved in Ms. Ellsworth's home insurance. | 0.20 |
| | MHF | E-mail to client to sign and return Shadow Trust insurance change endorsement. | 0.10 |
| | MHF | Receive e-mail confirmation from client re insurance change. | 0.10 |
| 09/14/2018 | | | |
| | MHF | Receive signed insurance change from client and send to insurance agent via e-mail. Confirm receipt with client. | 0.10 |
| | MHF | Final review of August MOR's. | 0.10 |
| | REJ | Two emails with MHF Scott Carmichael regarding flood insurance transfer. | 0.20 |
| | REJ | Emails with client regarding new vendor letters. | 0.20 |
| 09/17/2018 | | | |
| | REJ | Email from Maurice Guinn regarding scheduling conferences/report. | 0.10 |
| | REJ | Telephone conference with Maurice Guinn regarding scheduling conference. | 0.20 |

09/18/2018
| | | |
|---|---|---|
| REJ | Emails with Maurice Guinn regarding. Carmichael report. | 0.30 |
| REJ | Review proposed Carmichael report. | 0.20 |

09/24/2018
| | | |
|---|---|---|
| REJ | Scheduling conference call on adversary matter with Maurice Guinn and Judge Parsons. | 0.20 |
| REJ | Emails with client regarding 2017 taxes payment. | 0.20 |

09/25/2018
| | | |
|---|---|---|
| REJ | Review answer to counterclaim. | 0.40 |
| REJ | Email to client regarding answer to counter claim. | 0.20 |

09/26/2018
| | | |
|---|---|---|
| REJ | Two calls with Scott Carmichael regarding transfer payments. | 0.40 |

09/27/2018
| | | |
|---|---|---|
| REJ | Email to Scott Carmichael regarding matter. | 0.10 |

10/01/2018
| | | |
|---|---|---|
| REJ | Begin work on initial disclosures. | 0.50 |

10/03/2018
| | | |
|---|---|---|
| REJ | Two emails with Beck Halsey regarding outstanding Chapter 11 fee balance. | 0.20 |
| REJ | Email to client regarding Chapter 11 fees. | 0.10 |

10/12/2018
| | | |
|---|---|---|
| REJ | Review Draft MOR. | 0.20 |

10/18/2018
| | | |
|---|---|---|
| REJ | Call to Maurice Guinn regarding emails. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/22/2018 | MHF | Receive and review e-mail re counter checks. | 0.10 |
| | MHF | Receive and review Mr. Carmichael e-mail response to counter check inquiry. | 0.20 |
| 10/24/2018 | REJ | Prepare Frogs (.5), requests to produce (.5). | 1.00 |
| 10/30/2018 | REJ | Email to client regarding initial disclosures. | 0.10 |
| | REJ | Two emails with Beck and Scott Carmichael regarding cashiers checks, status of matter. | 0.20 |
| | REJ | Call with Scott Carmichael regarding status of case. | 0.20 |
| | REJ | Review initial disclosures from Maurice Guinn. | 0.50 |
| 10/31/2018 | REJ | Emails with client regarding adversary matter. | 0.20 |
| | | | 91.95 |

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Michael H. Fitzpatrick | $275.00 | 7.80 | $2,145.00 |

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Ryan E. Jarrard | $195.35 | 80.65 | $15,755.00 |

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Kimberly A. O'Connor | $75.00 | 3.50 | $262.50 |

| | |
|---|---:|
| **Total Current Work** | **$18,162.50** |
| **Balance Due Currently** | **$18,162.50** |

# TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Nov-13-17 | Received From: M. Scott Carmichael (cash) |  | 300.00 |
| Jan-04-18 | Trust deposit (Carmichael) Received From: Scott Carmichael (cash) |  | 7,500.00 |
| Jan-05-18 | Trust deposit (Carmichael) Paid To: Quist, Fitzpatrick & Jarrard, PLLC | 4,066.20 |  |
|  | MHF fees & expenses (Carmichael) Paid To: US Bankruptcy Court | 1,717.00 |  |
|  | Chapter 11 Filing Fee re: 2:18-bk-50024 (Charmichael) Paid To: US Bankruptcy Court | 1,717.00 |  |
|  | Chapter 11 Filing Fee re: 2:18-bk-50025 (Charmichael) |  |  |
|  | Total Trust | $7,500.20 | $7,800.00 |
|  | **Trust Balance** |  | **$299.80** |