# *Quist, Fitzpatrick & Jarrard, PLLC*

2121 First Tennessee Plaza
Knoxville, TN 37929

IRS TIN: 62-0525931

Phone:(865) 524-1873      Fax:(865) 525-2440

---

Guardian Enterprises of Alabama                                       December 17, 2018
Knoxville, TN

|                   |                |
|-------------------|----------------|
| Attention:        | File #: 346-221<br>Inv #: 19252 |

RE:   USBC 2:18-bk-50025 MPP
      Chapter 11 Business Case

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 04/03/2018 | | |
| REJ | Prepare Motion (.5) for interim compensation order (.5) for interim compensation. | 1.00 |
| 04/11/2018 | | |
| REJ | Receipt and review March MOR. | 0.30 |
| 04/16/2018 | | |
| REJ | Emails with Thomas Booker regarding Maurice Guinn questions. | 0.20 |
| 04/17/2018 | | |
| REJ | Emails with Thomas Booker regarding accounting error. | 0.20 |
| 04/18/2018 | | |
| REJ | Emails with Scott Carmichael regarding Guardian Quarterly payment. | 0.20 |
| REJ | Emails with Becky Halsey regarding guardian quarterly payments. | 0.20 |
| REJ | Revise Order approving Motion for First Interim Compensation. | 0.10 |
| 04/20/2018 | | |
| REJ | Emails with Scott Carmichael regarding Guardian LLC quarterly payment. | 0.20 |

04/24/2018
    REJ    Receipt and review claim of LP cleaners.    0.10

05/01/2018
    REJ    Review Claim 2 filed by Maurice Guinn on behalf of Cynthia Ellsworth.    0.10

    REJ    Review Claim 3 filed by Maurice Guinn on behalf of Cynthia Ellsworth.    0.10

    REJ    Review Claim 4 filed by Maurice Guinn on behalf of Cynthia Ellsworth.    0.10

05/07/2018
    REJ    Emails with Scott Carmichael regarding MOR.    0.20

    REJ    Receipt and review check register for MOR.    0.20

05/10/2018
    REJ    Review MOR for correctness.    0.30

05/15/2018
    REJ    Prepare Certificate of Service for MOR.    0.10

05/24/2018
    REJ    Receipt and review amended MOR.    0.30

05/30/2018
    REJ    Work on amended report/verify supporting documentation.    0.30

06/12/2018
    REJ    Review draft May MOR for errors.    0.20

07/05/2018
    REJ    Prepare motion for interim compensation for Vank Elkins (.3), prepare order approving Van Elkins motion (.2).    0.50

07/10/2018
    REJ    Review MOR from Thomas Booker.    0.40

08/15/2018
    REJ    Review MOR for July.    0.20

09/10/2018
    REJ    Review MOR reports for correctness, errors.    0.30

10/12/2018
    REJ    Review draft MOR.    0.20

    6.00

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Ryan E. Jarrard | $200.00 | 6.00 | $1,200.00 |

**Total Current Work**    **$1,200.00**

**Balance Due Currently**    **$1,200.00**