**SO ORDERED.**
**SIGNED this 18th day of March, 2019**

*/s/ Marcia P. Parsons*
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**GUARDIAN ENTERPRISES OF ALABAMA, LLC**  Case No. **2:18-BK-50024 MPP**
Chapter 11
Debtor In Possession.

**ORDER APPROVING VAN ELKINS & ASSOCIATES, CPAS, ACCOUNTANTS, SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Van Elkins & Associates, CPAs, accountants for the Debtor, seek first interim compensation of **$2,116,00** and reimbursement of expenses of $0.00 pursuant to passive notice. The Debtor in Possession served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Van Elkins & Associates are hereby awarded first interim compensation of **$2,116.00** together with expenses of **$0.00**.

2. The Debtor may pay the compensation for expenses from the funds of the estate to the extent available.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Debtor
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone:  865-524-1873 ext. 232
rej@qcflaw.com