**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)**

| | |
|---|---|
| IN RE:   MICHAEL SCOTT CARMICHAEL A/K/A M. SCOTT CARMICHAEL; GUARDIAN ENTERPRISES OF ALABAMA, LLC **DEBTORS** | CASE NO. 2:18-BK-50024-MPP CHAPTER 11 |

**ORDER GRANTING MOTION TO DISMISS BY JP MORGAN CHASE BANK, NATIONAL ASSOCIATION OR CONVERT CHAPTER 11 BANKRUPTCY PURSUANT TO 11 U.S.C. § 112(b)**

This matter having come before the Court pursuant to the Motion to Dismiss or Convert Chapter 11 Bankruptcy Pursuant to 11 U.S.C. § 1112(b) filed by JPMorgan Chase Bank, National Association (hereinafter "Movant"), and the Court, being fully advised, finds that the Debtor does not oppose said Motion, or his objection was overruled, and that the Motion is well taken.

Therefore, the Motion is hereby **GRANTED**, and the bankruptcy case is hereby **DISMISSED** for cause pursuant to 11 U.S.C 1307(c)(6).

**IT IS SO ORDERED.**

# # #

APPROVED:

Attorneys for Movant:

*/s/ Luke H. Neder*

Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Luke Neder (028444)
WILSON & ASSOCIATES, P.L.L.C.
320 N. Cedar Bluff Road, Suite 240
Knoxville, TN 37923
(865)-558-5688

Attorneys for Movant