**SO ORDERED.**
**SIGNED this 4th day of September, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

    **MICHAEL SCOTT CARMICHAEL.**,   Case No. 2:18-bk-50024-mpp
                                                                                               Chapter 11

**ORDER APPROVING VAN ELKINS & ASSOCIATES, CPAS, ACCOUNTANTS, THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Van Elkins & Associates, CPAs, accountants for the Debtor, seek first interim compensation of **$17,623.50** and reimbursement of expenses of $0.00 pursuant to passive notice. The Debtor in Possession served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Van Elkins & Associates are hereby awarded first interim compensation of **$17,623.50** together with expenses of **$0.00**.

2. The Debtor may pay the compensation for expenses from the funds of the estate to the extent available.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Debtor
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 232
rej@qcflaw.com